IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAGEBRUSH HEALTH SERVICES, a Nevada nonprofit foundation<br>8379 West Sunset Road, Suite 210<br>Las Vegas, NV 89113<br><br>      *Plaintiff,*<br><br>  v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br>200 Independence Avenue, S.W.<br>Washington, DC 20201<br><br>and<br><br>Thomas J. Engels, in his official capacity, and HEALTH RESOURCES AND SERVICES ADMINISTRATION,<br>5600 Fishers Lane<br>Rockville, MD 20857<br><br>      *Defendants.* | Civil Action No. _____ |

## **DECLARATION OF DOUGLAS A. GRIMM IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Douglas A. Grimm, declare as follows:

I am a Partner at ArentFox Schiff LLP. This declaration is submitted to confirm that notice of Plaintiff's Complaint and Motion for Temporary Restraining Order were emailed, and will be hand delivered, to the following pursuant to LCvR 65.1(a)3:

      Chantelle V. Britton, M.P.A., M.S.

Director, Office of Pharmacy Affairs
Office of Special Health Initiatives
Health Resources & Services Administration
5600 Fishers Lane
Rockville, Maryland 20857

Robert F. Kennedy, Jr.
Secretary
U.S. Department of Health and Human Services
200 Independence Avenue SW
Washington, DC 20201

Brian Schwalb
Attorney General
Office of the Attorney General for the District of Columbia
400 6th Street, N.W.
Washington, D.C. 20001

Brian P. Hudak
Assistant United States Attorney
Chief, U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, D.C. 20530

Kimberly Stratton, P.A.
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, D.C. 20530

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 27, 2025, at Washington, DC.

_____
Douglas A. Grimm
ArentFox Schiff LLP