IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAGEBRUSH HEALTH SERVICES,

*Plaintiff,*

v.

ROBERT F. KENNEDY, JR., Secretary of
Health and Human Services, et al.,

*Defendants.*

Civil Action No. _____

## DECLARATION OF GURU CHARAN IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

I, Guru Charan, declare as follows:

1.    I am the Chief Executive Officer and Co-Founder of Sagebrush Health Services ("Sagebrush"). Unless stated on information and belief, I have personal knowledge of the facts set forth herein, and if called upon and sworn as a witness, I could and would testify competently thereto. This declaration is submitted in support of Plaintiff's Motion for Temporary Restraining Order, as well as to Verify Plaintiff's Complaint for Declaratory and Injunctive Relief.

2.    The 340B Drug Discount Program ("340B Program") is a federal drug discount program administered by the Health Resources and Service Administration ("HRSA") that enables certain types of health care providers and organizations, referred to as "covered entities," to obtain outpatient drugs from participating manufacturers at substantially reduced prices. An entity may participate in the 340B Program if it receives funds under Section 318 of the Public Health Service Act through a state or local government. Such an entity is referred to as "a Section

318 Subrecipient."

3.      Sagebrush is a nonprofit corporation with affiliated locations in Nevada and Connecticut. It offers a comprehensive sexual health care services program that integrates education, testing, screening, and treatment of sexually transmitted diseases ("STDs") with other medical services (the "STD Program"). Sagebrush relies on the funding it receives through grants and drug purchases under the 340B Program to fund the STD Program. The STD Program's care collaboration model works with medical specialists, including infectious disease and rheumatology providers, to provide STD-related services to patients who may be immunocompromised or otherwise at an increased risk of contracting STDs. These specialists work with Sagebrush to perform functions within the scope of the applicable subaward. As a nonprofit, a significant amount of Sagebrush's financial resources is invested in the community— with little savings left over from month to month.

4.      Sagebrush is the recipient of two subawards focusing on the prevention, screening, detection, and treatment of STDs. One is from the Nevada Department of Health and Humans Services ("NHHS") (the "NHHS Subaward") and the other is from the Connecticut Department of Public Health ("CDPH") (the "CDPH Subaward" together with the NHHS Subaward, the "Subawards"). Both subawards derive from grants made by the Centers for Disease Control and Prevention ("CDC") to the state agency.

5.      In 2022, Sagebrush completed the required certification process to qualify certain affiliated clinical sites to participate in the 340B Program. In the following years, Sagebrush registered a total of fifty-three sites as covered entities in the 340B Program. These sites have been routinely reviewed by HRSA's Office of Pharmacy Affairs ("OPA") and their eligibility for the program verified without incident.

6.      On February 2, 2024, Sagebrush received a letter from HRSA notifying it that the agency was "conducting a review" of fifty-three Sagebrush Sites listed in OPAIS for "compliance with 340B Program requirements with a focus on the site's receipt of grant funding from the Centers for Disease Control and Prevention (CDC), and determinations of patient eligibility." The letter contained eleven inquiries and document requests for which HRSA requested responses by Saturday, March 2, 2024 (subsequently extended to Monday, March 4, 2024). A true and correct copy of this letter is attached hereto as **Exhibit A**.

7.      On March 4, 2024, Jami Dybik, Sagebrush's then-340B Program Authorizing Official and an employee of the company, responded to HRSA's request by letter, which included 8,135 pages of responsive documents. I was involved in the development of the response and reviewed and approved the materials prior to submission. A true and correct copy of this letter is attached hereto as **Exhibit B**.

8.      On July 3, 2024, Sagebrush received a second letter from HRSA. This letter contained eight additional questions and document requests. A true and correct copy of this letter is attached hereto as **Exhibit C**.

9.      On August 2, 2024, Sagebrush responded by letter and attached ten responsive documents. I was involved in the development of the response and reviewed and approved the materials prior to submission. A true and correct copy of this letter is attached hereto as **Exhibit D**.

10.     On September 19, 2024, Sagebrush received a third letter from HRSA, asserting that three Sagebrush Sites were not "currently eligible to participate in the 340B Program as an STD covered entity under Section 340B(a)(4)(K) of the PHSA" because the CDPH Subaward expired on July 31, 2024. HRSA claimed that it "will terminate these sites from the 340B

Program on September 27, 2024, if Sagebrush is unable to demonstrate its current eligibility, including the submission of documentation to show compliance." A true and correct copy of this letter is attached hereto as **Exhibit E**.

11.    On September 25, 2024, Sagebrush responded by letter, which included documents from CDPH demonstrating that CDPH continued to provide CDC-sourced funds to the three Sites at issue past July 31, 2024 and that those Sites remained eligible to participate in the 340B Program. I was involved in the development of the response and reviewed and approved the materials prior to submission. A true and correct copy of this letter is attached hereto as **Exhibit F**.

12.    On December 20, 2024, Sagebrush received a fourth letter from HRSA, informing Sagebrush that HRSA would be terminating twenty Sites active in HRSA's Office of Pharmacy Affairs Information System ("OPAIS") by December 30, 2024 (unless Sagebrush terminated them voluntarily by December 27, 2024). The letter justified this decision based on HRSA's determination that fifty-five Sites that were currently or previously registered in OPAIS "have not been eligible to participate in the 340B Program as STD covered entities under Section 340B(a)(4)(K) of the PHSA." Notwithstanding that OPAIS had previously reviewed and approved the OPAIS registration information for each of the Sites and had issued individual 340B identification numbers, HRSA concluded that the Sites "failed to comply with this statutory eligibility requirement and failed to provide documentation to demonstrate receipt of Section 318 funding or support . . . ." A true and correct copy of this letter is attached hereto as **Exhibit G**.

13.    On the same day, Sagebrush responded to HRSA and emphasized our disagreement with HRSA's determination. We requested that HRSA withdraw its demand that Sagebrush terminate the twenty Sites from the 340B Program and included documents

demonstrating the current status of the relevant Subawards. We further requested an additional thirty days to demonstrate the Sites' eligibility as covered entities. I was involved in the development of the response and reviewed and approved the materials prior to submission. A true and correct copy of this letter is attached hereto as **Exhibit H**.

14.     On the same day, I caused an additional email to be sent to HRSA via Sagebrush's legal counsel requesting that HRSA extend its deadline to terminate the Sites to January 31, 2025. A true and correct copy of this email is attached hereto as **Exhibit I**.

15.     On the same day, Sagebrush received an email from HRSA stating that HRSA would agree to "pause the date that we requested Sagebrush terminate its sites in our letter dated Dec. 20, 2024, until we have had chance to review this information." A true and correct copy of this email is attached hereto as **Exhibit J**.

16.     On January 9, 2025, I caused a letter to be sent by legal counsel to HRSA expressing concern that HRSA's findings as stated in its December 20, 2024, letter were "not in compliance with HRSA's own policies and procedures as stated in its Program Integrity Materials (the "Policy")." The letter noted that it was unclear if HRSA's letter "triggers the dispute resolution process as provided in the Policy," including the potential opportunity to submit a corrective action plan for HRSA's approval. A true and correct copy of this email is attached hereto as **Exhibit K**.

17.     On January 13, 2025, Sagebrush received an email from HRSA in response to counsel's January 9, 2025, letter. HRSA clarified that this review was not an audit. Rather, it was "part of an ongoing program integrity initiative." The email further stated that HRSA was "close to finalizing [its] review of the additional documentation submitted by Sagebrush on December 20, 2024" and that it would respond to that correspondence soon.  A true and correct copy of this

email is attached hereto as **Exhibit L**.

18.     On that same day, a few hours later, Sagebrush received another letter from HRSA, stating that it had reviewed the additional materials provided by Sagebrush on December 20, 2024, and reiterated its determination that each of the Sites identified in HRSA's December 20, 2024 letter be terminated. According to HRSA, the additional materials failed to show the Sites' receipt of Section 318 funding. HRSA also determined that "there are a number of other deficiencies in much of the documentation, such as, not being specific to the sites being terminated and not being specific to the time periods covered." For these reasons, the letter stated that HRSA would terminate the Sites by close of business on January 13, 2025. HRSA further determined that a number of other Sagebrush sites, which Sagebrush had removed of its own discretion, were ineligible for some or all of the period in which they participated in the 340B Program. HRSA ordered repayment of these benefits to manufacturers for these time periods. A true and correct copy of this email is attached hereto as **Exhibit M**.

19.     On January 14, 2025, I observed that the Sites identified in HRSA's December 20, 2024, letter were listed as "Terminated" on the OPAIS website as of January 14, 2025. I further observed that HRSA's December 20, 2024, and January 13, 2025, letters to Sagebrush were both published to HRSA's website.

20.     After January 13, 2025, only two Sagebrush sites remained eligible to participate in the 340B Program: Site No. STD06489, located in Connecticut, and Site No. STD891132, located in Nevada. Site No. STD06489 was originally certified in August of 2023, and was most recently re-certified on or about June 11, 2024. Site No. STD891132 was originally certified in December of 2022, and was most recently re-certified on June 4, 2024.

21.     On February 21, 2025, I caused a letter to be sent by counsel requesting

reinstatement of eighteen Sites in Nevada that HRSA removed from the 340B Program on January 14, 2025. This letter included documents proving our position that these Sites were always eligible and received ongoing Section 318 funding through NHHS. A true and correct copy of this email is attached hereto as **Exhibit N**.

22.    On March 21, 2025, Sagebrush received a letter from HRSA responding to our request for reinstatement. HRSA denied our reinstatement request and, further, HRSA determined the only two Sagebrush sites still participating in the 340B Program—Site Nos. STD06489 and STD891132—were now also being removed for issues related to eligibility. HRSA justified its decision to remove Site No. STD06489 by stating that, although CDPH was an active recipient of a Section 318 grant from the CDC valid from August 1, 2024, until December 31, 2029, the actual human immunodeficiency virus ("HIV") test kits delivered to Sagebrush since August 1, 2024 were purchased with state funds and not Section 318 funds. As a result, Site No. STD06489 no longer qualified as a covered entity. HRSA justified its removal of Site No. STD891132 because its Section 318 funding expired on March 1, 2025 and NHHS had not yet received the notice of award renewing or extending the grant. A true and correct copy of this email is attached hereto as **Exhibit O**.

23.    On March 25, 2025, I caused a letter to be sent by counsel to HRSA correcting two inaccurate determinations in their above letter and providing documentation supporting my contention. First, the kits that CDPH supplied to Site No. STD06489 were purchased with Section 318 funding as reflected in correspondence with Lynn Sosa, M.D., the Director of Infection Disease and State Epidemiologist at CDPH. This correspondence, which Sagebrush previously included with its September 25, 2024 letter to HRSA, directly contradicted HRSA's claim that said kits were purchased via state funds. Second, with respect to Site No. STD891132, the Notice

of Subaward has not yet been signed due to delays arising from the Congressional Continuing

Resolution under which the CDC is currently operating, but that agreement is expected to be

executed by March 28, 2025 and will be retroactive to March 1, 2025. This is confirmed in a

memorandum from Samm Warfel, the STD and Hepatitis Program Manager at NHHS. A true and

correct copy of this letter, and the accompanying documents mentioned, is attached hereto as

**Exhibit P**.

24.     On March 27, 2025, Sagebrush received an email from HRSA claiming that

HRSA had "more recent communication" with the CDPH that the 50 HIV test kits provided to

Site No. STD06489 after August 1, 2024, were purchased using state funds and not section 318

funding. HRSA provided no documents to demonstrate this reporting, which directly contradicts

the documents provided by Sagebrush to the contrary. HRSA further clarified that Sagebrush Site

No.  STD891132 would be considered ineligible due to the expiration of the relevant grant on

February 28, 2025. HRSA stated that it would consider Sagebrush ineligible until it received

documents demonstrating a current executed subaward agreement between Sagebrush and the

NHHS. This ignores the provided documentation from NHHS stating that the subaward, once

signed, will be retroactive to March 1, 2025. In other words, once the Notice of Award is signed,

there will have been no gap in eligibility. A true and correct copy of this email is attached hereto

as **Exhibit Q**.

25.     HRSA's termination of Site Nos. STD06489 and STD891132, if allowed to

proceed, will remove Sagebrush from the 340B Program entirely. As a result, Sagebrush will

cease doing business completely and its STD Program will abruptly cease, along with the

Subaward Services to Patients, impairing their access to health care services, including pre-

exposure prophylaxis and post-exposure prophylaxis treatment that Sagebrush provides to patients

to prevent HIV infection, and Sagebrush's ability to fulfill its obligations under the relevant Subawards.

26.    I have reviewed the Verified Complaint in this matter, and I confirm that the facts set forth in the Verified Complaint are true to the best of my knowledge, information, and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 27, 2025, at Las Vegas, Nevada.

_____
Guru Charan
Chief Executive Officer and Co-Founder
Sagebrush Health Services

# EXHIBIT A



Health Resources & Services Administration
**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857



February 2, 2024

Jami Dybik
Director
Sagebrush Health Services
8379 West Sunset Road Suite 210
Las Vegas, NV 89113

Dear Jami Dybik:

The Health Resources and Services Administration (HRSA) is committed to ensuring the 340B Drug Pricing Program (340B Program) advances access to care for underserved communities, including by ensuring that 340B covered entities are compliant with 340B Program requirements.

Sagebrush Health Services (Sagebrush) currently has 53 actively listed sexually transmitted disease (STD) sites in the 340B Office of Pharmacy Affairs Information System (OPAIS). These 53 sites are listed in the attached spreadsheet. The HRSA Office of Pharmacy Affairs (OPA) has data that shows the majority of these sites have had a significant increase in 340B purchases, which is a risk-based criteria identified for the evaluation of 340B Program compliance. As such, HRSA is conducting a review of each site's compliance with 340B Program requirements with a focus on the site's receipt of grant funding from the Centers for Disease Control and Prevention (CDC), and determinations of patient eligibility.

**As part of this review, please submit responses for the following inquiries and document requests to 340bcompliance@hrsa.gov by March 2, 2024.**

1) Please provide a copy of current Notice of Award (NoA) issued to the grantee by the CDC related to treatment of STD under section 318 of the Public Health Service Act that qualifies Sagebrush as a 340B covered entity.
    a. Indicate the CDC Notice of Funding Opportunity number associated with the NoA.
2) Please provide the written agreement (e.g., contract, or memorandum of understanding) between the grantee and Sagebrush that lists the grant number, amount of federal funds authorized, Sagebrush recipient site(s) by name and address, as well as the nature, and terms and conditions of the support.
    a. Describe how Sagebrush's activities are within the scope of the CDC grant.
    b. Describe which sites Sagebrush owns in whole or part, and which are owned/managed by other organizations.

3) Please provide all written agreements (e.g., contract or memorandum of understanding) between Sagebrush and any site(s) not owned by Sagebrush that list the grant number, amount of federal funds authorized, recipient site(s) by name and address, as well as the nature, and terms and conditions of support.
   a. Provide documentation to demonstrate how the support provided by Sagebrush to each of the sites is provided through the CDC grant.
   b. Describe how each site's activities are within the scope of the CDC grant.
4) Please provide a copy of Sagebrush's most recently filed IRS 990 form for Employer Identification Number (EIN) 872737450.
   a. If the IRS 990 form does not list each of the 53 sites registered in OPAIS, provide documentation to demonstrate the owner of each site and describe the for-profit or non-profit status of each site.
5) Please confirm that Jami Dybik, the authorizing official listed in OPAIS for each of the 53 sites, is authorized to legally enter into an agreement with the federal government on behalf of all 53 sites.
6) Please provide a copy of each of the 53 sites' 340B Program policies and procedures that describe processes for registration and recertification, procurement, inventory control, prevention of diversion and duplicate discounts, self-disclosure of non-compliance, and contract pharmacy oversight.
7) For each of the 53 sites, please explain how Sagebrush ensures that 340B drugs are dispensed only to individuals who satisfy the 340B patient definition at https://www.hrsa.gov/sites/default/files/hrsa/opa/patient-entity-eligibility-10-24-96.pdf .
8) For each of the 53 sites, please provide a list (preferably in excel format) of the utilized contract pharmacies, including the name and address of each pharmacy.
   a. For each contract pharmacy, provide the current contract pharmacy agreement that includes the contract pharmacy and the site by name and address.
9) For each of the 53 sites, please provide a list (preferably in excel format) of pharmacies (retail/community, infusion, specialty, compounding, mixed-use, etc.) that are not registered as contract pharmacies and are dispensing the site's 340B drugs. For each pharmacy provide:
   a. The name and address of the pharmacy.
   b. The type of pharmacy (retail/community, infusion, specialty, compounding, mixed-use, etc.).
   c. Documentation to demonstrate ownership of the pharmacy (e.g., pharmacy license, business license, certificate of liability insurance).
10) Please explain how Sagebrush defines and tracks savings generated from the 340B program at each of the 53 sites.
11) Please explain how the savings generated from the 340B Program at each of the 53 sites is used to benefit the needs of the community.

Thank you in advance for your prompt response. Please contact Michelle Herzog at (301) 443-0650 or mherzog@hrsa.gov if you have any questions.

Sincerely,

Chantelle V. Britton, M.P.A., M.S.
Acting Director
Office of Pharmacy Affairs

Enclosure

Thank you in advance for your prompt response. Please contact Michelle Herzog at (301) 443-0650 or mherzog@hrsa.gov if you have any questions.

Sincerely,

Chantelle V. Britton, M.P.A., M.S.
Acting Director
Office of Pharmacy Affairs

Enclosure

# EXHIBIT B

 Sagebrush Health

**SENT VIA EMAIL AND SECURE SERVER**

March 4, 2024

Chantelle V. Britton, M.P.A., M.S.
Acting Director
Office of Pharmacy Affairs
Health Resources & Services Administration
5600 Fishers Lane
Rockville, MD 20857
CBritton@hrsa.gov

### Re:   340B Program Compliance Letter

Dear Ms. Britton:

Below please find Sagebrush Health Services' ("Sagebrush") response to the Health Resources &
Services Administration's ("HRSA") inquiries and document requests as stated in its February 2,
2024 letter. Responsive documents have been Bates-numbered from SB00001-SB08135 and
uploaded to the "Sagebrush Health Services Response" workspace on the National Institutes of
Health Secure File Transfer platform on or before March 4, 2024.

### INTRODUCTION

Sagebrush is a nonprofit 501(c)(3) organization that is based in Las Vegas, Nevada. Since its
inception, Sagebrush's mission has been to provide essential medical services to individuals with
infectious diseases, particularly focusing on human immunodeficiency virus ("HIV"). Over the
years, Sagebrush has evolved and expanded its services to reach rural and underserved
populations.

Sagebrush is a subawardee of multiple grants authorized under Section 318 of the federal Public
Health Services Act, including: (1) Award No. 6NH25PS005179-05-03 (NOFO No. CDC-RFA-
PS19-1901), which was awarded to the Nevada Department of Health and Human Services
("NHHS") and pertains to the development and implementation of a national protocol for risk
assessment for sexually transmitted infections ("STIs") and/or testing, prevention, and/or
education (the "NHHS Subaward"); and (2) Award No. 6NU62PS924521-04-02 (NOFO No.
CDC-RFA-PS18-1802), which was awarded to the Connecticut Department of Public Health
("CDPH") and pertains to the development and implementation of comprehensive "HIV"
surveillance and prevention programs to prevent new HIV infections and achieve viral
suppression for HIV-infected individuals (the "CDPH Subaward"). As a Section 318 subawardee,
Sagebrush qualifies as a covered entity under the 340B Drug Pricing Program.

With the support derived from its Section 318 subawards, Sagebrush has developed a
comprehensive sexual health care services delivery model. A key component of the model is care



collaboration with specialists, including oncology and rheumatology providers, for example (the "Providers"), many of whom treat patients who are immunocompromised or otherwise may be at increased risk of contracting STIs (the "Patients").[1] These care collaboration models involve the integration of STI education, screening, testing, and treatment services (the "STI Services") with the specialty medical services provided to the Patients and are within the scope of Sagebrush's subawards. The Patients receive the STI Services at the Providers' clinics or outpatient locations (the "Sites").

The STI Services are delivered under a contract between Sagebrush and the Provider (the "Provider Contract") that ensures compliance with the terms of Sagebrush's applicable subaward. While the specific terms of each Provider Contract vary, the agreements generally:

- Delineate the specific STI Services to be provided at the Provider's Sites, Sagebrush's responsibility and oversight of those services, the maintenance and access of patient medical records, and the types of data collected by Sagebrush to track the care of patients receiving STI Services;

- Set forth the terms by which: (1) Sagebrush makes available 340B drugs purchased and owned by Sagebrush to Patients receiving STI Services at the Provider Sites; and (2) the Provider's in-office administration or dispensing of those drugs, and performance of administrative services related to the management of Sagebrush's 340B drug inventory and to compliance with 340B program requirements;

- Authorize Sagebrush to add the Sites to the applicable subaward, register each Site on the 340B Office of Pharmacy Affairs Information System ("OPAIS"), appoint an authorizing official ("AO") to act on each registered Site's behalf, and perform other duties necessary to ensure compliance with 340B program requirements; and

- Set forth the compensation paid by Sagebrush to the Provider for provision of the STI Services (the "Provider Payment").

---

[1] Multiple peer-reviewed clinical research publications have established that immunocompromised patients receiving infusion therapy are at higher risk of contracting serious infections, including STIs. For example, an analysis of 71 clinical trials determined that statistically significant increases in the occurrence of any infections (20%), serious infections (40%), including STIs, and tuberculosis (250%) were present in the review of 22,741 patients. *See* Silvia Minozzi et al., *Risk of infections using anti-TNF agents in rheumatoid arthritis, psoriatic arthritis, and ankylosing spondylitis: a systematic review and meta-analysis*, EXPERT OPINION ON DRUG SAFETY, 15:sup1, 11-34, DOI: 10.1080/14740338.2016.1240783 (2016). *See also generally* Ogawa E, Wei and MT, Nguyen MH, *Hepatitis B Virus Reactivation Potentiated by Biologics*, INFECT. DIS. CLIN. NORTH AM. 2020 Jun;34(2):341-358. doi: 10.1016/j.idc.2020.02.009. Epub 2020 Apr 23. PMID: 32334985; Loomba R, Liang TJ, *Hepatitis B Reactivation Associated with Immune Suppressive and Biological Modifier Therapies: Current Concepts, Management Strategies, and Future Directions*, GASTROENTEROLOGY 2017 May;152(6):1297-1309. doi: 10.1053/j.gastro.2017.02.009. Epub 2017 Feb 20. PMID: 28219691; PMCID: PMC5501983.



Sagebrush utilizes the 340B drugs savings to reinvest in patient care and access. For example, Sagebrush funds the transportation expenses of Patients demonstrating financial need and enables drug co-payment waivers or reductions.

In conclusion, through its subaward-supported activities, Sagebrush: (1) promotes a coordinated, collaborative model of STI and specialty care to distinct patient populations who are or may be at a higher risk of contracting STIs based on disease state, geography, age cohort, and medication management; (2) works to reduce the stigma associated with receiving STI treatment by expanding access to STI Services at specialty provider locations; (3) furthers the collection of data essential to public health activities and the promotion of the Centers for Disease Control & Prevention's ("CDC") recommended education, awareness, screening, diagnosis, care coordination, and treatment for patient materials; (4) provides 340B drugs to patients in connection with the delivery of STI Services; and (5) utilizes the 340B program savings to subsidize the costs of STI Services delivery and provide other community benefits to Patients.

## RESPONSES TO HRSA'S FEBRUARY 2, 2024 REQUESTS

Sagebrush incorporates the above statement, including the defined terms, as part of its responses to HRSA's questions. For purposes of these responses, any reference to a "Site" or the "Sites" is limited to the 53 Sites identified in the spreadsheet attached to HRSA's February 2 letter.[2]

### REQUEST NO. 1

*Please provide a copy of current Notice of Award (NoA) issued to the grantee by the CDC related to treatment of STD under section 318 of the Public Health Service Act that qualifies Sagebrush as a 340B covered entity.*

### RESPONSE TO REQUEST NO. 1

As a subawardee, Sagebrush does not maintain documents related to the CDC's grants to its awardees. However, in a good-faith attempt to address HRSA's request, Sagebrush has requested the NoA for CDC's award to "NHHS" (Award No. 6NH25PS005179-05-03) and the NoA for CDC's grant to "CDPH" (Award No. 6NU62PS924521-04-02). Sagebrush will provide the NoAs to HRSA immediately upon receipt.

### REQUEST NO. 1(a)

*Indicate the CDC Notice of Funding Opportunity number associated with the NoA.*

---

[2] Two of the 53 Sites have pending termination requests in OPAIS: NV Family Care Center and A-P Medical Group. For more information about these two Sites, please see rows 17 and 31 of the spreadsheet located at SB08134.



## RESPONSE TO REQUEST NO. 1(a)

The Notice of Funding Opportunity ("NOFO") number associated with Award No. 6NH25PS005179-05-03 is NOFO No. CDC-RFA-PS19-1901.

The NOFO number associated with Award No. 6NU62PS924521-04-02 is NOFO No. CDC-RFA-PS18-1802.

## REQUEST NO. 2

*Please provide the written agreement (e.g., contract, or memorandum of understanding) between the grantee and Sagebrush that lists the grant number, amount of federal funds authorized, Sagebrush recipient site(s) by name and address, as well as the nature, and terms and conditions of the support.*

## RESPONSE TO REQUEST NO. 2

SB00003 through SB00024 addresses the Notice of Subaward (the "Subaward") from NHHS and Amendments #1 and #2 thereto. Sagebrush understands that NHHS has extended the subaward's term past December 30, 2023, and is awaiting written confirmation from NHHS. Upon receipt, Sagebrush will furnish the confirmation to HRSA. The document labeled SB00002 establishes that the current NHHS NoA is 6NH25PS005179-05-03.

SB00001 is correspondence from CDPH documenting that the CDPH Subaward constitutes in-kind contributions in the form of HIV test kits through a cooperative agreement with CDC under NOFO No. CDC-RFA-PS18-1802, Award No. 6 NU62PS924521-04-02, which expires July 31, 2024. Sagebrush has made good-faith efforts to memorialize the CDPH Subaward by written agreement. Sagebrush will furnish the agreement to HRSA once finalized.

## REQUEST NO. 2(a)

*Describe how Sagebrush's activities are within the scope of the CDC grant.*


Sagebrush Health

## RESPONSE TO REQUEST NO. 2(a)

NHHS Subaward

With respect to the Provider Sites that are registered in OPAIS under the NHHS Subaward, Sagebrush provides or arranges for STI Services that include screening, education, testing, and treatment services to Patients at those Provider Sites. These services are within the Scope of Work located at SB00022 through SB00024.

The NHHS Subaward's Scope of Work comprises of seven overarching goals pertinent to the needs of the CDC. Sagebrush has operationalized each goal as follows:

1.  Sagebrush provides screening and/or testing and reports to NHHS regarding all patients for STIs. Sagebrush provides data quarterly to the NHHS Division of Public and Behavioral Health to contribute to the publication of the Nevada STD Epidemiologic Profile.

2.  Sagebrush conducts a thorough sexual health risk assessment on all Patients and has created a policy to increase identification and reporting of syphilis cases.

3.  Sagebrush has developed and implemented a protocol for expedited partner therapy following Nevada law and CDC guidelines.

4.  Sagebrush educates providers in registered Sites and in the community regarding sexual health education and counseling, and provides continuing resources and education on risk assessment, testing, and treatment per CDC guidelines.

5.  Sagebrush established a policy that all young adult female patients are screened for STIs at their first visit each year.

6.  Sagebrush provides condoms at the Sites under the NHHS Subaward, to its partners, and within its community per its condom distribution policy and procedure.

7.  Sagebrush promotes screening to identify patients at risk for oral and rectal chlamydia and gonorrhea and HIV, and to increase accurate diagnosis and provide care coordination to ensure access to treatment, including preventative treatment such as pre-exposure prophylaxis (PrEP) and DoxyPEP.

After conducting outreach efforts, Sagebrush identified various obstacles that individuals face when trying to access sexual health services. Due to various reasons such as stigma, lack of transportation, financial hardships, and physical or mental barriers, there are fewer people in the communities that Sagebrush serves who are able or willing to visit a physical testing site or attend a testing event. Sagebrush also determined that up to 50% of men and 70% of women who are infected with an STI are asymptomatic, so it may not occur to them to seek testing. To ensure



Sagebrush
Health

the overall wellness of Patients, Sagebrush provides sexual health care services, such as risk assessment screenings, education, testing and treatment when indicated, and prevention, to every patient at their point-of-care locations. This is done in collaboration with Providers during their regular medical appointments, thus providing a comprehensive health care experience for the Patient.

CDPH Subaward

Following the CDC guidelines for integrated HIV surveillance and prevention under NOFO CDC-RFA-PS18-1802, Sagebrush implements a comprehensive HIV surveillance and prevention program to prevent new HIV infections and achieve viral suppression among persons living with HIV. Priority activities include but are not limited to: HIV testing; linkage to, reengagement in, and retention in care and support achieving viral suppression; pre-exposure prophylaxis (PrEP) related activities; community-level HIV prevention activities; and HIV transmission cluster investigations and outbreak response efforts. Per the CDC, the integration of these programs allows each jurisdiction to operate in unison and maximize the impact of federal HIV prevention funding.

CDPH has a collaborative agreement with Sagebrush to screen patients at each Site under the CDPH Subaward for HIV risk, to educate patients on HIV prevention, and to provide free HIV testing. One of the goals tasked to Sagebrush by CDPH is to complete a target number of HIV tests and to provide the appropriate reporting. CDPH furnishes physical HIV rapid test kits, but Sagebrush uses 340B Savings (defined below) to provide necessary services related to the use of test kits, such as patient education, risk assessment, testing services, care linkage, and PrEP preventative treatment.

Sagebrush's health care facilities have Patients who are undergoing drug therapy treatment, and unfortunately, some of them are at a higher risk of infection due to their weakened immune system. To ensure their safety, Sagebrush screens Patients for HIV and provides them with prevention education before initiating their drug therapies. Patients who test negative for HIV are offered PrEP for the prevention of HIV at no cost. Furthermore, Sagebrush's care coordinators remain vigilant throughout the Patient's entire treatment to monitor their progress and identify any potential risk.

## REQUEST NO. 2(b)

*Describe which sites Sagebrush owns in whole or part, and which are owned/managed by other organizations.*

## RESPONSE TO REQUEST NO. 2(b)

Of the 53 sites, 13 sites are owned or controlled by Sagebrush. Column Y in the spreadsheet set forth at SB08134 indicates for each of the 53 sites whether the site is owned or controlled by Sagebrush. The sites owned or controlled by Sagebrush offer STI Services and other medical



services provided by Healthnomic Partners LLC. A copy of Sagebrush's agreement with
Healthnomic Partners LLC is located at SB08136-SB08169.

## REQUEST NO. 3

*Please provide all written agreements (e.g., contract or memorandum of understanding) between
Sagebrush and any site(s) not owned by Sagebrush that list the grant number, amount of federal
funds authorized, recipient site(s) by name and address, as well as the nature, and terms and
conditions of support.*

## RESPONSE TO REQUEST NO. 3

SB00025 through SB00090 encompasses the Provider Contracts that Sagebrush has identified as
responsive to this request after a diligent, good-faith review. Sagebrush is actively working to
update the standardized terms of its Provider Contracts. To the extent Sagebrush enters a new
Provider Contract with an Unrelated Site that amends or supersedes the Provider Contract
produced with this response, Sagebrush will furnish the new Provider Contract to HRSA.

## REQUEST NO. 3(a)

*Provide documentation to demonstrate how the support provided by Sagebrush to each of the
sites is provided through the CDC grant.*

## RESPONSE TO REQUEST NO. 3(a)

Sagebrush regularly provides reports to NHHS and CDPH regarding its activities under the
NHHS Subaward and CDPH Subaward, respectively, at the Sites. Regarding the NHHS
Subaward, please see the column labeled "Documentation Needed" in the chart set forth at
SB00022 through SB00024 for a description of the quarterly reports that Sagebrush is required to
provide to NHHS. Please indicate if HRSA is requesting that the report documents themselves be
provided.

## REQUEST NO. 3(b)

*Describe how each site's activities are within the scope of the CDC grant.*

## RESPONSE TO REQUEST NO. 3(b)

Sagebrush utilizes operating budget funds from Award No. 6NH25PS005179-05-03 to provide
condoms to Sites under the NHHS Subaward. Those Sites coordinate with Sagebrush to
distribute the condoms, STI educational content, STI risk assessment forms, and other items
supported with in-cash or in-kind contributions from NHHS.

Sagebrush
Health

Sagebrush receives HIV tests under Award No. 6 NU62PS924521-04-02 and provides the tests to Sites under the CDPH Subaward. Those Sites coordinate with Sagebrush to conduct HIV testing utilizing the test kits.

Sagebrush's trainers and clinic staff provide each Site with education and protocols regarding CDC treatment guidelines as required under the NHHS Subaward and CDPH Subaward. Additionally, Sagebrush connects each Site to a Sagebrush care coordinator to ensure coordinated care and to collaborate on meeting grant reporting requirements. All Sagebrush care coordinators complete the Empower Change Testing and Counseling Training Program for Rapid HIV Testing Certification Course. See the following website:
https://www.cygnismedia.com/case-studies/online-training-and-certification-app.html.

### REQUEST NO. 4

*Please provide a copy of Sagebrush's most recently filed IRS 990 form for Employer Identification Number (EIN) 872737450.*

### RESPONSE TO REQUEST NO. 4

SB00091 through SB00104 includes Sagebrush's filed 2021 Form 990-PF.

### REQUEST NO. 4(a)

*If the IRS 990 form does not list each of the 53 sites registered in OPAIS, provide documentation to demonstrate the owner of each site and describe the for-profit or non-profit status of each site.*

### RESPONSE TO REQUEST NO. 4(a)

The 2021 Form 990-PF does not list the 53 Sites. Sagebrush has identified the for-profit or non-profit status of each of the 53 Sites in column Z of the spreadsheet at SB08134. Sagebrush respectfully requests further clarification from HRSA regarding the types of documentation that will "demonstrate the owner of each site." With further clarification, Sagebrush will then make good-faith efforts to obtain and provide the documentation to HRSA.

### REQUEST NO. 5

*Please confirm that Jami Dybik, the authorizing official listed in OPAIS for each of the 53 sites, is authorized to legally enter into an agreement with the federal government on behalf of all 53 sites.*

### RESPONSE TO REQUEST NO. 5

Jami Dybik is the authorizing official for each of the 53 Sites. Sagebrush is making good-faith efforts to obtain documentation, including, as applicable, new Provider Contracts, that document



each of the 53 Sites' express authorization for Ms. Dybik or another designee of Sagebrush to act as the AO. Sagebrush will furnish the documentation to HRSA as soon as possible.

## REQUEST NO. 6

*Please provide a copy of each of the 53 sites' 340B Program policies and procedures that describe processes for registration and recertification, procurement, inventory control, prevention of diversion and duplicate discounts, self-disclosure of non-compliance, and contract pharmacy oversight.*

## RESPONSE TO REQUEST NO. 6

Sagebrush is committed to complying with 340B requirements and maintains comprehensive 340B Program policies located at SB00105 through SB00131 (the "Sagebrush P&Ps"). Sagebrush intends to modify and supplement the Sagebrush P&Ps document from time to time. Please refer to the following portions of the Sagebrush P&Ps:

- For registration and recertification, see SB00110 through SB00113.
- For procurement and inventory control, see SB00119 through SB00120.
- For prevention of diversion and duplicate discounts, see SB00114 through SB00118.
- For self-disclosure of non-compliance, see SB00127 through SB00128.
- For contract pharmacy oversight, see SB00121 through SB00123.

To the extent Sagebrush carries out a 340B Program compliance function on behalf of a Site (for example, OPAIS registration and recertification), Sagebrush follows the Sagebrush P&Ps. To the extent a Site itself performs a function within the scope of the Sagebrush P&Ps relating to a 340B drug of Sagebrush, Sagebrush expects the Site to act in accordance with the Sagebrush P&Ps. Accordingly, the Sagebrush P&Ps serve as a uniform standard across all Sites.

## REQUEST NO. 7

*For each of the 53 sites, please explain how Sagebrush ensures that 340B drugs are dispensed only to individuals who satisfy the 340B patient definition at https://www.hrsa.gov/sites/default/files/hrsa/opa/patient-entity-eligibility-10-24-96.pdf.*

## RESPONSE TO REQUEST NO. 7

Sagebrush ensures compliance with the 340B patient definition by adhering to the Sagebrush P&Ps, which address patient eligibility, inventory control, and compliance. Please see SB00105-SB00131

Pursuant to HRSA's 1996 Patient Definition Guidelines (the "1996 Guidelines"), an individual qualifies as a "patient" if: (1) "[t]he covered entity has established a relationship with the individual, such that the covered entity maintains records of the individual's health care"; (2)

**Sagebrush Health**

"[t]he individual receives health care services from a health care professional who is either employed by the covered entity or provides health care under contractual or other arrangements (e.g., referral for consultation) such that responsibility for the care provided remains with the covered entity; and (3) "[t]he individual receives a health care service or range of services from the covered entity which is consistent with the service or range of services for which grant funding . . . has been provided to the entity."

To ensure compliance with the first element of the patient definition, Sagebrush stores and maintains a record of the health care services provided to the individual.  To ensure compliance with the second element of the patient definition, Sagebrush maintains a provider NPI list of employed and contracted health care providers and retains responsibility for the care provided. The Provider Contracts establish that Sagebrush remains responsible for: (1) furnishing the education and screening materials that the Provider uses to provide STI Services; (2) furnishing the supplies for collecting specimens on Patients at the Sites; (3) paying for STI testing performed by any third-party clinical laboratory on a Patient who receives STI Services at a Site; (4) in the event of a confirmed infection following such STI testing, providing or arranging for the provision of treatment for such infection, or referring such infected Patients to other health care providers for treatment for such infection; (5) maintaining its own records of the STI Services, the Provider's professional services, medications prescribed or administered, and such other information to evidence that a Patient is immunocompromised and/or may be at increased risk for STIs, or otherwise to fulfill any reporting requirements under the applicable subaward; and (6) ensuring the foregoing responsibilities are performed in coordination with the professional services provided by the Provider. To ensure compliance with the third element of the patient definition, Sagebrush regularly audits the administering and dispensing of 340B drugs at Sites and contracted pharmacies to verify documentation of services provided. In the event Sagebrush determines that a diversion has occurred or that a Patient has retroactively been deemed ineligible for prescription of 340B drugs, Sagebrush acts in accordance with the Sagebrush P&Ps regarding compliance, material breach, and self-disclosure.

Sagebrush interprets the third element of the patient definition (the "scope of the grant" test) as being applied at the patient level, not the prescription level. Thus, if Sagebrush provides a subaward-supported STI Service to a Patient, Sagebrush has provided that Patient with a "health care service or range of services . . . consistent with the service or range of services for which grant funding . . . has been provided to the entity." There is no requirement, or prescription-level test which examines whether a particular prescription is also consistent with the scope of the covered entity's grant.

Based on this interpretation, Sagebrush maintains that it is not limited to providing its Patients with only those drugs that are indicated for the treatment of STIs. Sagebrush's interpretation was developed based on a reading of FAQ ID 1565 as stated on Apexus, the 340B Prime Vendor's, website: "Is a covered entity grantee limited to using or prescribing drugs that address the services or range of services for which grant funding was received?"  Apexus answered that "[t]he 340B Program does not limit the drugs a covered entity can use or prescribe," so long as the recipient of the drug meets the other criteria of the 1996 Guidelines.



## REQUEST NO. 8

*For each of the 53 sites, please provide a list (preferably in excel format) of the utilized contract pharmacies, including the name and address of each pharmacy.*

### RESPONSE TO REQUEST NO. 8

Please see SB08135 for a list of contract pharmacies that are currently being utilized to dispense 340B drugs to eligible Patients.

### REQUEST NO. 8(a)

*For each contract pharmacy, provide the current contract pharmacy agreement that includes the contract pharmacy and the site by name and address.*

### RESPONSE TO REQUEST NO. 8(a)

SB00132-SB08117 and SB08170-SB08212 include the current contract pharmacy agreements that Sagebrush located after a diligent, good-faith search for the documents. Sagebrush will provide additional agreements to HRSA once identified.

### REQUEST NO. 9

*For each of the 53 sites, please provide a list (preferably in excel format) of pharmacies (retail/community, infusion, specialty, compounding, mixed-use, etc.) that are not registered as contract pharmacies and are dispensing the site's 340B drugs. For each pharmacy provide:*
   *a. The name and address of the pharmacy.*
   *b. The type of pharmacy (retail/community, infusion, specialty, compounding, mixed-use, etc.).*
   *c. Documentation to demonstrate ownership of the pharmacy (e.g., pharmacy license, business license, certificate of liability insurance).*

### RESPONSE TO REQUEST NO. 9

None of the 53 Sites utilize pharmacies not registered as contract pharmacies in OPAIS to dispense 340B drugs to Patients treated at those Sites.

### REQUEST NO. 10

*Please explain how Sagebrush defines and tracks savings generated from the 340B program at each of the 53 sites.*

Sagebrush
Health

## RESPONSE TO REQUEST NO. 10

Sagebrush defines savings generated from the 340B program as the difference between the amount collected from all sources for claims for 340B drugs administered or dispensed to a Patient, and the 340B discount price paid by Sagebrush (the "340B Savings"). This definition matches Apexus's July 20, 2022 guidance titled "Calculating 340B Net Financial Impact and Use of Savings."

When a Provider or contract pharmacy bills and collects payment for Sagebrush's 340B drugs, the Provider or contract pharmacy remits that payment to Sagebrush to reimburse Sagebrush for the purchase of the 340B drugs and administration of its subaward program net of: (1) in the case of the Provider, the amount due to the Provider for STI Services provided by the Provider; and (2) the amount due to the Provider or contract pharmacy for administrative and compliance-related services provided by the Provider or contract pharmacy (the "Net Collection Amount").

Sagebrush tracks 340B Savings, generally on a monthly basis, by requiring Providers and contract pharmacies to submit monthly reports itemizing 340B drugs administered or dispensed to the Patients. The Net Collection Amount is based on the drugs itemized on this report. This amount offsets Sagebrush's acquisition and associated overhead costs to purchase 340B drugs.

## REQUEST NO. 11

*Please explain how the savings generated from the 340B Program at each of the 53 sites is used to benefit the needs of the community.*

## RESPONSE TO REQUEST NO. 11

Central to Sagebrush's ability to deliver comprehensive care is the strategic utilization of 340B Savings. With the support of these funds, Sagebrush has set up specialty clinics, expanding its presence to Reno, Nevada; Connecticut; and beyond through strategic collaborations. Through these clinics, Sagebrush provides specialized care tailored to the unique needs of its patients. Moreover, as discussed in the Sagebrush P&Ps (see General Statement of 340B Program Policy & Participation), Sagebrush leverages 340B Savings to ensure that essential medical services are accessible to all, offering free access to STI education, testing and treatment, PrEP, doxyPEP, hepatitis C care visits, and HIV care navigation visits. In the latter part of 2023, recognizing the importance of telehealth, Sagebrush began offering STI Services via telehealth, further expanding access to care while leveraging 340B Savings to offset associated costs. Creating such a program beneficial to the community and deploying Sagebrush's resources to make it sustainable without significant federal funding was only possible due to the 340B program.

Subsidizing care is another cornerstone of Sagebrush's mission. With the support of 340B Savings, Sagebrush subsidizes uncompensated care, guaranteeing that financial constraints do not hinder access to vital medical services. This includes covering staff salaries and enabling Sagebrush to maintain a dedicated team of professionals committed to delivering high-quality



care. Sagebrush's team, comprised of nurse practitioners, medical assistants, program coordinators, care navigators, community engagement specialists, grant directors, data analysts, and pharmacy solution specialists, is supported by 340B Savings, ensuring continuity of care for our Patients.

Sagebrush understands that holistic care extends beyond medical treatment. Thus, Sagebrush uses 340B Savings to implement medication management programs and community health initiatives. These programs not only address the medical needs of Sagebrush's Patients but also encompass broader health and wellness concerns. Sagebrush adopts a comprehensive approach to sexual health, recognizing its interconnectedness with overall well-being, and strives to support the total health of Patients through collaborative and coordinated care models.

At the heart of Sagebrush's mission is expanding services to meet community needs, which is made possible through 340B Savings. By establishing specialty clinics, offering free care, and actively participating in community outreach events, Sagebrush has broadened its impact, reaching more individuals in need of care and support. Sagebrush demonstrates its commitment to community engagement through its regular presence at testing events and community gatherings throughout Nevada and Connecticut, facilitating access to care and promoting health awareness.

As part of its efforts to combat HIV, Sagebrush has partnered with Walmart in Nevada to offer free HIV testing and PrEP services in designated Walmart locations and during Community Wellness Events held throughout Las Vegas. SB08124 through SB08133 is a copy of Sagebrush's agreement with Walmart regarding these in-store services.

Sagebrush entered into a Memorandum of Understanding with ACCEPT (Access for Community & Cultural Education Programs & Trainings) and Golden Rainbow, an agency supporting HIV patients in Southern Nevada, to provide at no cost (see SB08118 through SB08119):

- Confidential and comprehensive STI testing, including HIV, syphilis, gonorrhea, and chlamydia.

- Consultations, counseling, and education related to STI prevention, transmission, and treatment.

- PrEP services, including initial assessments, prescription, monitoring, and follow-up care for individuals at high risk of acquiring HIV.

- PEP services, including timely assessments, counseling, and initiation of antiretroviral treatment following potential exposure to HIV.

Sagebrush has partnered with Real Choices Women's Center, also based in Nevada, to provide free sexual health services to vulnerable Patients. SB08122 through SB08123 is a copy of

13



Sagebrush's Memorandum of Understanding with Real Choices Women's Center. These services include:

- STI testing and PrEP and PEP services.

- Consultation, counseling, and education related to STI and HIV transmission, prevention, and treatment.

- PrEP services, including initial assessments, prescription, monitoring, and follow-up care for individuals at high risk for acquiring HIV.

- PEP services, including timely assessments, counseling, and initiation of antiretroviral treatment following potential exposure to HIV.

Sagebrush has developed a deep partnership with the LGBTQIA+ Community Center of Southern Nevada, where Sagebrush provides testing, education, prevention, and linkage to care services. SB08120 through SB08121 is a copy of Sagebrush's Memorandum of Understanding with the LGBTQIA+ Community Center of Southern Nevada. The primary goal is to ensure that any Patient testing positive for HIV receives immediate antiretroviral therapy (ART) initiation within seven days of diagnosis.

Sagebrush's prevention teams also provide weekly testing events at the Mexican and Salvadorian Consulates in Las Vegas; the University of Nevada – Reno; Connecticut Capital Community College; Human Resources Agency of New Britain, Connecticut; Walgreens pharmacies, as well as area health fairs, night clubs, and special testing events.

Sagebrush sponsors local organizations that focus on the provision of sexual health education and services, including:

- Sin City Sisters

- AFAN AIDS WALK

- The LGBTQIA+ Community Center of Southern Nevada

- Nevada Partners

- Foundation for Recovery

- Reno Gay Pride

- Carson City Gay pride

14



- Las Vegas Gay pride

- Latinx AIDS Awareness Day

- REACH

- Track B

- Gay Rodeo Las Vegas

- Golden Rainbow

340B Savings serve as a vital source of funding that enables Sagebrush to uphold its commitment to the provision of essential STI Services. Through the strategic allocation of these funds, Sagebrush is able to offer free or subsidized care and services, implement impactful programs, and expand services, reaching out to patient populations which were not previously reachable, ultimately contributing to the improved health and well-being of the communities Sagebrush serves.

\*\*\*

Sagebrush's responses in this letter are based on a good-faith interpretation of HRSA's requests, and the corresponding documents that Sagebrush has produced follow good-faith efforts to locate documents and information responsive to the requests. Sagebrush reserves the right to supplement or amend its responses or document production. Nothing in this letter should be construed as a release or waiver of any rights to which Sagebrush is entitled by law.

Please do not hesitate to contact me with any questions.

Sincerely,

*Jami Dybik*

Jami Dybik
Authorizing Official
Vice President
Sagebrush Health Services

Copy to:     Douglas Grimm, ArentFox Schiff LLP

15

# EXHIBIT C



**HRSA**
Health Resources & Services Administration
**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857



July 3, 2024

Jami Dybik
Director
Sagebrush Health Services
8379 West Sunset Road, Suite 210
Las Vegas, Nevada 89113

Dear Jami Dybik:

Thank you for Sagebrush's March 4, 2024, response to HRSA's February 2, 2024, letter regarding Sagebrush's compliance with 340B Program requirements. HRSA has reviewed Sagebrush's response and is requesting additional information be submitted.

HRSA notes that since the time of the February 2, 2024, letter, Sagebrush terminated two of its Nevada sites (STD890523 and STD891191) effective April 1, 2024, and one of its Connecticut sites (STD06042) effective July 1, 2024, in the Office of Pharmacy Affairs Information System (OPAIS) and stated that the 340B Program was never implemented at these three sites. In addition, HRSA terminated two of Sagebrush's Connecticut sites (STD064892 and STD06488) effective July 1, 2024, for loss of qualifying grant/support. Finally, Sagebrush recertified three of its Connecticut sites (STD06489, STD064891, and STD068107) and 45 of its Nevada sites (STD890141, STD890142, STD890181, STD89027, STD89032, STD890481, STD890482, STD890521, STD890524, STD890525, STD890526, STD890527, STD890741, STD891031, STD891045, STD891061, STD891063, STD891132, STD89117, STD89118, STD891183, STD89123, STD891232, STD891281, STD891284, STD891285, STD891286, STD891287, STD891288, STD891289, STD891291, STD891292, STD89144, STD89148, STD891482, STD891483, STD891484, STD891485, STD89149, STD891491, STD891493, STD89178, STD893012, and STD89511). The three Connecticut and 45 Nevada sites that were recertified, remain active in OPAIS as of July 3, 2024.

1. Sagebrush has registered sites in Nevada since January 1, 2022, under grant number NH25PS005179 (Notice of Funding Opportunity number (NOFO) PS19-1901) and sites in Connecticut since December 28, 2022, under grant number NU62PS924521 (NOFO PS18-1802). However, Sagebrush's March 4, 2024, response, did not include a copy of the Notice of Award (NoA) to the Nevada Department of Health and Human Services (NHHS) for grant number NH25PS005179, or a copy of the NoA to the Connecticut Department of Public Health (CDPH) for grant number NU62PS924521.

   a. Please provide a copy of the current NoA issued to NHHS by the CDC for grant number NH25PS005179 (NOFO PS19-1901).

b.  Please provide a copy of the current NoA issued to CDPH by the CDC for grant number NU62PS924521 (NOFO PS18-1802).

2.  In its March 4, 2024, response, Sagebrush provided its agreement with NHHS for grant number NH25PS005179 for the period January 1, 2023, through December 30, 2023, and a no cost extension through January 31, 2024. The NHHS agreement states that the scope of work applies to 19 Sagebrush sites that are listed by name and address, including sites that were terminated in OPAIS. The agreement states that funds may not be subcontracted without prior written approval from NHHS, and Sagebrush did not provide its written approval from NHHS that funds may be subcontracted.

The agreement is between NHHS and Sagebrush located at 2435 Fire Mesa Street, Suite 110, Las Vegas Nevada (STD891284).  Of the 19 sites listed in the scope of work in the agreement, three sites (STD891061, STD89118, and STD89123) included in HRSA's February 2, 2024, letter are identified by name and address. However, 43 sites (STD890141, STD890142, STD890181, STD89027, STD89032, STD890481, STD890482, STD890521, STD890523, STD890524, STD890525, STD890526, STD890527, STD890741, STD891031, STD891045, STD891063, STD891132, STD89117, STD891183, STD891191, STD891232, STD891281, STD891285, STD891286, STD891287, STD891288, STD891289, STD89129, STD891291, STD891292, STD89144, STD89148, STD891482, STD891483, STD891484, STD891485, STD89149, STD891491, STD891493, STD89178, STD893012, and STD89511) are not identified by name and address.

The NHHS agreement states that NHHS provides Sagebrush $600 for direct operating costs. The budget and financial reporting requirements state that Sagebrush agrees to use the funds for marketing materials ($50 per month for 12 months) to provide outreach and education of 340B patients.  In OPAIS, eight of the Nevada sites (STD891061, STD891132, STD89118, STD89123, STD891281, STD891284, STD891287, and STD89511) list a direct nature of support (dollars received from CDC or an intermediate organization) and an in-kind nature of support (condoms and marketing materials purchased with section 318 funds). The remaining Nevada sites list an in-kind nature of support (condoms and marketing materials purchased with section 318 funds) in OPAIS.

In its March 2, 2024, response, Sagebrush stated that it is updating the terms of its provider contracts (i.e., subcontract agreements) which would be provided to HRSA.

a.  Please provide documentation from NHHS that the funds provided for the period January 1, 2023, through January 31, 2024, were approved to be used to purchase condoms.

b. Please provide documentation from NHHS that the scope of work for the period January 1, 2023, through January 31, 2024, included the 43 Nevada sites listed above that were not identified in the NHHS agreement. The documentation from NHHS should list the name and address of each of the 43 sites. Please note the 340B ID next to the name and address of each site.

   i. If Sagebrush does not provide the scope of work documentation from NHHS for the 43 sites listed above, but instead provides a statement from NHHS that Sagebrush was allowed to subcontract funds, please provide Sagebrush's subcontract agreement with each of the 43 sites. The agreement for each site should list the site's name and address, the grant number, and amount of federal funds authorized, as well as the nature, and terms and conditions of support. Please note the 340B ID next to the name and address of each site listed in the agreement.

c. For each site that received dollars (direct support) from grant NH25PS005179 during the period January 1, 2023, through January 31, 2024, provide the name, address, and 340B ID of the site.

d. For each site that received in-kind support purchased with grant (NH25PS005179) dollars, provide the name, address, and 340B ID of the site, as well as the nature of the support provided.

3. Please provide the current written agreement (e.g., contract, or MOU) between NHHS and Sagebrush for the period starting February 1, 2024. The agreement should list the current grant number and associated NOFO number, amount of federal funds authorized, Sagebrush recipient sites by name and address, as well as the nature, and terms and conditions of the support.

   a. For each Sagebrush site listed in the current NHHS agreement by name and address, please provide the corresponding 340B ID.

   b. If Sagebrush's current agreement with NHHS includes a statement that NHHS allows Sagebrush to subcontract funds, please provide Sagebrush's subcontract agreement with each site that is not listed in the NHHS agreement and has been registered in OPAIS since February 1, 2024. The subcontract agreement for each site should list the site's name and address, the grant number, and amount of federal funds authorized, as well as the nature, and terms and conditions of support. Please note the 340B ID next to the name and address of each site listed in the agreement.

4. In its March 4, 2024, response, Sagebrush stated it has made good faith efforts to memorialize its agreement with CDPH and it will provide the agreement to HRSA when it is finalized. Sagebrush provided a copy of its February 28, 2024, email communication with

CPDH. The email states that CDPH's cooperative agreement with Sagebrush expires July 31, 2024, and CDPH provides in-kind contributions in the form of 100 HIV test kits purchased under grant number NU62PS924521 (NOFO PS18-1802). The email does not include the start date of the agreement and does not include the name and address of Sagebrush's six Connecticut sites (STD06042, STD06488, STD06489, STD064891, STD064892, and STD068107).

   a. Please provide documentation from CDPH that lists the start date of the cooperative agreement that expires July 31, 2024, as well as the name and address of each Sagebrush site included in the agreement. Please note the 340B ID next to the name and address of each Sagebrush site.

   b. Please provide documentation from CDPH that describes whether CDPH allows Sagebrush to subcontract with organizations not listed in the cooperative agreement.

   c. Please provide documentation from CDPH and Sagebrush that describes whether CPDH and Sagebrush intend to extend their agreement beyond July 31, 2024. Include the name, address and 340B ID of each site that will be included in the extended agreement.

   d. If written agreements with CDPH have been finalized, please provide the written agreements.

5. In its March 4, 2024, response, Sagebrush states that it owns 13 (STD06488, STD06489, STD064891, STD064892, STD068107, STD891061, STD891132, STD89118, STD89123, STD891281, STD891284, STD891287, and STD89511) of 53 sites and all 53 sites are for-profit entities. Sagebrush did not provide documentation to demonstrate its ownership of the 13 sites.

   a. Please provide documentation to demonstrate the ownership of the 13 sites (STD06488, STD06489, STD064891, STD064892, STD068107, STD891061, STD891132, STD89118, STD89123, STD891281, STD891284, STD891287, and STD89511). Examples of documentation that demonstrate ownership may include documentation from the IRS or a state business license.

6. In its March 4, 2024, response, Sagebrush did not provide documentation to demonstrate that the authorizing official (Jami Dybik) listed in OPAIS for all sites, is authorized to legally enter into an agreement with the federal government on behalf of each site.

   a. Please provide documentation to demonstrate that Jami Dybik is authorized to legally enter into an agreement with the federal government on behalf of each of the 53 sites listed in HRSA's February 2, 2024, letter.

7. In its March 4, 2024, response, Sagebrush provided its February 21, 2024, 340B Program policies and procedures. The policies and procedures state, "340B eligible patients of Sagebrush Health Services Section 318 grant(s) may receive infusion services or medications at non-registered, contracted care sites." In addition, the policies and procedures state, "once an individual meets the 340B definition of a patient, any drug prescribed or ordered by a healthcare professional may be purchased or administered under the 340B Program."

   a. Please define the term "contracted care site".

   b. Please provide a list of all "contracted care sites" where individuals receive infusion services or medications. For each "contracted care site", include the name, address, and 340B ID (if applicable) of the site.

   c. Please describe how Sagebrush maintains responsibility for the care provided when an individual receives a 340B drug from Sagebrush as the result of a prescription written by a provider that does not have an employment, contractual, or other arrangement with Sagebrush.

   d. Please describe how Sagebrush maintains responsibility for the care provided when an individual receives a 340B drug from Sagebrush as the result of a prescription written at a site that is not able to be registered in OPAIS as part of Sagebrush's covered entity under Section 340B(a)(4)(K) of the Public Health Service Act.

8. In its March 4, 2024, response, Sagebrush states that it has partnered with Walmart in Nevada to offer free HIV testing and PrEP services in designated Walmart locations (Walmart 1584, 2483, 2593, 2838, and 5070). Sagebrush provided its in-store service provider indemnity agreement with Walmart for the period July 27, 2023, through July 27, 2024.

   a. Please provide the 340B ID of the Sagebrush site(s) that provide services at the designated Walmart locations and describe how the Sagebrush site(s) maintain responsibility for the care provided at the Walmart locations.

Please provide Sagebrush's response and supporting documentation by close of business Friday July 19, 2024. Thank you in advance for your prompt response. Please contact Michelle Herzog at (301) 443-0650 or mherzog@hrsa.gov if you have any questions.

Sincerely,

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs

# EXHIBIT D



August 2, 2024

Chantelle V. Britton
Director
Office of Pharmacy Affairs
Health Resources & Services Administration
5600 Fishers Lane
Rockville, MD 20857
CBritton@hrsa.gov

Dear Chantelle V. Britton :

Below please find Sagebrush Health Services' ("Sagebrush") response to the Health Resources & Services Administration's ("HRSA") inquiries and document requests as stated in its July 3, 2024 Letter in response to Sagebrush's comprehensive response to HRSA's initial inquiry, submitted on March 4, 2024. Responsive documents, referenced as enclosures to this letter, will be forwarded to HRSA via email by or before the close of business on Friday, August 2, 2024. As you will, Sagebrush's responses follow HRSA's questions which are indicated in italics.

## INTRODUCTION

As previously stated in Sagebrush's comprehensive submission to HRSA on March 4, 2024, Sagebrush is a nonprofit 501(c)(3) organization that is based in Las Vegas, Nevada. Since its inception, Sagebrush's mission has been to provide essential medical services to individuals with infectious diseases, particularly focusing on human immunodeficiency virus ("HIV"). Over the years, Sagebrush has evolved and expanded its services to reach rural and underserved populations.

Sagebrush is a subawardee of multiple grants authorized under Section 318 of the federal Public Health Services Act, including: (1) Award No. 6NH25PS005179-05-03 (NOFO No. CDC-RFAPS19-1901), which was awarded to the Nevada Department of Health and Human Services("NHHS") and pertains to the development and implementation of a national protocol for risk assessment for sexually transmitted infections ("STIs") and/or testing, prevention, and/or education (the "NHHS Subaward"); and (2) Award No. 6NU62PS924521-04-02 (NOFO No. CDC-RFA-PS18-1802), which was awarded to the Connecticut Department of Public Health ("CDPH") and pertains to the development and implementation of comprehensive "HIV" surveillance and prevention programs to prevent new HIV infections and achieve viral suppression for HIV-infected individuals (the "CDPH Subaward"). As a Section 318 subawardee, Sagebrush qualifies as a covered entity under the 340B Drug Pricing Program.

With the support derived from its Section 318 subawards, Sagebrush has developed a comprehensive sexual health care services delivery model. A key component of the model is care collaboration with specialists, including oncology and rheumatology providers, for example (the"Providers"), many of whom treat patients who are immunocompromised or otherwise may be at increased risk of contracting STIs (the "Patients").1 These care collaboration models involve the integration of STI education, screening, testing, and treatment services (the "STI Services") with the specialty medical services provided to the Patients and are within the

1

scope of Sagebrush's subawards. The Patients receive the STI Services at the Providers' clinics or outpatient locations (the "Sites").

The STI Services are delivered under a contract between Sagebrush and the Provider (the "Provider Contract") that ensures compliance with the terms of Sagebrush's applicable subaward. While the specific terms of each Provider Contract vary, the agreements generally:

- Delineate the specific STI Services to be provided at the Provider's Sites, Sagebrush's responsibility and oversight of those services, the maintenance and access of patient medical records, and the types of data collected by Sagebrush to track the care of patients receiving STI Services;

- Set forth the terms by which: (1) Sagebrush makes available 340B drugs purchased and owned by Sagebrush to Patients receiving STI Services at the Provider Sites; and (2) the Provider's in-office administration or dispensing of those drugs, and performance of administrative services related to the management of Sagebrush's 340B drug inventory and to compliance with 340B program requirements;

- Authorize Sagebrush to add the Sites to the applicable subaward, register each Site on the 340B Office of Pharmacy Affairs Information System ("OPAIS"), appoint an authorizing official ("AO") to act on each registered Site's behalf, and perform other duties necessary to ensure compliance with 340B program requirements; and

- Set forth the compensation paid by Sagebrush to the Provider for provision of the STI Services (the "Provider Payment").

Sagebrush utilizes the 340B drugs savings to reinvest in patient care and access. For example, Sagebrush funds the transportation expenses of Patients demonstrating financial need and enables drug co-payment waivers or reductions.

In conclusion, through its subaward-supported activities, Sagebrush: (1) promotes a coordinated, collaborative model of STI and specialty care to distinct patient populations who are or may be at a higher risk of contracting STIs based on disease state, geography, age cohort, and medication management; (2) works to reduce the stigma associated with receiving STI treatment by expanding access to STI Services at specialty provider locations; (3) furthers the collection of data essential to public health activities and the promotion of the Centers for Disease Control & Prevention's ("CDC") recommended education, awareness, screening, diagnosis, care coordination, and treatment for patient materials; (4) provides 340B drugs to patients in connection with the delivery of STI Services; and (5) utilizes the 340B program savings to subsidize the costs of STI Services delivery and provide other community benefits to Patients.

## RESPONSES TO HRSA's JULY 3, 2024 REQUESTS

1. *Sagebrush has registered sites in Nevada since January 1, 2022, under grant number NH25PS005179 (Notice of Funding Opportunity number (NOFO) PS19-1901) and sites in Connecticut since December 28, 2022, under grant number NU62PS924521 (NOFO PS18-1802). However, Sagebrush's March 4, 2024, response, did not include a copy of the Notice of Award (NoA) to the Nevada Department of Health and Human Services (NHHS) for grant number NH25PS005179, or a copy of the NoA to the Connecticut Department of Public Health (CDPH) for grant number NU62PS924521.*

2

a. *Please provide a copy of the current NoA issued to NHHS by the CDC for grant number NH25PS005179 (NOFO PS19-1901).*

RESPONSE TO REQUEST NO. 1(a)

Please, see the attached NOFO provided by NHHS (See Exhibit A: NHHS, NoA, NH25PS005179 (NOFO PS19-1901).

b. *Please provide a copy of the current NoA issued to CDPH by the CDC for grant number NU62PS924521 (NOFO PS18-1802).*

RESPONSE TO REQUEST NO. 1(b)

Sagebrush requested a copy of the NoA to the Connecticut Department of Public Health (CDPH) for grant number NU62PS924 but a document was not provided by CDPH. In the absence of the NOA from CDPH, we have included an export from HRSA's TAGGS site, listing CDPH as an awardee under grant number NU62PS924521 (See Exhibit B: HRSA TAGGS Export, Connecticut Department of Public Health). While CDPH did not provide the document in response to our request, CDPH did extend our award for an additional six-month term, through July 31, 2024 (See Exhibit C: Communication from CDPH).

2. *In its March 4, 2024, response, Sagebrush provided its agreement with NHHS for grant number NH25PS005179 for the period January 1, 2023, through December 30, 2023, and a no cost extension through January 31, 2024. The NHHS agreement states that the scope of work applies to 19 Sagebrush sites that are listed by name and address, including sites that were terminated in OPAIS. The agreement states that funds may not be subcontracted without prior written approval from NHHS, and Sagebrush did not provide its written approval from NHHS that funds may be subcontracted.*

   *The agreement is between NHHS and Sagebrush located at 2435 Fire Mesa Street, Suite 110, Las Vegas Nevada (STD891284). Of the 19 sites listed in the scope of work in the agreement, three sites (STD891061, STD89118, and STD89123) included in HRSA's February 2, 2024, letter are identified by name and address. However, 43 sites (STD890141, STD890142, STD890181, STD89027, STD89032, STD890481, STD890482, STD890521, STD890523, STD890524, STD890525, STD890526, STD890527, STD890741, STD891031, STD891045, STD891063, STD891132, STD89117, STD891183, STD891191, STD891232, STD891281, STD891285, STD891286, STD891287, STD891288, STD891289, STD89129, STD891291, STD891292, STD89144, STD89148, STD891482, STD891483, STD891484, STD891485, STD89149, STD891491, STD891493, STD89178, STD893012, and STD89511) are not identified by name and address.*

   *The NHHS agreement states that NHHS provides Sagebrush $600 for direct operating costs. The budget and financial reporting requirements state that Sagebrush agrees to use the funds for marketing materials ($50 per month for 12 months) to provide outreach and education of 340B patients. In OPAIS, eight of the Nevada sites (STD891061, STD891132, STD89118, STD89123, STD891281, STD891284, STD891287, and STD89511) list a direct nature of support (dollars received from CDC or an intermediate organization) and an in-kind nature of support (condoms and marketing materials purchased with section 318 funds). The remaining Nevada sites list an in-kind nature of support (condoms and marketing materials*

3

*purchased with section 318 funds) in OPAIS.*
*In its March 2, 2024, response, Sagebrush stated that it is updating the terms of its provider*
*contracts (i.e., subcontract agreements) which would be provided to HRSA.*

    a. *Please provide documentation from NHHS that the funds provided for the period*
       *January 1, 2023, through January 31, 2024, were approved to be used to purchase*
       *condoms.*

## RESPONSE TO REQUEST NO. 2(a)

Sagebrush included in its March 4, 2024 response to HRSA (See Page 7), that grant funds are utilized to provide condoms to sites under the NHHS Subaward. Sagebrush's trainers and clinic staff provide each Site with education, educational resources and protocols regarding CDC treatment guidelines as required under the NHHS Subaward (See Page 8). NHHS has provided materials in-kind to Sagebrush through the entirety of its arrangement to assist in meeting grant scope deliverables. For the period January 1, 2023, through January 31, 2024, Sec. 318 funds were provided for patient outreach, specifically marketing materials to be used for outreach and education of patients and during that timeframe, Sagebrush was reimbursed for materials, event hand-outs, and event registrations. This support was utilized to attract and engage patients, while providing condoms and STI prevention education consistent with the grant scope.

    b. *Please provide documentation from NHHS that the scope of work for the period*
       *January 1, 2023, through January 31, 2024, included the 43 Nevada sites listed*
       *above that were not identified in the NHHS agreement. The documentation from*
       *NHHS should list the name and address of each of the 43 sites. Please note the 340B*
       *ID next to the name and address of each site.*

       *If Sagebrush does not provide the scope of work documentation from NHHS for the 43*
       *sites listed above, but instead provides a statement from NHHS that Sagebrush was*
       *allowed to subcontract funds, please provide Sagebrush's subcontract agreement with*
       *each of the 43 sites. The agreement for each site should list the site's name and*
       *address, the grant number, and amount of federal funds authorized, as well as the*
       *nature, and terms and conditions of support. Please note the 340B ID next to the name*
       *and address of each site listed in the agreement.*

## RESPONSE TO REQUEST NO. 2(b)

Sagebrush did not subcontract funds, but instead utilized the support to provide services at these locations. As indicated throughout the March 4, 2024 submission to HRSA, Sagebrush supplied educational resources purchased and secured through direct 318-funding, as well as the in-kind support provided by NHHS in the form of condoms for distribution. Sagebrush registered these sites where these education and outreach activities took place, in collaboration with NHHS. Furthermore, these registrations were reviewed and verified by NHHS upon registration in OPAIS.

    c. *For each site that received dollars (direct support) from grant NH25PS005179 during*
       *the period January 1, 2023, through January 31, 2024, provide the name, address, and*
       *340B ID of the site.*

4

RESPONSE TO REQUEST NO. 2(c)

Sagebrush Health Services is the grantee and as a grantee, provides services at sites designated by NHHS. Sagebrush ensures that it provides services at designated sites, consistent with NHHS requirements. Sagebrush maintains and monitors the distribution of Sec. 318 funds consistent with NHHS requirements. Sites approved by NHHS for use of direct funding, and which are registered by Sagebrush with HRSA, are enclosed (See Exhibit D: 2023 NV Direct Funding Sites in OPAIS).

> d. *For each site that received in-kind support purchased with grant (NH25PS005179) dollars, provide the name, address, and 340B ID of the site, as well as the nature of the support provided.*

RESPONSE TO REQUEST NO. 2(d)

Direct funding provided to Sagebrush for the purposes of outreach has been deployed across the entire program. Tangible and experiential/educational resources purchased with grant funds have been utilized by Sagebrush at those sites listed in Exhibit D: 2023 NV Direct Funding Sites in OPAIS, during the time period from January 1, 2023, through January 31, 2024.

> 3. *Please provide the current written agreement (e.g., contract, or MOU) between NHHS and Sagebrush for the period starting February 1, 2024. The agreement should list the current grant number and associated NOFO number, amount of federal funds authorized, Sagebrush recipient sites by name and address, as well as the nature, and terms and conditions of the support.*
>
> > a. *For each Sagebrush site listed in the current NHHS agreement by name and address, please provide the corresponding 340B ID.*

RESPONSE TO REQUEST NO. 3(a)

Sites are not listed in the current NHHS agreement. Rather, Sagebrush works very closely with NHHS, and operates under a collaborative understanding that Sagebrush provides care where NHHS determines it can be most effective at advancing its public health objectives. Sagebrush maintains an active site list in accordance with this understanding and sites registered in OPAIS are approved by NHHS upon registration.

> > b. *If Sagebrush's current agreement with NHHS includes a statement that NHHS allows Sagebrush to subcontract funds, please provide Sagebrush's subcontract agreement with each site that is not listed in the NHHS agreement and has been registered in OPAIS since February 1, 2024. The subcontract agreement for each site should list the site's name and address, the grant number, and amount of federal funds authorized, as well as the nature, and terms and conditions of support. Please note the 340B ID next to the name and address of each site listed in the agreement.*

RESPONSE TO REQUEST NO. 3(b)

Please, see Exhibit E: 2024 NV Direct Funding Sites in OPAIS for sites listed as receiving direct funding since

2/1/2024, which was approved by NHHS. See Exhibit F: 2024 NV In-kind funding sites in OPAIS for sites listed as in-kind support since 2/1/2024, also approved by NHHS.

4. *In its March 4, 2024, response, Sagebrush stated it has made good faith efforts to memorialize its agreement with CDPH and it will provide the agreement to HRSA when it is finalized. Sagebrush provided a copy of its February 28, 2024, email communication with CPDH. The email states that CDPH's cooperative agreement with Sagebrush expires July 31, 2024, and CDPH provides in-kind contributions in the form of 100 HIV test kits purchased under grant number NU62PS924521 (NOFO PS18-1802). The email does not include the start date of the agreement and does not include the name and address of Sagebrush's six Connecticut sites (STD06042, STD06488, STD06489, STD064891, STD064892, and STD068107).*

    a. *Please provide documentation from CDPH that lists the start date of the cooperative agreement that expires July 31, 2024, as well as the name and address of each Sagebrush site included in the agreement. Please note the 340B ID next to the name and address of each Sagebrush site.*

RESPONSE TO REQUEST NO.4(a)

CDPH has not provided a document that references the start date of the cooperative agreement expiring July 31st, 2024. As Sagebrush and the CDPH collaboratively registered these sites, and CDPH provided HRSA an approval at time of registration in OPAIS, Sagebrush would refer to the start date approved by CDPH and HRSA at time of registration for each site in OPAIS for the sites listing in Exhibit G: CT sites with start dates approved by CDPH.

    b. *Please provide documentation from CDPH that describes whether CDPH allows Sagebrush to subcontract with organizations not listed in the cooperative agreement.*

RESPONSE TO REQUEST NO. 4(b)

As detailed in the March 4, 2024 responses to HRSA, CDPH provides in-kind contributions under NU62PS924521 to Sagebrush to utilize at the sites registered in OPAIS. CDPH approved these sites at time of registration in OPAIS. No subcontracting of in-kind contributions occurred, as Sagebrush maintained ownership of in-kind contributions under this award.

    c. *Please provide documentation from CDPH and Sagebrush that describes whether CPDH and Sagebrush intend to extend their agreement beyond July 31, 2024. Include the name, address and 340B ID of each site that will be included in the extended agreement.*

RESPONSE TO REQUEST NO. 4(c)

CDPH and Sagebrush are currently working to evaluate our community activities and extend the grant beyond the current funding expiration date.

d. *If written agreements with CDPH have been finalized, please provide the written agreements.*

## RESPONSE TO REQUEST NO. 4(d)

Not applicable. No such agreement exists at this time.

5. *In its March 4, 2024, response, Sagebrush states that it owns 13 (STD06488, STD06489, STD064891, STD064892, STD068107, STD891061, STD891132, STD89118, STD89123, STD891281, STD891284, STD891287, and STD89511) of 53 sites and all 53 sites are for-profit entities. Sagebrush did not provide documentation to demonstrate its ownership of the 13 sites.*

   a. *Please provide documentation to demonstrate the ownership of the 13 sites (STD06488, STD06489, STD064891, STD064892, STD068107, STD891061, STD891132, STD89118, STD89123, STD891281, STD891284, STD891287, and STD89511). Examples of documentation that demonstrate ownership may include documentation from the IRS or a state business license.*

## RESPONSE TO REQUEST NO. 5(a)

Sagebrush Health Services, a 501(c)3 does not own any of these clinics. Healthnomic Partners Sonani MD PLLC, a for-profit entity owns and operates these clinics. Sagebrush Health Services has a contractual arrangement with Healthnomic Partners Sonani MD PLLC to provide specialty as well as STI services to patients. Healthnomic Partners Sonani MD PLLC has a DBA for Sagebrush Health Services, which is attached (See Exhibit H: Certificate of Assumed Name).

6. *In its March 4, 2024, response, Sagebrush did not provide documentation to demonstrate that the authorizing official (Jami Dybik) listed in OPAIS for all sites, is authorized to legally enter into an agreement with the federal government on behalf of each site.*

   *Please provide documentation to demonstrate that Jami Dybik is authorized to legally enter into an agreement with the federal government on behalf of each of the 53 sites listed in HRSA's February 2, 2024, letter.*

## RESPONSE TO REQUEST NO. 6(a)

Sagebrush responded in its March 4, 2024 response to HRSA's Question 5 by confirming that Jami Dybik is the designated, authorized official for Sagebrush. A document was not provided as HRSA only requested confirmation in Sagebrush's response. The document designating Jami Dybik as the authorized official is enclosed (See Exhibit I: Designation of Authorizing Official). Since Sagebrush has not subawarded the grant to any individual sites, Jami Dybik is the Authorizing official for all 53 sites listed.

7. *In its March 4, 2024, response, Sagebrush provided its February 21, 2024, 340B Program policies and procedures. The policies and procedures state, "340B eligible patients of*

7

*Sagebrush Health Services Section 318 grant(s) may receive infusion services or medications at non-registered, contracted care sites." In addition, the policies and procedures state, "once an individual meets the 340B definition of a patient, any drug prescribed or ordered by a healthcare professional may be purchased or administered under the 340B Program."*

    a. *Please define the term "contracted care site".*

## RESPONSE TO REQUEST NO. 7(a)

Contracted care sites are clinical locations where care is provided to Sagebrush patients by providers who deliver care under arrangement with Sagebrush (the Covered Entity).

    b. *Please provide a list of all "contracted care sites" where individuals receive infusion services or medications. For each "contracted care site", include the name, address, and 340B ID (if applicable) of the site.*

## RESPONSE TO REQUEST NO. 7(b)

A list of contracted care sites at which infusion services or medications are provided to patients is enclosed (See Exhibit J: Contracted Care Sites).

    c. *Please describe how Sagebrush maintains responsibility for the care provided when an individual receives a 340B drug from Sagebrush as the result of a prescription written by a provider that does not have an employment, contractual, or other arrangement with Sagebrush.*

## RESPONSE TO REQUEST NO. 7(c)

All 340B-eligible patients receive a service or range of services consistent with the scope of the grant from a provider that has a contractual or other arrangement with the covered entity. Sagebrush maintains a record of care provided by providers under contractual or other arrangement in the patient's medical record, which includes documentation of prescriptions and/or drug therapies where applicable.

    d. *Please describe how Sagebrush maintains responsibility for the care provided when an individual receives a 340B drug from Sagebrush as the result of a prescription written at a site that is not able to be registered in OPAIS as part of Sagebrush's covered entity under Section 340B(a)(4)(K) of the Public Health Service Act.*

## RESPONSE TO REQUEST NO. 7(d)

Sagebrush maintains a record of care delivered for each 340B-eligible patient treated by providers under contractual or other arrangement with Sagebrush in the patient's medical record. Included in the record of care is documentation of any prescribed prescriptions and/or drug therapies when such care is indicated.

8. *In its March 4, 2024, response, Sagebrush states that it has partnered with Walmart in Nevada to offer free HIV testing and PrEP services in designated Walmart locations (Walmart 1584, 2483, 2593, 2838, and 5070). Sagebrush provided its in-store service provider indemnity agreement with Walmart for the period July 27, 2023, through July 27, 2024.*

    a. *Please provide the 340B ID of the Sagebrush site(s) that provide services at the designated Walmart locations and describe how the Sagebrush site(s) maintain responsibility for the care provided at the Walmart locations.*

RESPONSE TO REQUEST NO. 8(a)

As a community benefit, Sagebrush provides STI-related screening and/or services under an agreement between Sagebrush and Walmart. If follow-on care is provided, we provide these services from a HRSA-registered site. Free HIV testing and PrEP services in designated Walmart locations were under STD891281.

Sagebrush's responses in this letter are based on a good-faith interpretation of HRSA's requests, and the corresponding documents that Sagebrush has produced follow good-faith efforts to locate documents and information responsive to the requests. Sagebrush reserves the right to supplement or amend its responses or document production. Nothing in this letter should be construed as a release or waiver of any rights to which Sagebrush is entitled by law.

Please do not hesitate to contact me with any questions.

Sincerely,

*Jami Dybik*

Jami Dybik
Authorized Official
Vice President
Sagebrush Health Services

Enclosures: Exhibit A: NHHS, NoA, NH25PS005179 (NOFO PS19-1901), Exhibit B: HRSA TAGGS Export, Connecticut Department of Public Health, Exhibit C: Communication from CDPH, Exhibit D: 2023 NV Direct Funding Sites in OPAIS, Exhibit E: 2024 NV Direct Funding Sites in OPAIS, Exhibit F: 2024 NV In-kind funding sites in OPAIS, Exhibit G: CT sites with start dates approved by CDPH, Exhibit H: Certificate of Assumed Name, Exhibit I: Designation of Authorizing Official, Exhibit J: Contracted Care Sites

## Exhibit A: NHHS, NoA, NH25PS005179 (NOFO PS19-1901)



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

**Award#**  6 NH25PS005179-05-03
**FAIN#**  NH25PS005179
**Federal Award Date:** 01/31/2024

### Recipient Information

**1. Recipient Name**
NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES
4150 TECHNOLOGY WAY
Nevada Department of Health and Human Services
CARSON CITY, NV 89706-2026
[NO DATA]
**2. Congressional District of Recipient**
02
**3. Payment System Identifier (ID)**
188600022B1
**4. Employer Identification Number (EIN)**
886000022
**5. Data Universal Numbering System (DUNS)**
625364849
**6. Recipient's Unique Entity Identifier (UEI)**
F99FYNEGXSH9
**7. Project Director or Principal Investigator**
Ms. Elizabeth Kessler
Program Manager
ekessler@health.nv.gov
775-684-5997

**8. Authorized Official**
Ms. Debi Reynolds
Deputy Administrator / Authorizing Official
GPADesk@health.nv.gov
775-684-4200

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Mrs. Donita Hammond
Grants Management Specialist
ukb1@cdc.gov
404-498-2812

### Federal Award Information

**11. Award Number**
6 NH25PS005179-05-03
**12. Unique Federal Award Identification Number (FAIN)**
NH25PS005179
**13. Statutory Authority**
This Program is authorized under section 318 of the Public Health Service Act (42 U.S.C. Section 247c, as amended)
**14. Federal Award Project Title**
Strengthening STD Prevention and Control for Health Department (STD PCHD)

**15. Assistance Listing Number**
93.977
**16. Assistance Listing Program Title**
Preventive Health Services_Sexually Transmitted Diseases Control Grants

**17. Award Action Type**
Supplement
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

**19. Budget Period Start Date**   01/01/2023   **- End Date** 01/31/2025
**20. Total Amount of Federal Funds Obligated by this Action**
   **20a. Direct Cost Amount**
   **20b. Indirect Cost Amount**
**21. Authorized Carryover**
**22. Offset**
**23. Total Amount of Federal Funds Obligated this budget period**
**24. Total Approved Cost Sharing or Matching, where applicable**
**25. Total Federal and Non-Federal Approved this Budget Period**
**26. Period of Perfomance Start Date**  01/01/2019   **- End Date** 01/31/2025
**27. Total Amount of the Federal Award including Approved**
   Cost Sharing or Matching this Period of Performance

28. Authorized Treatment of Program Income

10

# Exhibit B: HRSA TAGGS Export, Connecticut Department of Public Health

Thursday, August 1, 2024  8/1/2024                                                                    Search



**TAGGS** (/)                                                                    Menu ≡



## CONNECTICUT DEPARTMENT OF PUBLIC HEALTH (CT DPH) PS18-1802 INTEGRATED HIV SURVEILLANCE AND PREVENTION PROGRAMS FOR HEALTH DEPARTMENTS.

**Award Number:** NU62PS924521
**ORGANIZATION:** NATIONAL CENTER FOR PREVENTION SERVICES
**OPDIV:** CDC
**AWARD CLASS:** DISCRETIONARY
**AWARD ACTIVITY TYPE:** HEALTH SERVICES

○ Issue Date FY    ○ Funding FY                                                    HIDE AWARD ABSTRACT

The Connecticut Department of Public Health (CTDPH) is requesting funding under Component A to support a high impact, comprehensive HIV Surveillance and Prevention Program focused on activities to reduce new HIV infections, achieve viral load suppression and improve health outcomes for persons living with HIV in accordance with CDC-RFA-PS18-1802: Integrated HIV Surveillance and Prevention Programs for Health Departments. The HIV Surveillance Program is located in the TB, HIV, STD and Viral Hepatitis Section within the Infectious Disease Division. Surveillance funding is requested to support 3.5 FTE and the following activities: Component A: Core Program Case Surveillance: Public health surveillance will be conducted to monitor trends in HIV disease. Case information will be collected about demographics and source of infection. The Program will conduct required elements including: Reporting of all HIV cases, reporting of data to CDC, death ascertainment, risk factor ascertainment, dissemination of findings, maintenance of security and confidentiality policies, inter- and intrastate de-duplication, support complete and electronic laboratory reporting of all CD4 and HIV-related findings, conduct perinatal surveillance activities, collect and submit geocoded data, collect antiretroviral use history, follow up on cases of public health importance, potential acute and transmission clusters and collaborate with CDC as needed. The HIV Prevention Program is also located in the TB, HIV, STD and Viral Hepatitis Section within the Infectious Disease Division. Prevention funding is requested to support 9 FTE and the following activities: Prevention: CTDPH proposes to focus efforts in communities where HIV is most heavily concentrated, increase HIV testing, access to PrEP and expand efforts to prevent HIV using effective evidence-based approaches, and reduce HIV-related disparities. DPH will continue to increase and expand HIV Testing by funding HIV testing in clinical settings and non-clinical settings, providing Outreach, Testing and Linkage (OTL) services in communities most impacted by HIV. PrEP Navigation Services will be integrated into HIV testing services. Syringe Service Programs (SSPs) will be expanded and will include a variety of drug user health related activities for persons who use drugs which increase the risk for HIV and hepatitis C. Component B: Demonstration Project CTDPH is requesting funding to develop an internet-based peer-led PrEP outreach and education program focused on MSM of color. The program will aim to increase screening of HIV-negative persons for PrEP eligibility and needed support services, increase knowledge and acceptability of PrEP among impacted populations, and to increase referral of persons eligible for PrEP to PrEP medical services. NOTE: PLEASE REFER TO CTDPH PROJECT NARRATIVE (PAGES ii-iv) FOR DETAILED INFORMATION.

11

| Issue Date FY | Funding FY | Legal Entity Name | Legal Entity Address | Legal Entity City | Legal Entity State | Legal Entity Zip Code | Legal Entity COUNTY | Legal Entity COUNTRY | Assista Listing | Award Code | Budget Year | Action Date | Acti Typ | Action Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| — Issue Date FY: 2024 ( Subtotal = $0 ) | | | | | | | | | | | | | | |
| 2024 | 2023 | DEPARTM... | 410 CAPITO... | HARTFORD | CT | 06106 | CAPITOL | USA | HIV ... | 05 | 5 | 12/19/2023 | A... | $0 |
| 2024 | 2022 | DEPARTM... | 410 CAPITO... | HARTFORD | CT | 06106 | CAPITOL | USA | HIV ... | 05 | 5 | 12/19/2023 | A... | $0 |
| 2024 | 2021 | DEPARTM... | 410 CAPITO... | HARTFORD | CT | 06106 | CAPITOL | USA | HIV ... | 05 | 5 | 12/19/2023 | A... | $0 |
| | | | | | | | | | | | | | | Subtotal = $0 |
| Issue Date FY: 2023 ( Subtotal = $3,972,091 ) | | | | | | | | | | | | | | |
| 2023 | 2023 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 03 | 5 | 12/19/2022 | A... | $993,023 |
| 2023 | 2023 | DEPARTM... | 410 CAPITO... | HARTFORD | CT | 06106 | CAPITOL | USA | HIV ... | 04 | 5 | 4/13/2023 | A... | $2,979,068 |
| 2023 | 2022 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 03 | 5 | 12/19/2022 | A... | $0 |
| 2023 | 2022 | DEPARTM... | 410 CAPITO... | HARTFORD | CT | 06106 | CAPITOL | USA | HIV ... | 04 | 5 | 4/13/2023 | A... | $0 |
| 2023 | 2021 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 03 | 5 | 12/19/2022 | A... | $0 |
| 2023 | 2021 | DEPARTM... | 410 CAPITO... | HARTFORD | CT | 06106 | CAPITOL | USA | HIV ... | 04 | 5 | 4/13/2023 | A... | $0 |
| | | | | | | | | | | | | | | Subtotal = $3,972 |
| Issue Date FY: 2022 ( Subtotal = $3,972,599 ) | | | | | | | | | | | | | | |
| 2022 | 2022 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 01 | 5 | 5/12/2022 | A... | $2,820,602 |
| 2022 | 2022 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 02 | 5 | 5/31/2022 | A... | $0 |
| 2022 | 2022 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 00 | 5 | 12/27/2021 | N... | $1,151,997 |
| 2022 | 2021 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 01 | 5 | 5/12/2022 | A... | $0 |
| 2022 | 2021 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 03 | 4 | 11/4/2021 | A... | $0 |
| 2022 | 2021 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 02 | 5 | 5/31/2022 | A... | $0 |
| 2022 | 2021 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 00 | 5 | 12/27/2021 | N... | $0 |
| | | | | | | | | | | | | | | Subtotal = $3,972 |
| Issue Date FY: 2021 ( Subtotal = $4,469,420 ) | | | | | | | | | | | | | | |
| 2021 | 2021 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 00 | 4 | 12/17/2020 | N... | $1,118,202 |
| 2021 | 2021 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 02 | 4 | 3/9/2021 | A... | $3,351,218 |
| 2021 | 2021 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 01 | 4 | 2/25/2021 | A... | $0 |
| | | | | | | | | | | | | | | Subtotal = $4,46( |
| Issue Date FY: 2020 ( Subtotal = $4,472,957 ) | | | | | | | | | | | | | | |
| 2020 | 2020 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 02 | 3 | 3/16/2020 | A... | $3,354,715 |
| 2020 | 2020 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 00 | 3 | 12/6/2019 | N... | $1,118,242 |
| 2020 | 2020 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 01 | 3 | 3/4/2020 | A... | $0 |
| | | | | | | | | | | | | | | Subtotal = $4,472 |
| Issue Date FY: 2019 ( Subtotal = $4,469,514 ) | | | | | | | | | | | | | | |
| 2019 | 2019 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 02 | 2 | 7/29/2019 | A... | $0 |
| 2019 | 2019 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 01 | 2 | 3/14/2019 | A... | $0 |
| 2019 | 2019 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 00 | 2 | 12/11/2018 | N... | $4,469,514 |
| | | | | | | | | | | | | | | Subtotal = $4,46( |

Issue Date FY: 2018 ( Subtotal = $4,474,204 )

12

8/1/24, 11:53 AM                                                      Award Information | HHS TAGGS

| 2018 | 2018 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 02 | 1 | 3/28/2018 | A... | $993,552 |
| 2018 | 2018 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 00 | 1 | 12/14/2017 | N... | $993,552 |
| 2018 | 2018 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 04 | 1 | 6/28/2018 | A... | $1,987,100 |
| 2018 | 2018 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 03 | 1 | 6/18/2018 | A... | $500,000 |
| 2018 | 2018 | Public He... | 410 Capitol ... | Hartford | CT | 06134 | CAPITOL | USA | HIV ... | 01 | 1 | 3/20/2018 | A... | $0 |

Subtotal = $4,474

Grand Total All Awards = $25,830,785



### Federal Websites

Data.gov (http://www.data.gov/)

Grants.gov (http://www.grants.gov/)

HealthCare.gov (https://www.healthcare.gov/)

System for Award Management (SAM) (http://www.sam.gov)

The White House (http://www.whitehouse.gov/)

U.S. Access Board (http://www.access-board.gov/)

USA.gov (http://www.usa.gov/)

USASpending.gov (http://www.usaspending.gov/)

### Department of Health & Human Services

HHS (http://www.hhs.gov/)

About HHS (http://www.hhs.gov/about/)

HHS Organization Chart (http://www.hhs.gov/about/agencies/orgchart/index.html)

HHS Agencies (https://www.hhs.gov/about/agencies/hhs-agencies-and-offices/index.html)

Programs & Services (https://www.hhs.gov/programs/index.html)

Grants & Funding (http://www.hhs.gov/grants/grants/index.html )

Accessibility (http://www.hhs.gov/Accessibility.html)

Health.gov (http://www.health.gov/)

### HHS Operating Divisions

Administration for Children & Families (ACF) (http://www.acf.hhs.gov/grants)

Administration for Community Living (ACL) (http://www.acl.gov/Funding_Opportunities/Index.aspx)

Administration for Strategic Preparedness and Response (ASPR) (https://aspr.hhs.gov/Pages/Home.aspx)

Agency for Healthcare Research & Quality (AHRQ) (http://www.ahrq.gov/funding/index.html)

Award Information | HHS TAGGS

Agency for Toxic Substances & Disease Registry (ATSDR) (http://www.atsdr.cdc.gov/funding.html)

Centers for Disease Control & Prevention (CDC) (http://www.cdc.gov/grants/index.html)

Centers for Medicare & Medicaid Services (CMS) (http://www.cms.gov/cciio/resources/funding-opportunities/index.html)

Food & Drug Administration (FDA) (http://www.fda.gov/)

Health Resources & Services Administration (HRSA) (http://www.hrsa.gov/grants/index.html)

Indian Health Service (IHS) (http://www.ihs.gov/dgm/)

National Institutes of Health (NIH) (http://grants.nih.gov/grants/oer.htm)

Substance Abuse & Mental Health Services Administration (SAMHSA) (http://www.samhsa.gov/grants)

### HHS Staff Divisions

Office of the Assistant Secretary for Health (OASH) (http://www.hhs.gov/ash/index.html)

Office of the Assistant Secretary for Planning & Evaluation (ASPE) (http://aspe.hhs.gov/)

Office of the National Coordinator for Health Information Technology (ONC) (https://www.healthit.gov/)

### Download A Document Viewer

Download PDF Viewer (http://get.adobe.com/reader/)

---

**U.S. Department of Health & Human Services** | 200 Independence Avenue, S.W. Washington, D.C. 20201

---

# Exhibit C: Communication from CDPH

## Requested information

Sosa, Lynn <Lynn.Sosa@ct.gov>
Wed 2/28/2024 6:11 AM

To:Jami Dybik <jami.dybik@sagebrushhealth.com>
Cc:Buchelli, Marianne <Marianne.Buchelli@ct.gov>;Greenlee, Delores <Delores.Greenlee@ct.gov>;Diaz, Luis F
<Luis.Diaz@ct.gov>;Namias, Mitchell <Mitchell.Namias@ct.gov>

Hello,

This email is being sent to confirm that Sagebrush Health Services receives in kind contributions through a
cooperative agreement with CDC under NOFO PS18-1802, grant number 6 NU62PS924521-04-02, which currently
expires on July 31, 2024. DPH is in the process of applying for a new five year period for this cooperative
agreement which will start on August 1, 2024. The in kind contributions are in the form of HIV test kits purchased
under this grant. To date, Sagebrush Health Services has been provided 100 HIV test kits purchased under this
grant. In total, 65 results from these test kits have been reported to DPH.

Thank you.

Lynn Sosa, MD
State Epidemiologist
Director of Infectious Diseases
Connecticut Department of Public Health
410 Capitol Avenue, MS #11 TUB
PO Box 340308
Hartford, CT 06134-0308

tel: 860.509.7723
fax: 860.509.7743
email: lynn.sosa@ct.gov

Please do not respond to this email with any patient identifying information (PII). This includes but is not limited to name,
phone number, address, date of birth and medical record number. If you need to relay or exchange PII, please contact me at
my confidential phone line. Thank you.

# Exhibit D: 2023 NV Direct Funding Sites in OPAIS

| 340B ID | Participation Start Date | Entity Name | Entity Sub-Division Name | Address 1 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| STD891061 | 1/1/2022 | Sagebrush Health Services | Shadow Lane Neurology | 701 Shadow Lane | 170 | Las Vegas | NV | 89106 |
| STD891132 | 10/1/2023 | Sagebrush Health Services | Battleborn Health Care | 8379 W Sunset Rd | Suite 210 | Las Vegas | NV | 89113 |
| STD89118 | 1/1/2022 | Sagebrush Health Services | Rainbow Rheumatology | 5980 South Rainbow Boulevard | 100 | Las Vegas | NV | 89118 |
| STD89123 | 1/1/2022 | Sagebrush Health Services | Eastern Rheumatology | 8440 South Eastern Avenue | A | Las Vegas | NV | 89123 |
| STD891281 | 1/1/2022 | Sagebrush Health Services | Fire Mesa ID | 2435 Fire Mesa Street | #120 | Las Vegas | NV | 89128 |
| STD891284 | 5/1/2023 | Sagebrush Health Services | Fire Mesa Rheumatology | 2435 Fire Mesa Street | Suite 110 | Las Vegas | NV | 89128 |
| STD891286 | 5/1/2023 | Sagebrush Health Services | Dr. Ann Wierman, MD | 3150 N. Tenaya Way | Ste 200 | Las Vegas | NV | 89128 |
| STD891287 | 5/8/2023 | Sagebrush Health Services | Nevada Home Infusions | 2435 Fire Mesa Street | Suite 130 | Las Vegas | NV | 89128 |
| STD891288 | 10/1/2023 | Sagebrush Health Services | Doctors Center at Redrock Tenaya Way Clinic - Desert Springs | 2801 N Tenaya Way | Ste C | Las Vegas | NV | 89128 |
| STD89144 | 5/1/2023 | Sagebrush Health Services | Summerlin Clinic - KSOSN | 653 N Town Center Drive | Building 2, Suite 70 | Las Vegas | NV | 89144 |
| STD89148 | 5/1/2023 | Sagebrush Health Services | Fort Apache SACI | 5731 S Fort Apache Rd | Suite 130 | Las Vegas | NV | 89148 |
| STD89511 | 10/1/2023 | Sagebrush Health Services | Reno Clinic | 645 Sierra Rose Dr. | Suite 202 | Reno | NV | 89511 |
| STD890741 | 5/1/2023 | Sagebrush Health Services | Henderson Clinic - KSOSN | 100 N Green Parkway | Suite #310 | Henderson | NV | 89074 |
| STD890141 | 10/1/2023 | Sagebrush Health Services | Doctors Center at Redrock Warm Springs Clinic - Desert Springs | 1371 W Warm Springs Rd | Ste 120 | Henderson | NV | 89014 |
| STD890181 | 10/1/2023 | Sagebrush Health Services | Total Family Care Specialists - Desert Springs | 3280 N Rainbow Blvd | Suite 110 | Las Vegas | NV | 89018 |
| STD89032 | 5/1/2023 | Sagebrush Health Services | North Las Vegas Clinic - KSOSN | 2065 North Las Vegas Blvd | | Las Vegas | NV | 89032 |
| STD890481 | 5/1/2023 | Sagebrush Health Services | Pahrump SACI | 1470 E Calvada Blvd | Suite 600 | Pahrump | NV | 89048 |
| STD890521 | 5/1/2023 | Sagebrush Health Services | Henderson SACI | 2960 St Rose Pkwy | 120 | Henderson | NV | 89052 |
| STD890524 | 10/1/2023 | Sagebrush Health Services | Sun Medical Services - Desert Springs | 2621 W Horizon Ridge Pkwy | Suite 150 | Henderson | NV | 89052 |

16

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| STD890526 | 10/1/2023 | Sagebrush Health Services | Anthem Medical Center - Desert Springs | 660 S Green Valley Pkwy | Suite 100 | Henderson | NV | 89052 |
| STD891063 | 5/1/2023 | Sagebrush Health Services | Rancho clinic - KSOSN | 500 South Rancho Dr. | Suite #12 | Las Vegas | NV | 89106 |
| STD89117 | 10/1/2023 | Sagebrush Health Services | Body and Mind Health Partners- Desert Springs | 6889 W Charleston Blvd | Suite A | Las Vegas | NV | 89117 |
| STD891183 | 10/1/2023 | Sagebrush Health Services | ProCare Medical Group Rainbow Clinic- Desert Springs | 6870 S Rainbow Blvd | Suite 107 | Las Vegas | NV | 89118 |
| STD89129 | 5/1/2023 | Sagebrush Health Services | Pointe Plaza Clinic - KSOSN | 7326 W. Cheyenne Ave. | Suite #110 | Las Vegas | NV | 89129 |
| STD891291 | 10/1/2023 | Sagebrush Health Services | Blue Point Medical Group - Desert Springs | 3320 N Buffalo Dr. | Suite 106 | Las Vegas | NV | 89129 |
| STD891292 | 10/1/2023 | Sagebrush Health Services | Fort Family Practice Cheyenne Clinic- Desert Springs | 9010 W Cheyenne Ave | | Las Vegas | NV | 89129 |
| STD891482 | 5/1/2023 | Sagebrush Health Services | Southern Hills Clinic - KSOSN | 9280 West Sunset Rd | Suite #438 | Las Vegas | NV | 89148 |
| STD891484 | 10/1/2023 | Sagebrush Health Services | Doctors Center at Redrock Apache Clinic - Desert Springs | 6120 S Fort Apache Rd. | | Las Vegas | NV | 89148 |
| STD890523 | 5/1/2023 | Sagebrush Health Services | NV Family Care Center | 861 Coronado Center Dr. | Ste 220 | Henderson | NV | 89052 |
| STD891191 | 10/1/2023 | Sagebrush Health Services | A-P Medical Group | 2110 E Flamingo Rd | | Las Vegas | NV | 89119 |
| STD890142 | 10/1/2023 | Sagebrush Health Services | Forte Family Practice Warm Springs Clinic - Desert Springs | 1535 W Warm Springs Rd | Suite 135 | Henderson | NV | 89014 |
| STD89027 | 5/1/2023 | Sagebrush Health Services | Mesquite SACI | 340 Falcon Ridge Pkwy | #202B | Mesquite | NV | 89027 |
| STD890482 | 5/1/2023 | Sagebrush Health Services | Pahrump Clinic - KSOSN | 330 South Lola Lane | Suite #200 | Pahrump | NV | 89048 |
| STD890525 | 10/1/2023 | Sagebrush Health Services | Gautham G. Reddy MD - Desert Springs | 2540 W. Horizon Ridge Pkwy | | Henderson | NV | 89052 |
| STD890527 | 10/1/2023 | Sagebrush Health Services | Siena Hills Primary Care - Desert Springs | 2789 Sunridge Heights Pkwy | Ste 100 | Henderson | NV | 89052 |
| STD891031 | 10/1/2023 | Sagebrush Health Services | Fort Family Practice Rainbow Clinic- Desert Springs | 4845 S Rainbow Blvd | | Las Vegas | NV | 89103 |
| STD891045 | 10/1/2023 | Sagebrush Health Services | ProCare Medical Group Nellis Clinic- Desert Springs | 2208 S Nellis Blvd | Suite 5 | Las Vegas | NV | 89104 |
| STD891232 | 10/1/2023 | Sagebrush Health Services | Green Valley Primary Care - Desert Springs | 9480 S Eastern Ave | Suite #257 | Las Vegas | NV | 89123 |
| STD891285 | 5/1/2023 | Sagebrush Health Services | Box Canyon SACI | 2615 Box Canyon Dr | | Las Vegas | NV | 89128 |

17

| STD891289 | 10/1/2023 | Sagebrush Health Services | Irfan Tahir MD - Desert Springs | 7170 Smoke Ranch Rd | Suite 110 | Las Vegas | NV | 89128 |
| STD891483 | 5/8/2023 | Sagebrush Health Services | LifeCare Clinic | 6415 S Fort Apache Rd | Ste 175 | Las Vegas | NV | 89148 |
| STD891485 | 10/1/2023 | Sagebrush Health Services | ProCare Medical Group Fort Apache Clinic- Desert Springs | 5270 S Fort Apache Rd. | Suite 330 | Las Vegas | NV | 89148 |
| STD89149 | 11/29/2022 | Sagebrush Health Services | Hummingbird Medical Group | 5550 Painted Mirage Rd. | 110 | Las Vegas | NV | 89149 |
| STD891491 | 5/1/2023 | Sagebrush Health Services | Centennial SACI | 5550 Painted Mirage Rd | Suite 200 | Las Vegas | NV | 89149 |
| STD891493 | 5/1/2023 | Sagebrush Health Services | Centennial Hills Clinic - KSOSN | 8775 Deer Springs Way | | Las Vegas | NV | 89149 |
| STD89178 | 10/1/2023 | Sagebrush Health Services | ProCare Medical Group Blue Diamond Clinic- Desert Springs | 7855 Blue Diamond Rd | Suite 102 | Las Vegas | NV | 89178 |
| STD893012 | 10/1/2023 | Sagebrush Health Services | Sanderling Renal Services- Ely Clinic | 701 East 15th Street | | Ely | NV | 89301 |

## Exhibit E: 2024 NV Direct Funding Sites in OPAIS

| 340B ID | Participation Start Date | Entity Name | Entity Sub-Division Name | Address 1 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| STD891132 | 10/1/2023 | Sagebrush Health Services | Battleborn Health Care | 8379 W Sunset Rd | Suite 210 | Las Vegas | NV | 89113 |
| STD89118 | 1/1/2022 | Sagebrush Health Services | Rainbow Rheumatology | 5980 South Rainbow Boulevard | 100 | Las Vegas | NV | 89118 |
| STD891287 | 5/8/2023 | Sagebrush Health Services | Nevada Home Infusions | 2435 Fire Mesa Street | Suite 130 | Las Vegas | NV | 89128 |
| STD89511 | 10/1/2023 | Sagebrush Health Services | Reno Clinic | 645 Sierra Rose Dr. | Suite 202 | Reno | NV | 89511 |

Exhibit F: 2024 NV In-kind funding sites in OPAIS

| 340B ID | Participation Start Date | Entity Name | Entity Sub-Division Name | Address 1 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| STD06489 | 12/28/2022 | Sagebrush Health Services | Southington Clinic - CT | 1131 West St. Building #1 | | Southington | CT | 06489 |
| STD064891 | 5/9/2023 | Sagebrush Health Services | Southington PrEP Clinic | 1131 West Street | Suite 3A | Southington | CT | 06489 |
| STD068107 | 4/1/2023 | Sagebrush Health Services | Danbury Rd Clinic | 105 Newtown Rd | Ste B | Danbury | CT | 06810 |
| STD890141 | 10/1/2023 | Sagebrush Health Services | Doctors Center at Redrock Warm Springs Clinic - Desert Springs | 1371 W Warm Springs Rd | Ste 120 | Henderson | NV | 89014 |
| STD890142 | 10/1/2023 | Sagebrush Health Services | Forte Family Practice Warm Springs Clinic - Desert Springs | 1535 W Warm Springs Rd | Suite 135 | Henderson | NV | 89014 |
| STD890181 | 10/1/2023 | Sagebrush Health Services | Total Family Care Specialists - Desert Springs | 3280 N Rainbow Blvd | Suite 110 | Las Vegas | NV | 89018 |
| STD89027 | 5/1/2023 | Sagebrush Health Services | Mesquite SACI | 340 Falcon Ridge Pkwy | #202B | Mesquite | NV | 89027 |
| STD89032 | 5/1/2023 | Sagebrush Health Services | North Las Vegas Clinic - KSOSN | 2065 North Las Vegas Blvd | | Las Vegas | NV | 89032 |
| STD890481 | 5/1/2023 | Sagebrush Health Services | Pahrump SACI | 1470 E Calvada Blvd | Suite 600 | Pahrump | NV | 89048 |
| STD890482 | 5/1/2023 | Sagebrush Health Services | Pahrump Clinic - KSOSN | 330 South Lola Lane | Suite #200 | Pahrump | NV | 89048 |
| STD890521 | 5/1/2023 | Sagebrush Health Services | Henderson SACI | 2960 St Rose Pkwy | 120 | Henderson | NV | 89052 |
| STD890524 | 10/1/2023 | Sagebrush Health Services | Sun Medical Services - Desert Springs | 2621 W Horizon Ridge Pkwy | Suite 150 | Henderson | NV | 89052 |
| STD890525 | 10/1/2023 | Sagebrush Health Services | Gautham G. Reddy MD - Desert Springs | 2540 W. Horizon Ridge Pkwy | | Henderson | NV | 89052 |
| STD890526 | 10/1/2023 | Sagebrush Health Services | Anthem Medical Center - Desert Springs | 660 S Green Valley Pkwy | Suite 100 | Henderson | NV | 89052 |
| STD890527 | 10/1/2023 | Sagebrush Health Services | Siena Hills Primary Care - Desert Springs | 2789 Sunridge Heights Pkwy | Ste 100 | Henderson | NV | 89052 |
| STD890741 | 5/1/2023 | Sagebrush Health Services | Henderson Clinic - KSOSN | 100 N Green Parkway | Suite #310 | Henderson | NV | 89074 |
| STD891031 | 10/1/2023 | Sagebrush Health Services | Fort Family Practice Rainbow Clinic- Desert Springs | 4845 S Rainbow Blvd | | Las Vegas | NV | 89103 |

20

| STD891045 | 10/1/2023 | Sagebrush Health Services | ProCare Medical Group Nellis Clinic- Desert Springs | 2208 S Nellis Blvd | Suite 5 | Las Vegas | NV | 89104 |
|---|---|---|---|---|---|---|---|---|
| STD891061 | 1/1/2022 | Sagebrush Health Services | Shadow Lane Neurology | 701 Shadow Lane | 170 | Las Vegas | NV | 89106 |
| STD891063 | 5/1/2023 | Sagebrush Health Services | Rancho clinic - KSOSN | 500 South Rancho Dr. | Suite #12 | Las Vegas | NV | 89106 |
| STD89117 | 10/1/2023 | Sagebrush Health Services | Body and Mind Health Partners- Desert Springs | 6889 W Charleston Blvd | Suite A | Las Vegas | NV | 89117 |
| STD891183 | 10/1/2023 | Sagebrush Health Services | ProCare Medical Group Rainbow Clinic- Desert Springs | 6870 S Rainbow Blvd | Suite 107 | Las Vegas | NV | 89118 |
| STD89123 | 1/1/2022 | Sagebrush Health Services | Eastern Rheumatology | 8440 South Eastern Avenue | A | Las Vegas | NV | 89123 |
| STD891232 | 10/1/2023 | Sagebrush Health Services | Green Valley Primary Care - Desert Springs | 9480 S Eastern Ave | Suite #257 | Las Vegas | NV | 89123 |
| STD891281 | 1/1/2022 | Sagebrush Health Services | Fire Mesa ID | 2435 Fire Mesa Street | #120 | Las Vegas | NV | 89128 |
| STD891284 | 5/1/2023 | Sagebrush Health Services | Fire Mesa Rheumatology | 2435 Fire Mesa Street | Suite 110 | Las Vegas | NV | 89128 |
| STD891285 | 5/1/2023 | Sagebrush Health Services | Box Canyon SACI | 2615 Box Canyon Dr | | Las Vegas | NV | 89128 |
| STD891286 | 5/1/2023 | Sagebrush Health Services | Dr. Ann Wierman, MD | 3150 N. Tenaya Way | Ste 200 | Las Vegas | NV | 89128 |
| STD891288 | 10/1/2023 | Sagebrush Health Services | Doctors Center at Redrock Tenaya Way Clinic - Desert Springs | 2801 N Tenaya Way | Ste C | Las Vegas | NV | 89128 |
| STD891289 | 10/1/2023 | Sagebrush Health Services | Irfan Tahir MD - Desert Springs | 7170 Smoke Ranch Rd | Suite 110 | Las Vegas | NV | 89128 |
| STD89129 | 5/1/2023 | Sagebrush Health Services | Pointe Plaza Clinic - KSOSN | 7326 W. Cheyenne Ave. | Suite #110 | Las Vegas | NV | 89129 |
| STD891291 | 10/1/2023 | Sagebrush Health Services | Blue Point Medical Group - Desert Springs | 3320 N Buffalo Dr. | Suite 106 | Las Vegas | NV | 89129 |
| STD891292 | 10/1/2023 | Sagebrush Health Services | Fort Family Practice Cheyenne Clinic- Desert Springs | 9010 W Cheyenne Ave | | Las Vegas | NV | 89129 |
| STD89144 | 5/1/2023 | Sagebrush Health Services | Summerlin Clinic - KSOSN | 653 N Town Center Drive | Building 2, Suite 70 | Las Vegas | NV | 89144 |
| STD89148 | 5/1/2023 | Sagebrush Health Services | Fort Apache SACI | 5731 S Fort Apache Rd | Suite 130 | Las Vegas | NV | 89148 |
| STD891482 | 5/1/2023 | Sagebrush Health Services | Southern Hills Clinic - KSOSN | 9280 West Sunset Rd | Suite #438 | Las Vegas | NV | 89148 |

21

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| STD891483 | 5/8/2023 | Sagebrush Health Services | LifeCare Clinic | 6415 S Fort Apache Rd | Ste 175 | Las Vegas | NV | 89148 |
| STD891484 | 10/1/2023 | Sagebrush Health Services | Doctors Center at Redrock Apache Clinic - Desert Springs | 6120 S Fort Apache Rd. | | Las Vegas | NV | 89148 |
| STD891485 | 10/1/2023 | Sagebrush Health Services | ProCare Medical Group Fort Apache Clinic- Desert Springs | 5270 S Fort Apache Rd. | Suite 330 | Las Vegas | NV | 89148 |
| STD89149 | 11/29/2022 | Sagebrush Health Services | Hummingbird Medical Group | 5550 Painted Mirage Rd. | 110 | Las Vegas | NV | 89149 |
| STD891491 | 5/1/2023 | Sagebrush Health Services | Centennial SACI | 5550 Painted Mirage Rd | Suite 200 | Las Vegas | NV | 89149 |
| STD891493 | 5/1/2023 | Sagebrush Health Services | Centennial Hills Clinic - KSOSN | 8775 Deer Springs Way | | Las Vegas | NV | 89149 |
| STD89178 | 10/1/2023 | Sagebrush Health Services | ProCare Medical Group Blue Diamond Clinic- Desert Springs | 7855 Blue Diamond Rd | Suite 102 | Las Vegas | NV | 89178 |
| STD893012 | 10/1/2023 | Sagebrush Health Services | Sanderling Renal Services- Ely Clinic | 701 East 15th Street | | Ely | NV | 89301 |

22

## Exhibit G: CT sites with start dates approved by CDPH

| 340B ID | Participation Start Date | NOFO Number | Entity Name | Entity Sub-Division Name | Address 2 | InKind Support Description | Support Received To Date |
|---|---|---|---|---|---|---|---|
| STD06489 | 12/28/2022 | PS18-1802 | Sagebrush Health Services | Southington Clinic - CT | 1131 West St. Building #1, Southington, CT 06489 | Rapid HIV Kits | 07/31/2024 |
| STD06488 | 4/1/2023 | PS18-1802 | Sagebrush Health Services | Southbury Clinic - CT | 32 Poverty Rd, Southbury, CT 06488 | Rapid HIV test Kits | 07/31/2024 |
| STD068107 | 4/1/2023 | PS18-1802 | Sagebrush Health Services | Danbury Rd Clinic | 105 Newtown Rd, Ste B, Danbury, CT 06810 | Rapid HIV testing kits | 07/31/2024 |
| STD064892 | 5/9/2023 | PS18-1802 | Sagebrush Health Services | Connecticut Home Infusions | 1131 West Street, Suite 1A, Southington, CT 06489 | Rapid HIV Testing Kits | 07/31/2024 |
| STD06042 | 5/9/2023 | PS18-1802 | Sagebrush Health Services | Rheumatology Specialists of Connecticut | 543 N Main St, Suite A, Manchester, CT 06042 | Rapid HIV test kits | 07/31/2024 |
| STD064891 | 5/9/2023 | PS18-1802 | Sagebrush Health Services | Southington PrEP Clinic | 1131 West Street, Suite 3A, Southington, CT 06489 | Rapid HIV test Kits | 07/31/2024 |

## Exhibit H: Certificate of Assumed Name

FFN #202408011011192 filed 08/01/2024 12:08:29 PM by JAMERSONJ - TR #2313136
Expires: 08/01/2029 - Page 1 of 1 - $25.00 - LYNN MARIE GOYA, CLARK COUNTY CLERK



**REGISTERED BUSINESS ENTITY**
*Certificate of Assumed or Fictitious Name*
*Office of the Clark County Clerk*
*Lynn Marie Goya*

Filing Type: ☒New ☐Renewal

*This form is used by a registered business entity to file an assumed or fictitious name under which business will be conducted in Clark County, Nevada. A registered business entity is organized pursuant to the laws of Nevada that has filed formation documents with the Office of the Secretary of State; these entities are required to file an Annual List of Officers or its equivalent. For purposes of this form, these include domestic and foreign-qualified corporations, limited-liability companies, limited partnerships, limited-liability partnerships, and limited-liability limited partnerships.*

**Business Type:** (select only one)
☐Corporation   ☒Limited-Liability Company   ☐Limited Partnership   ☐Limited-Liability Partnership
☐Limited-Liability Limited Partnership   ☐Professional Corporation   ☐Professional Association

**Assumed or Fictitious Name:** Sagebrush Health Services

**Registered Business Entity:** Healthnomic Partners Sonani MDPLLC
*Exactly as it is registered (or intends to be registered) with the Nevada Secretary of State*

**Business Contact:** 702-843-5273   Compliance@sagebrushhealth.com
*Phone Number*          *Email Address*

**Mailing Address:** 837 W Sunset Rd                          Ste 210
*Street Address*                                              *Unit/Apt/Suite/Bldg*

Las Vegas          NV              89113          USA
*City*          *State/Province*      *Zip*          *Country*

**Print Authorized Signer Name:** Rajesh Sonani
*Full Name (first middle last) of the person with signature authority for the registered business entity*

**Authorized Signer Signature:** _Rajesh Sonani_          Date: 8/1/2024

BY SIGNING ABOVE, EACH SIGNER DECLARES UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF NEVADA THAT THE FOREGOING IS TRUE AND CORRECT. A FILED CERTIFICATE FOR AN ASSUMED OR FICTITIOUS NAME UNDER WHICH A BUSINESS IS BEING CONDUCTED IN CLARK COUNTY, NEVADA, IS VALID FOR FIVE (5) YEARS FROM THE FILING DATE.

*Office use only - v7.27.23*

24

# Exhibit I: Designation of Authorizing Official

DocuSign Envelope ID: DE544B8D-098E-4D03-AD1F-427728A3FD5D



**SAGEBRUSH HEALTH SERVICES**
**DESIGNATION OF AUTHORIZING OFFICIAL**

For purposes of documenting compliance with the requirements of the 340B Drug Pricing Program and registration on the Office of Pharmacy Affairs Information System, Sagebrush Health Services' Authorizing Official is Jami Dybik, Vice President, Sagebrush Health Services. Ms. Dybik has the authority to legally bind Sagebrush Health Services into an agreement with the Federal Government.

Guru Charan
Founder and Chief Executive Officer
Sagebrush Health Services

AFDOCS:199547243.1

25

## Exhibit J: Contracted Care Sites

| Clinic | Address | 340B ID |
|---|---|---|
| South Carolina Rheumatology - Sagebrush Health | 1768 Village Park Dr., Orangeburg, SC. 29118 | N/A |
| Arthritis Clinic of Central Utah | 3650 North University Ave, #150, Provo, UT. 84604 | N/A |
| Central Florida Rheumatology Consultants | 915 Harley Strickland Blvd, Orange City, FL. 32763 | N/A |
| Coastal Infusion (Coral Springs) | 815 Coral Ridge Dr, Coral Springs, FL 33071 | N/A |
| Coastal Infusion (Atlantis) | 5511 S. Congress Ave, Suite 115, Atlantis, FL 33462 | N/A |
| Coastal Infusion (Hollywood) | 4700 Sheridan Street, Suite C, Hollywood, FL 33021 | N/A |
| Coastal Rheumatology | 4700 Sheridan Street, Suite C, Hollywood, FL 33021 | N/A |
| Coastal Rheumatology - South Florida Rheumatology | 4700 Sheridan Street, Suite C, Hollywood, FL. 33021 | N/A |
| Genesis Medical Group (Houston - Mossy) | 2255 East Mossy Oaks Drive, Suite 500, Houston, TX. 77389 | N/A |
| Genesis Medical Group (Houston West 20th) | 427 West 20th Street, Suite 220, Houston, TX. 77008 | N/A |
| Livwell Health - Infusion Center of Indiana-SB | 2150 Intelliplex Drive, Ste 134-B, Shelbyville, IN 46176 | N/A |
| Novella Infusion Augusta | 6 E Chestnut St Ste 00. Augusta, ME 04330 | N/A |
| Novella Infusion Bedford | 160 S. River Road, Bedford, NH 03110 | N/A |
| Novella Infusion Beverly | 48 Dunham Ridge, Suite 4150. Beverly, MA 01915 | N/A |
| Novella Infusion Bourne | 1400 MA-28A. Bourne, MA 02532 | N/A |
| Novella Infusion Branford | 163 Cedar Street, Unit 2A, Branford, CT 06405 | N/A |
| Novella Infusion Cambridge | 575 Mount Auburn Street - B102. Cambridge, MA 02138 | N/A |
| Novella Infusion Concord | 171 Pleasant St. Suite 201, Concord, NH 03301 | N/A |
| Novella Infusion Cromwell | 75 Berlin Rd, STE 105, Cromwell, CT 06416 | N/A |
| Novella Infusion Danbury | 27 Hospital Ave, STE 101, Danbury, CT 06810 | N/A |
| Novella Infusion Derry | 14A Tsienneto Rd. Suite 300A, Derry, NH 03038 | N/A |
| Novella Infusion Dorchester | 50 Redfield Street, Suite 208 Boston, MA 02122 | N/A |
| Novella Infusion Duxbury | 95 Tremont St, Suite 3. Duxbury, MA 02332 | N/A |
| Novella Infusion Fall River | 1575 N. Main Street. Fall River, MA 02720 | N/A |
| Novella Infusion Haverhill | 62 Brown Street, Suite 501 Haverhill, MA 01830 | N/A |
| Novella Infusion Lebanon | 195 Mechanic St., Ste 2 Lebanon, NH 03766 | N/A |
| Novella Infusion Lewiston | 963 Sabattus Street, Unit 3 Lewiston, ME 04240 | N/A |
| Novella Infusion Merrimack | 297 Daniel Webster Highway, Suite 2. Merrimack, NH 03054 | N/A |
| Novella Infusion New London | 70 Howard Street, Ste B. New London, CT 06320 | N/A |
| Novella Infusion Portland | 94 Auburn Street, Suite 203 Portland, ME 04103 | N/A |
| Novella Infusion Portsmouth | 875 Greenland Rd, Unit C3 Portsmouth, NH 03801 | N/A |
| Novella Infusion Rockport | 377 Commercial Street, Unit 3. Rockport, ME 04856 | N/A |
| Novella Infusion South Winsor | 22 Morgan Farms Drive, Ste 2. South Windsor, CT 06074 | N/A |
| Novella Infusion Stamford | 144 Morgan St, STE 1, Stamford, CT 06905 | N/A |
| Novella Infusion Taunton | 91 Washington Street, Ste 202. Taunton, MA 02780 | N/A |
| Novella Infusion Waltham | 210 Bear Hill Road, Suite 204. Waltham, MA 02451 | N/A |
| Novella Infusion Waterbury | 1320 W Main Street, Building 2. Waterbury, CT 06708 | N/A |
| Novella Infusion West Springfield | 1275 Elm St, Ste D. West Springfield, MA 01089 | N/A |
| Novella Infusion West Yarmouth | 349 Main Street, Unit C. West Yarmouth, MA 02673 | N/A |
| Novella Infusion Westford | 506 Groton Road, Suite B. Westford, MA 01886 | N/A |

26

| Novella Infusion Woburn | 23 Warren Ave, #145. Woburn, MA 01801 | N/A |
| Novella Infusion Worcester | 416 Belmont St, Ste 202. Worcester, MA 01604 | N/A |
| SIA Specialty Infusion LLC - Boca Raton | 2200 Glades Road - Suite 304, Boca Raton, FL 33431 | N/A |
| Triet M Nguyen MD Inc (LivWell) | 4501 Magnolia St, Unit 103, Westminster, CA. 92683 | N/A |
| Parris Group - Lilburn | 5279 Lawrenceville Hwy, Suite A, Lilburn, GA 30047 | N/A |
| Parris Group - Sugarloaf | 4850 Sugarloaf Parkway, Suite 501, Lawrenceville, GA 30044 | N/A |
| Parris Group - Roswell | 1305 Hembree Rd, Suite 101, Roswell, GA 30076 | N/A |
| Parris Group - Dunwoody | 5555 Peachtree Dunwoody, Suite 293, Atlanta, GA 30342 | N/A |

# EXHIBIT E



**HRSA**
Health Resources & Services Administration
**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857



September 19, 2024

Jami Dybik
Director
Sagebrush Health Services
8379 West Sunset Road Suite 210
Las Vegas, NV 89113

Dear Jami Dybik:

The Health Resources and Services Administration (HRSA) has reviewed the information submitted in Sagebrush's August 2, 2024, letter. Regarding the following three Sagebrush sites (340B IDs: STD068107, STD064891, and STD06489), Sagebrush provided its February 28, 2024, email communication with Connecticut Department of Public Health (CDPH), which states that Sagebrush's cooperative agreement with CDPH for 100 HIV test kits under NOFO PS18-1802 and grant number 6NU62PS924521-04-02 expired on July 31, 2024.   In addition, HRSA has received documentation from the Centers for Disease Control and Prevention (CDC), which states that the first and only provision of in-kind HIV test kits from CDPH to Sagebrush was for 100 HIV test kits in January 2023.

Sagebrush has not provided documentation to demonstrate that each of the aforementioned sites are currently eligible to participate in the 340B Program as an STD covered entity under section 340B(a)(4)(K) of the Public Health Service Act (PHSA).  Due to Sagebrush's failure to comply with this statutory eligibility requirement and provide documentation to demonstrate that each site is receiving section 318 funding, HRSA will terminate these sites from the 340B Program on September 27, 2024, if Sagebrush is unable to demonstrate its current eligibility, including the submission of documentation to show compliance.

It is Sagebrush's responsibility to determine the scope of noncompliance and repay affected manufacturers for the period of time that Sagebrush is unable to demonstrate that the three sites mentioned in this letter received section 318 funding.

Please send your response to tapplebee-cole@hrsa.gov and jvolpe@hrsa.gov by September 26, 2024.

Sincerely,

*Chi V. L*

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs

# EXHIBIT F



September 25, 2024

Chantelle V. Britton
Director
Office of Pharmacy Affairs
Health Resources & Services Administration
5600 Fishers Lane
Rockville, MD 20857
CBritton@hrsa.gov

Dear Chantelle V. Britton:

Sagebrush is in receipt of your letter dated September 19, 2024. Please, see the below response from Sagebrush Health Services (Sagebrush).

On September 3, 2024, Connecticut Department of Public Health (CDPH) offered Sagebrush an additional 50 HIV and 25 HCV test kits, which Sagebrush accepted on September 4, 2024 for use at the sites associated with 340B IDs STD068107, STD064891, and STD06489. Please, see the attached email in Exhibit A, referencing CDPH's provision of this support.

From the expiration date of the previous funding, July 31, 2024, through September 3, 2024, when Sagebrush was provided additional funding, as referenced above, Sagebrush discontinued purchase and use of 340B medication at 340B IDs STD068107, STD064891, and STD06489 and all contract pharmacies associated with those 340B IDs.

Sagebrush's responses in this letter are based on a good-faith interpretation of HRSA's requests, and the corresponding documents that Sagebrush has produced follow good-faith efforts to locate documents and information responsive to the requests. Sagebrush reserves the right to supplement or amend its responses or document production. Nothing in this letter should be construed as a release or waiver of any rights to which Sagebrush is entitled by law.

Please do not hesitate to contact me with any questions.

Sincerely,

Jami Dybik
Authorized Official
Vice President
Sagebrush Health Services

Enclosures: Exhibit A: Connecticut Department of Public Health In-kind support

## Exhibit A: Connecticut Department of Public Health In-kind Support

### RE: Following up

SL  Sosa, Lynn <Lynn.Sosa@ct.gov>
    To  ● Jami Dybik; ○ Buchelli, Marianne; ○ Greenlee, Delores;
    ○ Diaz, Luis F; ○ Major, Susan
    Cc  ○ Zafiro Nawaz

↩ Reply   ↞ Reply All   → Forward   📑   •••

Tue 9/3/2024 6:16 AM

ⓘ Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.

Hello Jami,

We appreciate Sagebrush's interest in providing HIV prevention services to their patients, including HIV testing, Hepatitis C (HCV) testing and PreP. To this end, we are happy to provide rapid HIV and HCV test kits to facilitate this testing, as resources allow. In return, we request that sites receiving test kits report back the number of tests done, the results of each test and basic demographics of the persons tested so we can demonstrate the impact of this testing for the CDC grant that supports purchase of these test kits. No additional agreement is needed.

Our records indicate that since January 1, 2023, 64 HIV tests and 46 HCV tests have been administered to Sagebrush patients using DPH provided test kits. We can offer an additional 50 HIV and 25 HCV test kits at this time. Please let us know if you would like to accept these test kits.

Thank you.

Lynn



**LYNN SOSA, MD**
**DIRECTOR OF INFECTIOUS DISEASE | STATE EPIDEMIOLOGIST**
Infectious Diseases Section
Connecticut Public Health
(860) 509-7723
lynn.sosa@ct.gov

**CONFIDENTIALITY NOTICE:** Please do not respond to this email with **PERSONALLY IDENTIFIABLE INFORMATION (PII) or PROTECTED HEALTH INFORMATION (PHI)**. This includes but is not limited to name, phone number, address, date of birth and medical record number. If you need to relay or exchange PII/PHI, please contact me by phone. Thank you.

2

# EXHIBIT G



**HRSA**
Health Resources & Services Administration
**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857



December 20, 2024

Jami Dybik
Vice President
Sagebrush Health Services
8379 West Sunset Road, Suite 210
Las Vegas, Nevada 89113

Dear Jami Dybik:

The Health Resources and Services Administration (HRSA) has reviewed the documentation provided by Sagebrush in its March 4, 2024, August 2, 2024, and September 26, 2024, letters as well as documentation provided to HRSA by the Centers for Disease Control and Prevention (CDC), Connecticut Department of Public Health (CDPH), and Nevada Department of Health and Human Services (NHHS).

The documentation provided to HRSA demonstrates that certain Sagebrush sites have not been eligible to participate in the 340B Program as STD covered entities under section 340B(a)(4)(K) of the Public Health Service Act (PHSA).  Based on the documentation received, the following Sagebrush sites failed to comply with this statutory eligibility requirement and failed to provide documentation to demonstrate receipt of section 318 funding or support during the time periods listed below.

- STD06489 did not receive section 318 funding or support from CDPH prior to February 23, 2023.
- STD068107, STD064891, STD064892, STD06042 and STD06488, did not receive section 318 funding or support from CDPH at any point in time.
- STD891061, STD89118, STD89123, and STD891284 did not receive section 318 funding or support from NHHS after February 1, 2024.
- STD89027, STD890481, STD890521, STD891281, STD891285, STD891286, STD891287, STD89148, STD89149, STD891491, and STD89511 did not receive section 318 funding or support from NHHS after January 1, 2023.
- STD890141, STD890142, STD890181, STD89032, STD890482, STD890523, STD890524, STD890525, STD890526, STD890527, STD890741, STD891031, STD891045, STD891063, STD89117, STD891183, STD891191, STD891232, STD891288, STD891289, STD89129, STD891291, STD891292, STD89144, STD891482, STD891483, STD891484, STD891485, STD891493, STD89178, STD893012, STD890529, STD891293, and STD89509, did not receive section 318 funding or support from NHHS at any point in time.

Due to Sagebrush's failure to comply with section 340B(a)(4)(K) of the PHSA for these sites, and to the extent that the sites have not yet been terminated, Sagebrush must terminate the 20 ineligible sites currently registered in OPAIS (STD068107, STD064891, STD891061, STD89118, STD89123, STD891284, STD89027, STD890481, STD890521, STD891281, STD891285, STD891286, STD891287, STD89148, STD89149, STD891491, STD89511, STD890529, STD891293, and STD89509) **by December 27, 2024.** If Sagebrush does not terminate the sites by December 27, 2024, HRSA will terminate the sites in OPAIS on December 30, 2024.

It is Sagebrush's responsibility to determine the full scope of non-compliance and repay affected manufacturers accordingly for the period of time that the Sagebrush sites did not receive section 318 funding or support. In order to alert manufacturers to the extent that violations have occurred, Sagebrush is required to contact and work with affected manufacturers regarding repayment. HRSA does not endorse any specific methodology to determine the scope of 340B non-compliance, the amounts owed to the affected manufacturers, or a covered entity's plan to repay the affected manufacturers or to remedy past 340B Program non-compliance. HRSA defers to affected manufacturers for acceptance of a covered entity's plan to determine the scope of 340B non-compliance and appropriate remedy.

Sagebrush can request to re-register the sites listed in this letter for the 340B Program only after Sagebrush is able to demonstrate that it determined the full scope of noncompliance, repaid affected manufacturers, can demonstrate that it meets the covered entity eligibility requirements set forth in section 340B(a)(4) of the PHSA, and meets all other 340B Program requirements.

Within 60 days of the date of this letter, please provide a statement that Sagebrush has determined the full scope of non-compliance and worked with affected manufacturers regarding repayment.

We appreciate your prompt attention to this matter.

Sincerely,

$Ch = \gamma. \lambda$

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs

# EXHIBIT H

**Sagebrush Health Services**
8379 W. Sunset Rd. Suite 210
Las Vegas, NV 89113
843-814-5177
Jami.Dybik@SagebrushHealth.com

**December 20, 2024**

**Health Resources and Services Administration (HRSA)**
340B Program Compliance Office
5600 Fishers Lane
Rockville, MD 20857

**Re: Response to HRSA Compliance Letter Dated December 20, 2024**

Dear Ms. Britton,

We are in receipt of HRSA's letter dated December 20, 2024, regarding the eligibility of certain Sagebrush sites to participate in the 340B Program as covered entities under section 340B(a)(4)(K) of the Public Health Service Act (PHSA). We appreciate HRSA's attention to this matter but would like to express that Sagebrush Health adamantly disagrees with the findings outlined in the letter.

As per HRSA's claims, the following Sagebrush sites were found to be ineligible for the 340B Program due to a lack of documentation proving receipt of section 318 funding or support during the specified periods:

- **STD06489** – Did not receive section 318 funding or support from CDPH prior to February 23, 2023.
- **STD068107, STD064891, STD064892, STD06042, STD06488** – Did not receive section 318 funding or support from CDPH at any point in time.
- **STD891061, STD89118, STD891284** – Did not receive section 318 funding or support from NHHS after February 1, 2024.
- **STD89027, STD890481, STD890521, STD891281, STD891285, STD891286, STD891287, STD89148, STD89149, STD891491, STD89511** – Did not receive section 318 funding or support from NHHS after January 1, 2023.
- **STD890141, STD890142, STD890181, STD89032, STD890482, STD890523, STD890524, STD890525, STD890526, STD890527, STD890741, STD891031, STD891045, STD891063, STD89117, STD891183, STD891191, STD891232, STD891288, STD891289, STD89129, STD891291, STD891292, STD89144, STD891482, STD891483, STD891484, STD891485, STD891493, STD89178, STD893012, STD890529, STD891293, and STD89509** - Did not receive section 318 funding or support from NHHS at any point in time.

We have reviewed the documentation and funding records for the sites in question and strongly believe that these claims are inaccurate. Sagebrush Health has maintained continuous receipt of

section 318 funding or support from the appropriate authorities (CDPH and NHHS) throughout the periods mentioned in the letter. In support of this, we have included the relevant and up-to-date documentation proving the receipt of funding for each of the sites listed, demonstrating that they have been and continue to be eligible for the 340B Program.

Given the discrepancies between HRSA's findings and our documentation, we respectfully ask that HRSA withdraw the request for Sagebrush to terminate the listed sites in OPAIS. In light of the discrepancies between HRSA's findings and our supporting documentation, we ask that HRSA extend a one-time, 30-day period to allow us to fully clarify and resolve this matter. Additionally, we kindly request an urgent call with HRSA to discuss the findings in more detail and work collaboratively to reach a resolution that accurately reflects the status of the Sagebrush sites.

We are confident that after reviewing the provided documentation, HRSA will recognize that Sagebrush has consistently complied with the eligibility requirements and that our participation in the 340B Program for these sites should remain intact.

Thank you for your attention to this matter. We look forward to a prompt response and the opportunity to resolve this issue amicably.

Sincerely,


**Jami Dybik**
Vice President
Sagebrush Health Services
843-814-5177
Jami.Dybik@Sagebrushhealth.com

# EXHIBIT I

## McCarthy, Maggie

| | |
|---|---|
| **From:** | Grimm, Douglas A. |
| **Sent:** | Friday, December 20, 2024 3:23 PM |
| **To:** | CBritton@hrsa.gov; MHerzog@hrsa.gov; JVolpe@hrsa.gov |
| **Subject:** | HRSA's December 20, 2024 Letter to Sagebrush Health Services |

Ms. Britton,

ArentFox Schiff is legal counsel for Sagebrush Health Services. I was unable to reach you via telephone and left a voice mail for Josh Volpe. I received a copy of your letter dated today, December 20, addressed to Jami Dybik at Sagebrush. We are in the process of reviewing the letter and conferring with our client regarding its contents. We acknowledge the December 27 deadline by which HRSA directs Sagebrush to terminate the referenced sites in OPAIS. Given the significant implications of your letter, and with the holidays now upon us, we request an extension of the December 27 termination deadline to no earlier than January 31, 2025. This letter is not a waiver of any legal rights available to Sagebrush, all of which Sagebrush reserves.

I appreciate your consideration of my request and prompt response. Happy holidays to you –

Regards,

Douglas

 **ArentFox Schiff**

**Douglas A. Grimm**
PARTNER AND HEALTH CARE PRACTICE LEADER | **ARENTFOX SCHIFF LLP**
douglas.grimm@afslaw.com | **DIRECT** 202.857.6370
My Bio | Blog | My LinkedIn | Subscribe
1717 K Street, NW, Washington, DC 20006

# EXHIBIT J

## McCarthy, Maggie

| | |
|---|---|
| **From:** | Britton, Chantelle (HRSA) <CBritton@hrsa.gov> |
| **Sent:** | Friday, December 20, 2024 3:44 PM |
| **To:** | Jami Dybik |
| **Cc:** | HRSA 340Bcompliance; Herzog, Michelle (HRSA); Chelsea Baria; Herzog, Michelle (HRSA); Grimm, Douglas A. |
| **Subject:** | Re: [EXTERNAL] Re: Sagebrush Health Services – Follow -Up Compliance Letter 12.20.24 |

Jami - I am receipt of this email, letter and documentation. We will pause the date that we requested Sagebrush terminate its sites in our letter dated Dec. 20, 2024, until we have had chance to review this information. We will be back in touch after our review.

Thank you.

On Dec 20, 2024, at 3:21 PM, Jami Dybik <jami.dybik@sagebrushhealth.com> wrote:

Good Afternoon Chantelle and Michelle,

We have received the letter from HRSA and attached is our response.
I understand it is late in the day on Friday before a holiday week, but your response would be greatly appreciated.

Sincerely,
Jami

### *Attached:*

*Response Letter*
*Connecticut Health Department Correspondence re: grant*
*Connecticut Health Department Correspondence re: grant*
*Lynn Sosa Connecticut Health Dept email acknowledging in-kind support for grant funding 2024*
*Lynn Sosa Connecticut Health Dept email discussion explaining health dept does not sign MOUs*
*NV Health Dept Grant Funding 2023 Jan 1 2023- Dec 31 2023*
*NV Health Department Extension Jan 1 2023 - Jan 31 2023*
*NV Health Department Funding 2024 Feb 1 2024 - Jan 31 2025*
*NV Health Dept acknowledgment of new grant number for 2024*
*NV Health Department Site Visit 2023*

Jami Dybik

Vice President

Sagebrush Healthcare

8379 W. Sunset Rd., Ste. 210

Las Vegas, NV 89113

C: 843.814.5177

Jami.Dybik@SagebrushHealth.com

www.sagebrushhealth.com

www.sagebrushhealthcare.org

<Outlook-amhz1kcz.png>

WARNING: CONFIDENTIALITY NOTICE - The information enclosed with this transmission are the private, confidential property of the sender, and the material is privileged communication intended solely for the individual indicated. If you are not the intended recipient, you are notified that any review, disclosure, copying, distribution, or the taking of any other action relevant to the contents of this transmission are strictly prohibited. If you have received this transmission in error, please notify us immediately at (702)476-2287.

**From:** HRSA 340Bcompliance <340Bcompliance@hrsa.gov>
**Sent:** Friday, December 20, 2024 9:15 AM
**To:** Jami Dybik <jami.dybik@sagebrushhealth.com>; Chelsea Baria <chelsea.baria@sagebrushhealth.com>
**Cc:** Britton, Chantelle (HRSA) <cbritton@hrsa.gov>; Herzog, Michelle (HRSA) <mherzog@hrsa.gov>
**Subject:** Sagebrush Health Services - Follow -Up Compliance Letter 12.20.24

Caution! External Sender

Dear Jami Dybik:

Please see the attached 340B compliance follow up letter for Sagebrush.

Thank You,

Office of Pharmacy Affairs
Office of Special Health Initiatives
Health Resources and Services Administration

**From:** Jami Dybik <jami.dybik@sagebrushhealth.com>
**Sent:** Thursday, September 26, 2024 9:25 AM
**To:** HRSA 340Bcompliance <340Bcompliance@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; Herzog, Michelle (HRSA) <MHerzog@hrsa.gov>; Pontell, Sherry (HRSA) <SPontell1@hrsa.gov>; Volpe, Josh (HRSA) <JVolpe@hrsa.gov>; Applebee-Cole, Tracey (HRSA) <TApplebee-Cole@hrsa.gov>
**Subject:** [EXTERNAL] Re: Sagebrush Health Services - Follow -Up Compliance Letter 9.19.24

Please see the attached response to your letter from September 19th, 2024.

Thank you,
Jami


Jami Dybik

Vice President


Sagebrush Healthcare

8379 W. Sunset Rd., Ste. 210

Las Vegas, NV 89113

C: 843.814.5177

Jami.Dybik@SagebrushHealth.com

www.sagebrushhealth.com

www.sagebrushhealthcare.org


<attachment-2.png>


WARNING: CONFIDENTIALITY NOTICE - The information enclosed with this transmission are the private, confidential property of the sender, and the material is privileged communication intended solely for the individual indicated. If you are not the intended recipient, you are notified that any review, disclosure, copying, distribution, or the taking of any other action relevant to the contents of this transmission are strictly prohibited. If you have received this transmission in error, please notify us immediately at (702)476-2287.

**From:** HRSA 340Bcompliance <340Bcompliance@hrsa.gov>
**Sent:** Thursday, September 19, 2024 6:18 AM
**To:** Jami Dybik <jami.dybik@sagebrushhealth.com>; Vladimir Abadjiev
<vladimira@sagebrushhealth.com>; Jonathan.Meredith <Jonathan.Meredith@sagebrushhealth.com>
**Cc:** Britton, Chantelle (HRSA) <cbritton@hrsa.gov>; Herzog, Michelle (HRSA) <mherzog@hrsa.gov>;
Pontell, Sherry (HRSA) <spontell1@hrsa.gov>; Volpe, Josh (HRSA) <jvolpe@hrsa.gov>; Applebee-Cole,
Tracey (HRSA) <tapplebee-cole@hrsa.gov>
**Subject:** Sagebrush Health Services - Follow -Up Compliance Letter 9.19.24

Dear Jami Dybik:

Please see the attached 340B compliance follow up letter for Sagebrush.

Thank You,

Office of Pharmacy Affairs
Office of Special Health Initiatives
Health Resources and Services Administration

**From:** Jami Dybik <jami.dybik@sagebrushhealth.com>
**Sent:** Friday, August 2, 2024 4:49 PM
**To:** HRSA 340Bcompliance <340Bcompliance@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; Herzog, Michelle (HRSA) <MHerzog@hrsa.gov>;
Applebee-Cole, Tracey (HRSA) <TApplebee-Cole@hrsa.gov>; Volpe, Josh (HRSA) <JVolpe@hrsa.gov>;
Campos, Joshua (HRSA) <JCampos@hrsa.gov>
**Subject:** [EXTERNAL] Re: Sagebrush Health Services - Follow -Up Compliance Letter

Thank you for allowing us the extra time to compile the requested documentation.
Please feel free to contact with any further questions.

Have a wonderful weekend,
Jami

Jami Dybik

Vice President

Sagebrush Healthcare

8379 W. Sunset Rd., Ste. 210

Las Vegas, NV 89113

C: 843.814.5177

Jami.Dybik@SagebrushHealth.com

www.sagebrushhealth.com
www.sagebrushhealthcare.org

<attachment-2.png>

WARNING: CONFIDENTIALITY NOTICE - The information enclosed with this transmission are the private, confidential property of the sender, and the material is privileged communication intended solely for the individual indicated. If you are not the intended recipient, you are notified that any review, disclosure, copying, distribution, or the taking of any other action relevant to the contents of this transmission are strictly prohibited. If you have received this transmission in error, please notify us immediately at (702)476-2287.

**From:** HRSA 340Bcompliance <340Bcompliance@hrsa.gov>
**Sent:** Wednesday, July 3, 2024 12:15 PM
**To:** Jami Dybik <jami.dybik@sagebrushhealth.com>; Jonathan.Meredith
<Jonathan.Meredith@sagebrushhealth.com>
**Cc:** Britton, Chantelle (HRSA) <cbritton@hrsa.gov>; Herzog, Michelle (HRSA) <mherzog@hrsa.gov>;
Applebee-Cole, Tracey (HRSA) <tapplebee-cole@hrsa.gov>; Volpe, Josh (HRSA) <jvolpe@hrsa.gov>;
Campos, Joshua (HRSA) <jcampos@hrsa.gov>
**Subject:** Sagebrush Health Services - Follow -Up Compliance Letter

Dear Jami Dybik:

Please see the attached 340B compliance follow up letter for Sagebrush.

Thank You,

Office of Pharmacy Affairs
Office of Special Health Initiatives
Health Resources and Services Administration

**From:** Jami Dybik <jami.dybik@sagebrushhealth.com>
**Sent:** Monday, March 4, 2024 6:47 PM
**To:** HRSA 340Bcompliance <340Bcompliance@hrsa.gov>
**Subject:** [EXTERNAL] Sagebrush Health Services

Dear Director Britton and Deputy Director Herzog,

Sagebrush Health Services writes in response to HRSA's February 2, 2024 letter requesting information and documents related to Sagebrush Health Services' activities as part of the 340B Program. Responsive information is contained in the attached .pdf. Responsive documents have been transmitted to HRSA's Secure Email File Transfer (SEFT) workspace. We are available to discuss or provide any additional information at your convenience.

Regards,


Jami Dybik
Authorizing Official

Vice President


Sagebrush Healthcare

8379 W. Sunset Rd., Ste. 210

Las Vegas, NV 89113

C: 843.814.5177

Jami.Dybik@SagebrushHealth.com
www.sagebrushhealth.com
www.sagebrushhealthcare.org


<attachment-2.png>


WARNING: CONFIDENTIALITY NOTICE - The information enclosed with this transmission are the private, confidential property of the sender, and the material is privileged communication intended solely for the individual indicated. If you are not the intended recipient, you are notified that any review, disclosure, copying, distribution, or the taking of any other action relevant to the contents of this transmission are strictly prohibited. If you have received this transmission in error, please notify us immediately at (702)476-2287.


CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.


*This email has been scanned by Inbound Shield.*


CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

<HRSA Response 12-20-24.docx>
<Connecticut Health Department Email Re NOA April 20203.pdf>
<Connecticut Health Department Grant Acknowledgment.pdf>
<NDPBH Site Visit 2023 SG 26044 Program Monitoring Tool.pdf>
<Notice of Subaward-NV FE 2024 SG-2024-00109.pdf>
<NV 2024 New grant number -.pdf>
<NV Grant Fully Executed 7-13-23 SG 26044-1 Sagebrush Health Service (12-30-23)EXECUTED (1).pdf>
<SG -JAN 24 NV Grant Extention 26044-2 Sagebrush (01.31.2024) EXECUTED.pdf>
<mime-attachment>
<mime-attachment>

# EXHIBIT K

ArentFox
Schiff

**ArentFox Schiff LLP**
1717 K Street, NW
Washington, DC 20006

202.857.6000   **MAIN**
202.857.6395   **FAX**

afslaw.com

January 9, 2025

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs
Office of Special Health Initiatives
Health Resources & Services Administration
5600 Fishers Lane
Rockville, Maryland 20857

**Douglas A. Grimm**
Partner, Health Care Practice
Leader
202.857.6370   **DIRECT**
douglas.grimm@afslaw.com

Re:   Sagebrush Health Services

Dear Ms. Britton:

Following on from my December 20, 2024 email to your office, we have reviewed HRSA's letter to Sagebrush Health Services ("Sagebrush") dated December 20, 2024 (the "Letter") and Sagebrush's same-day response. We understand that your office is reviewing Sagebrush's response at this time. In connection with your review, please consider the following, and direct all future communications regarding HRSA's review of Sagebrush's standing in the 340B program to me.

Sagebrush continues to maintain that it is in compliance with all requirements imposed on a Section 318 grantee participating as a covered entity in the 340B program. In order to maintain good standing, Sagebrush has promptly responded to each of HRSA's information requests by providing documents and narratives. Sagebrush remains available to provide any additional documentation or other information that HRSA may request in relation to its audit.

Sagebrush is concerned by HRSA's position as stated in the Letter. Requiring an entity to disenroll itself from the 340B program or otherwise face summary disenrollment by HRSA is not in compliance with HRSA's own policies and procedures as stated in its Program Integrity Materials (the "Policy"). The Letter does not mention the audit or its results. Therefore it is unclear as to whether the Letter triggers the dispute resolution process as provided in the Policy. Based on this lack of clarity, Sagebrush has determined that the Letter does not constitute a Final Report as defined by the Policy and awaits HRSA's reply to Sagebrush's December 20, 2024 response to the Letter. Please let us know if HRSA views its Letter as a Final Report, as Sagebrush is committed to cooperating with HRSA to resolve any findings as expeditiously as possible.

Based on the information exchanged to this point, ArentFox Schiff requests a call with HRSA to review any remaining open documents requests and potentially problematic issues. We are available at HRSA's convenience for such a call. Confirming the conclusions stated above, Sagebrush reserves all available rights provided to it under the Policy and the Administrative Procedure Act, as applicable. 5 U.S.C. §§ 551–559.

AFSDOCS 301184006.2

Smart In
Your World®

ArentFox
Schiff

We look forward to your reply.

Sincerely,

Douglas A. Grimm

AFSDOCS:301184006.2

# EXHIBIT L



Health Resources & Services Administration
**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857



January 13, 2025

Jami Dybik
Director
Sagebrush Health Services
8379 West Sunset Road, Suite 210
Las Vegas, Nevada 89113

Dear Jami Dybik:

The Health Resources and Services Administration (HRSA) has reviewed the additional documentation provided by Sagebrush in its December 20, 2024, response to HRSA's December 20, 2024, letter.

For each Sagebrush site listed in HRSA's December 20, 2024, letter, the documentation provided by Sagebrush does not demonstrate receipt of section 318 funding for purposes of eligibility in the 340B Program. HRSA has also confirmed with Connecticut Department of Public Health and Nevada Department of Health and Human Services that these sites do not receive 318 funding. Moreover, there are a number of other deficiencies in much of the documentation, such as, not being specific to the sites being terminated and not being specific to the time periods covered. As such, HRSA's determination that each of the sites in its December 20, 2024, letter, be terminated from the 340B Program stands.

Due to Sagebrush's continued failure to comply with section 340B(a)(4)(K) of the Public Health Service Act for these sites, and to the extent that the sites have not yet been terminated by Sagebrush as outlined in HRSA's December 20, 2024, letter, HRSA will terminate the sites by close of business January 13, 2025. As stated in that letter, it is Sagebrush's responsibility to determine the full scope of non-compliance and repay affected manufacturers accordingly for the period of time that the Sagebrush sites did not receive section 318 funding.

Sincerely,

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs

# EXHIBIT M

## McCarthy, Maggie

| | |
|---|---|
| **From:** | Britton, Chantelle (HRSA) <CBritton@hrsa.gov> |
| **Sent:** | Monday, January 13, 2025 7:28 AM |
| **To:** | Grimm, Douglas A. |
| **Cc:** | HRSA 340Bcompliance; Herzog, Michelle (HRSA); Jami Dybik; Chelsea Baria |
| **Subject:** | RE: Sagebrush Letter re Audit Process. |

**This Message Is From an External Sender**

This message came from outside ArentFox Schiff LLP. Please treat this email with caution.

Report Suspicious

Dear Douglas Grimm:

I am responding to your January 9, 2025, letter regarding Sagebrush Health Services (Sagebrush) eligibility in the 340B Program. As stated in a compliance letter sent to Sagebrush on February 2, 2024 (and follow-up compliance letters sent on July 3, 2024, and September 19, 2024), HRSA conducted a review of Sagebrush's compliance with 340B Program requirements with a focus on each of Sagebrush sites' receipt of section 318 of the Public Health Service Act (PHSA) grant funding from the Centers for Disease Control and Prevention. This review was not part of a HRSA conducted audit, but rather is part of ongoing program integrity initiatives and aligns with HRSA's function to oversee and ensure the integrity of the 340B Program.

As stated in its December 20, 2024, letter to Sagebrush, HRSA has reviewed documentation provided by Sagebrush in its March 4, 2024, August 2, 2024, and September 26, 2024, letters (in response to several letters sent by HRSA) as well as documentation provided to HRSA by the Centers for Disease Control and Prevention (CDC), Connecticut Department of Public Health (CDPH), and Nevada Department of Health and Human Services (NHHS).

The documentation provided to HRSA demonstrates that certain Sagebrush sites have not been eligible to participate in the 340B Program as STD covered entities under section 340B(a)(4)(K) of the Public Health Service Act (PHSA).

Regarding your request to direct future communication regarding HRSA's review of Sagebrush's standing in the 340B Program to you, we include the covered entity contacts listed in the 340B Office of Pharmacy Affairs Information System (340B OPAIS) in all communications regarding the covered entity and will continue to do so going forward.

We are also close to finalizing our review of the additional documentation submitted by Sagebrush on December 20, 2024, and will respond to that correspondence soon.

Sincerely,

**Chantelle V. Britton, M.P.A., M.S. (she/her)**
Director
Office of Pharmacy Affairs
Office of Special Health Initiatives
Desk: 301-443-4749
Cell: 301-300-2185



  



Sign up for email updates!

---

**From:** Grimm, Douglas A. <douglas.grimm@afslaw.com>
**Sent:** Thursday, January 9, 2025 4:36 PM
**To:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>
**Cc:** HRSA 340Bcompliance <340Bcompliance@hrsa.gov>; Herzog, Michelle (HRSA) <MHerzog@hrsa.gov>
**Subject:** [EXTERNAL] Sagebrush Letter re Audit Process.

Ms. Britton,

Good afternoon. Please see the attached letter. Thanks very much.

Regards,

Douglas



**Douglas A. Grimm**
PARTNER AND HEALTH CARE PRACTICE LEADER | **ARENTFOX SCHIFF LLP**
douglas.grimm@afslaw.com | **DIRECT** 202.857.6370
My Bio | Blog | My LinkedIn | Subscribe
1717 K Street, NW, Washington, DC 20006

---

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

# EXHIBIT N



<u>**SENT VIA EMAIL TO**</u>
<u>CBritton@hrsa.gov</u>

February 21, 2025

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs
Health Resources and Services Administration
5600 Fishers Lane
Rockville, MD 20857

**RE:    Reinstatement of Terminated Sites to 340B Program**

Dear Ms. Britton:

As you are aware, on January 14, 2025, the Health Resources and Services Administration ("HRSA") terminated from the 340B Program those sites with the following 340B identification numbers: STD891061, STD89118, STD89123, STD891284, STD89027, STD890481, STD890521, STD891281, STD891285, STD891286, STD891287, STD89148, STD89149, STD891491, STD89511, STD890529, STD891293, and STD89509 (collectively, the "Nevada Sites"). For the reasons explained below, Sagebrush Health Services ("Sagebrush"), which is affiliated with the Nevada Sites, insists that HRSA immediately and retroactively reinstate these sites into the 340B Program.

Sagebrush maintains that all the Nevada Sites have satisfied the statutory eligibility criteria to participate in the 340B Program since HRSA initially certified their enrollment and participation in the program. That is, at all relevant times since their initial registration, these sites have received in-cash or in-kind funds that are traceable to a state or unit of local government under Section 318 of the Public Health Service Act.

The Nevada Sites' eligibility is demonstrated by: (1) the Notice of Subaward to Sagebrush dated June 6, 2022; (2) the Notice of Subaward to Sagebrush dated December 13, 2022, as amended by Subaward Amendment #1 dated June 15, 2023, and Subaward Amendment #2 dated November 20, 2023; and (3) the Notice of Subaward to Sagebrush dated April 15, 2024, as amended by Subaward Amendment #1 dated February 4, 2025. Collectively, these documents show that all the Nevada Sites, which are explicitly referenced therein, have been approved subrecipients of Section 318 funds from the Nevada Department of Health and Human Services ("NHHS") from no later than June 6, 2022, through the present day.

Attached for your reference are the June 6, 2022 Notice of Subaward and the February 4, 2025 Subaward Amendment #1. Also attached is an email from NHHS confirming that Sagebrush's current subaward will be renewed once NHHS receives the pertinent notice of award from the

Centers for Disease Control and Prevention. Please refer to Sagebrush's prior document submissions for the other referenced NHHS subaward documents.

Since the initial subaward took effect, Sagebrush has received reimbursements of $582.91, $581.69, and $589.00 from NHHS. These payments have covered expenses incurred as part of Sagebrush's outreach and awareness initiatives regarding sexually transmitted infection services available at the Nevada Sites, consistent with the scope of the subaward. Attached are requests for reimbursement forms submitted by Sagebrush to NHHS as well as receipts and evidence of reimbursement from NHHS that further substantiate the Nevada Sites' receipt of Section 318 funds.

In addition to these payments, Sagebrush and the Nevada Sites have received from NHHS in-kind donations of Section 318 funds in the form of condoms, which have been distributed to patients at the Nevada Sites as part of a condom distribution program within the scope of the subaward. Attached is a spreadsheet that estimates the amount of in-kind donated condoms from NHHS that have been distributed at the Nevada Sites since 2022.

The attached documents are further proof that the Nevada Sites are Section 318 fund recipients. When considered with the voluminous documents that Sagebrush previously produced to HRSA, including the agreements between Sagebrush and the Nevada Sites for collaboration on the NHHS subaward activities, it is clear that the Nevada Sites have been, and remain, eligible to participate in the 340B Program. Indeed, HRSA verified the Nevada Sites' eligibility when initially approving the Sites' enrollment, and did not challenge Sagebrush's subsequent eligibility recertifications.

Therefore, HRSA's termination of the Nevada Sites was improper. To correct this error, HRSA must immediately and retroactively: (1) rescind its determination of ineligibility with respect to the Nevada Sites, as described in your letters to Sagebrush dated December 20, 2024, and January 13, 2025; (2) rescind its termination of the Nevada Sites as stated in HRSA's January 14, 2025 letter; and (3) reinstate the Nevada Sites as actively enrollees in the 340B Program. To this end, Sagebrush expects that HRSA will remove the January 14, 2025 termination date currently displayed for the Nevada Sites on the 340B Office of Pharmacy Affairs Information System and update the letters to Sagebrush dated December 20, 2024, and January 13, 2025 posted on HRSA's Program Integrity webpage to reflect the reinstatement of the Nevada Sites.

Sagebrush requests a written response from HRSA no later than ten (10) business days from the date of this letter. Sagebrush reserves all rights available under the Administrative Procedure Act and will take further action as necessary upon expiration of the ten-day period.

Sincerely,

*Jami Dybik*

Jami Dybik
Vice President
Sagebrush Health Services

Attachments (12)

# EXHIBIT O

# Attachment 1



| | |
|---|---|
| Agency Ref. #: | **SG 25567** |
| Budget Account: | 3219 |
| Category: | 09 |
| GL: | 8787 |
| Job Number: | 9397722 |

**State of Nevada**
Department of Health and Human Services
**Division of Public & Behavioral Health**
(hereinafter referred to as the Department)

## NOTICE OF SUBAWARD

| **Program Name:** STD Prevention and Control Program Office of Public Health Investigations and Epidemiology Elizabeth Kessler / ekessler@health.nv.gov | **Subrecipient's Name:** Sagebrush Health Service Vlad Abadijev / vladimira@valleyoaksmed.com |
|---|---|
| **Address:** 4150 Technology Way, Suite #200 Carson City, NV 89706-2009 | **Address:** 2435 Fire Mesa Street, Suite 110 Las Vegas NV 89128 |
| **Subaward Period:** Upon approval through December 31, 2022 | **Subrecipient's:** EIN: 87-2737450  Vendor #: T29045099  Dun & Bradstreet: 11848317 |

**Purpose of Award:** To provide STD screening, treatment, and preventions services.

**Region(s) to be served:** ☐ Statewide  ☐ Specific county or counties: _____

| **Approved Budget Categories:** | | **FEDERAL AWARD COMPUTATION:** | | |
|---|---|---|---|---|
| 1. Personnel | | Total Obligated by this Action: | $ | 600.00 |
| 2. Travel | | Cumulative Prior Awards this Budget Period: | $ | 0.00 |
| | | Total Federal Funds Awarded to Date: | $ | 0.00 |
| 3. Operating | **$600.00** | Match Required ☐ Y ☒ N | $ | 0.00 |
| 4. Equipment | | Amount Required this Action: | $ | 0.00 |
| 5. Contractual/Consultant | | Amount Required Prior Awards: Total Match Amount Required: | $ | 0.00 |
| 6. Training | | Research and Development (R&D) ☐ Y ☒ N | | |
| 7. Other | | | | |
| **TOTAL DIRECT COSTS** | **$600.00** | **Federal Budget Period:** January 1, 2022 through December 31, 2022 | | |
| 8. Indirect Costs | | **Federal Project Period:** January 1, 2022 through December 31, 2022 | | |
| **TOTAL APPROVED BUDGET** | **$600.00** | **FOR AGENCY USE ONLY** | | |

| **Source of Funds:** Centers for Disease Control and Prevention | **% Funds:** | **CFDA:** | **FAIN:** | **Federal Grant #:** | **Grant Award Date by Federal Agency:** |
|---|---|---|---|---|---|
| | 100% | 93.977 | NH25PS005179 | 6 NH25PS005179-04-01 | 2/7/22 |

| **Agency Approved Indirect Rate:** 6.9% | **Subrecipient Approved Indirect Rate:** N/A |
|---|---|

**Terms and Conditions:**
In accepting these grant funds, it is understood that:
1. This award is subject to the availability of appropriate funds.
2. Expenditures must comply with any statutory guidelines, the DHHS Grant Instructions and Requirements, and the State Administrative Manual.
3. Expenditures must be consistent with the narrative, goals and objectives, and budget as approved and documented
4. Subrecipient must comply with all applicable Federal regulations
5. Quarterly progress reports are due by the 30th of each month following the end of the quarter, unless specific exceptions are provided in writing by the grant administrator.
6. Financial Status Reports and Requests for Funds must be submitted monthly, unless specific exceptions are provided in writing by the grant administrator.

| **Incorporated Documents:** | |
|---|---|
| Section A: Grant Conditions and Assurances; | Section E: Audit Information Request; |
| Section B: Description of Services, Scope of Work and Deliverables; | Section F: Current/Former State Employee Disclaimer; |
| Section C: Budget and Financial Reporting Requirements; | Section G: DHHS Business Associate Addendum; and |
| Section D: Request for Reimbursement; | |

| Name | Signature | Date |
|---|---|---|
| Vlad Abadijev Director | *[signature]* | 5/25/22 |
| Lindsey Kinsinger OPHIE Manager | *[signature]* | 6/1/22 |
| for Lisa Sherych Administrator, DPBH | *[signature]* | 6/6/22 |

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

**SECTION A**
**GRANT CONDITIONS AND ASSURANCES**

**General Conditions**

1.  Nothing contained in this Agreement is intended to, or shall be construed in any manner, as creating or establishing the relationship of employer/employee between the parties. The Recipient shall at all times remain an "independent contractor" with respect to the services to be performed under this Agreement. The Department of Health and Human Services (hereafter referred to as "Department") shall be exempt from payment of all Unemployment Compensation, FICA, retirement, life and/or medical insurance and Workers' Compensation Insurance as the Recipient is an independent entity.

2.  The Recipient shall hold harmless, defend and indemnify the Department from any and all claims, actions, suits, charges and judgments whatsoever that arise out of the Recipient's performance or nonperformance of the services or subject matter called for in this Agreement.

3.  The Department or Recipient may amend this Agreement at any time provided that such amendments make specific reference to this Agreement, and are executed in writing, and signed by a duly authorized representative of both organizations. Such amendments shall not invalidate this Agreement, nor relieve or release the Department or Recipient from its obligations under this Agreement.

    *   The Department may, in its discretion, amend this Agreement to conform with federal, state or local governmental guidelines, policies and available funding amounts, or for other reasons. If such amendments result in a change in the funding, the scope of services, or schedule of the activities to be undertaken as part of this Agreement, such modifications will be incorporated only by written amendment signed by both the Department and Recipient.

4.  Either party may terminate this Agreement at any time by giving written notice to the other party of such termination and specifying the effective date thereof at least 30 days before the effective date of such termination. Partial terminations of the Scope of Work in Section B may only be undertaken with the prior approval of the Department. In the event of any termination for convenience, all finished or unfinished documents, data, studies, surveys, reports, or other materials prepared by the Recipient under this Agreement shall, at the option of the Department, become the property of the Department, and the Recipient shall be entitled to receive just and equitable compensation for any satisfactory work completed on such documents or materials prior to the termination.

    *   The Department may also suspend or terminate this Agreement, in whole or in part, if the Recipient materially fails to comply with any term of this Agreement, or with any of the rules, regulations or provisions referred to herein; and the Department may declare the Recipient ineligible for any further participation in the Department's grant agreements, in addition to other remedies as provided by law. In the event there is probable cause to believe the Recipient is in noncompliance with any applicable rules or regulations, the Department may withhold funding.

**Grant Assurances**

A signature on the cover page of this packet indicates that the applicant is capable of and agrees to meet the following requirements, and that all information contained in this proposal is true and correct.

1.  Adopt and maintain a system of internal controls which results in the fiscal integrity and stability of the organization, including the use of Generally Accepted Accounting Principles (GAAP).

2.  Compliance with state insurance requirements for general, professional, and automobile liability; workers' compensation and employer's liability; and, if advance funds are required, commercial crime insurance.

3.  These grant funds will not be used to supplant existing financial support for current programs.

4.  No portion of these grant funds will be subcontracted without prior written approval unless expressly identified in the grant agreement.

5.  Compliance with the requirements of the Civil Rights Act of 1964, as amended, and the Rehabilitation Act of 1973, P.L. 93-112, as amended, and any relevant program-specific regulations, and shall not discriminate against any employee for employment because of race, national origin, creed, color, sex, religion, age, disability or handicap condition (including AIDS and AIDS-related conditions).

6.  Compliance with the Americans with Disabilities Act of 1990 (P.L. 101-136), 42 U.S.C. 12101, as amended, and regulations adopted there under contained in 28 CFR 26.101-36.999 inclusive, and any relevant program-specific regulations.

7.  Compliance with Title 2 of the Code of Federal Regulations (CFR) and any guidance in effect from the Office of Management and Budget (OMB) related (but not limited to) audit requirements for grantees that expend $750,000 or more in Federal awards during the grantee's fiscal year must have an annual audit prepared by an independent auditor in accordance with the terms and requirements of the appropriate circular. **To acknowledge this requirement, Section E of this notice of subaward must be completed.**

8.  Compliance with the Clean Air Act (42 U.S.C. 7401–7671q.) and the Federal Water Pollution Control Act (33 U.S.C. 1251–1387), as amended— Contracts and subgrants of amounts in excess of $150,000 must contain a provision that requires the non-Federal award to agree to comply with all applicable standards, orders or regulations issued pursuant to the Clean Air Act (42 U.S.C. 7401–7671q) and the Federal Water Pollution Control Act as amended (33 U.S.C. 1251–1387). Violations must be reported to the Federal awarding agency and the Regional Office of the Environmental Protection Agency (EPA).

9.  Certification that neither the Recipient nor its principals are presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from participation in this transaction by any Federal department or agency. This certification is made pursuant to regulations

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

implementing Executive Order 12549, Debarment and Suspension, 28 C.F.R. pt. 67 § 67.510, as published as pt. VII of May 26, 1988, Federal Register (pp. 19150-19211).

10. No funding associated with this grant will be used for lobbying.

11. Disclosure of any existing or potential conflicts of interest relative to the performance of services resulting from this grant award.

12. Provision of a work environment in which the use of tobacco products, alcohol, and illegal drugs will not be allowed.

13. An organization receiving grant funds through the Department of Health and Human Services shall not use grant funds for any activity related to the following:

   - Any attempt to influence the outcome of any federal, state or local election, referendum, initiative or similar procedure, through in-kind or cash contributions, endorsements, publicity or a similar activity.

   - Establishing, administering, contributing to or paying the expenses of a political party, campaign, political action committee or other organization established for the purpose of influencing the outcome of an election, referendum, initiative or similar procedure.

   - Any attempt to influence:
     o The introduction or formulation of federal, state or local legislation; or
     o The enactment or modification of any pending federal, state or local legislation, through communication with any member or employee of Congress, the Nevada Legislature or a local governmental entity responsible for enacting local legislation, including, without limitation, efforts to influence State or local officials to engage in a similar lobbying activity, or through communication with any governmental official or employee in connection with a decision to sign or veto enrolled legislation.
   - Any attempt to influence the introduction, formulation, modification or enactment of a federal, state or local rule, regulation, executive order or any other program, policy or position of the United States Government, the State of Nevada or a local governmental entity through communication with any officer or employee of the United States Government, the State of Nevada or a local governmental entity, including, without limitation, efforts to influence state or local officials to engage in a similar lobbying activity.

   - Any attempt to influence:
     o The introduction or formulation of federal, state or local legislation;
     o The enactment or modification of any pending federal, state or local legislation; or
     o The introduction, formulation, modification or enactment of a federal, state or local rule, regulation, executive order or any other program, policy or position of the United States Government, the State of Nevada or a local governmental entity, **by preparing, distributing or using** publicity or propaganda, or by urging members of the general public or any segment thereof to contribute to or participate in any mass demonstration, march, rally, fundraising drive, lobbying campaign or letter writing or telephone campaign.

   - Legislative liaison activities, including, without limitation, attendance at legislative sessions or committee hearings, gathering information regarding legislation and analyzing the effect of legislation, when such activities are carried on in support of or in knowing preparation for an effort to engage in an activity prohibited pursuant to subsections 1 to 5, inclusive.

   - Executive branch liaison activities, including, without limitation, attendance at hearings, gathering information regarding a rule, regulation, executive order or any other program, policy or position of the United States Government, the State of Nevada or a local governmental entity and analyzing the effect of the rule, regulation, executive order, program, policy or position, when such activities are carried on in support of or in knowing preparation for an effort to engage in an activity prohibited pursuant to subsections 1 to 5, inclusive.

14. An organization receiving grant funds through the Department of Health and Human Services may, to the extent and in the manner authorized in its grant, use grant funds for any activity directly related to educating persons in a nonpartisan manner by providing factual information in a manner that is:

   - Made in a speech, article, publication, or other material that is distributed and made available to the public, or through radio, television, cable television or other medium of mass communication; and

   - Not specifically directed at:
     o Any member or employee of Congress, the Nevada Legislature or a local governmental entity responsible for enacting local legislation;
     o Any governmental official or employee who is or could be involved in a decision to sign or veto enrolled legislation; or
     o Any officer or employee of the United States Government, the State of Nevada or a local governmental entity who is involved in introducing, formulating, modifying or enacting a Federal, State or local rule, regulation, executive order or any other program, policy or position of the United States Government, the State of Nevada or a local governmental entity.

This provision does not prohibit a recipient or an applicant for a grant from providing information that is directly related to the grant or the application for the grant to the granting agency.

To comply with reporting requirements of the Federal Funding and Accountability Transparency Act (FFATA), the sub-grantee agrees to provide the Department with copies of all contracts, sub-grants, and or amendments to either such documents, which are funded by funds allotted in this agreement.

**Compliance with this section is acknowledged by signing the subaward cover page of this packet.**

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

<u>**SECTION B**</u>

**Description of Services, Scope of Work and Deliverables**

Sagebrush Health Services, hereinafter referred to as Subrecipient, agrees to provide the following services and reports according to the identified timeframes:

**Scope of Work for <u>Sagebrush Health Services</u>**

**Goal 1:** *Collect, manage, analyze, interpret, and disseminate data on identified cases of chlamydia (CT), gonorrhea (GC), and syphilis (Syph), ensuring timely capture of core epidemiologic variables available.*

| Objective | Activities | Due Date | Evaluation Measure | Documentation Needed |
|---|---|---|---|---|
| Through December 2022, report all individuals with suspected or confirmed Sexually transmitted Diseases (STDs) to include chlamydia, gonorrhea, syphilis, and congenital syphilis to the local health department | Attend training on reporting requirements | March 31, 2022 | # of trainings completed | Training Certificates |
| | Submit case report forms to LHD within 1 business day | Ongoing through subaward | # of case reports submitted with 1 business day / total number of positive patients  # of reporting issues | Response to Annual Reporting Compliance Report |
| Through December 2022, increase the percent of cases with completed core variables from 0.0% to 100.0%. | Submit case report forms to LHD with completed core variables | Ongoing through subaward | # of cases with completed core variables / total number of cases | Quarterly Reporting Template |
| Through December 2022, increase the percent of syphilis cases with neurological manifestations reported from 0.0% to 100.0%. | Submit case report forms to LHD with completed symptoms | Ongoing through subaward | # of cases with completed symptoms / total number of cases | Quarterly Report Template |

**Goal 2:** *Support disease investigation and intervention for among high-priority groups*

| Objective | Activities | Due Date | Evaluation Measure | Documentation Needed |
|---|---|---|---|---|
| Through December 2022, increase number of female syphilis cases with known pregnancy status from 0.0% to 100.0%. | Document pregnancy status for all female syphilis cases | Ongoing through subaward | # of female syphilis cases with pregnancy status documents / total number of female syphilis cases | Quarterly Report |

**Goal 3:** *Promote quality STD specialty care*

| Objective | Activities | Due Date | Evaluation Measure | Documentation Needed |
|---|---|---|---|---|
| By March 31, 2022 register all participating STD clinics with Nevada 2-1-1 | Complete Nevada 2-1-1 registration | March 31, 2022 | # of sites registered / total number of sites | Nevada 2-1-1 Registration Confirmation |

**Goal 4:** *Promote CDC-recommended screening, diagnosis, and treatment of STDs among pregnant women.*

| Objective | Activities | Due Date | Evaluation Measure | Documentation Needed |
|---|---|---|---|---|
| By December 31, 2022 ensure 100% of pregnant patients received recommended syphilis screenings and treatment. | Complete training on screening requirements. | March 31, 2022 | # of trainings completed | Certificate of completion |

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

| | | | | |
|---|---|---|---|---|
| | Screen all pregnant patents at first and third trimester, and delivery. When clinic is unable to provide care ensure patient is appropriately referred to care. | Ongoing through subaward | # of pregnant patients screened | Quarterly Report |
| | Initiate treatment of all pregnant syphilis patients as soon as possible. | Ongoing through subaward | # of pregnant patients screened<br><br># of pregnant syphilis cases treated timely | Quarterly Report |
| **Goal 5: Promote CDC-recommended screening, diagnosis, and treatment of STDs among young adults and adolescents.** | | | | |
| **Objective** | **Activities** | **Due Date** | **Evaluation Measure** | **Documentation Needed** |
| By December 2022, implement a program to improve condom availability to adolescents. | Create policy/protocol for condom distributions | March 31, 2022 | # of policy/protocols created | Condom Distribution Protocol/Policy |
| | Monitor condom distribution program | Ongoing through subaward | Condom Distribution Metrics | Quarterly Report |

**Compliance with this section is acknowledged by signing the subaward cover page of this packet.**

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

## SECTION C

### Budget and Financial Reporting Requirements

Any activities performed under this subaward shall acknowledge the funding was provided through the Department by Grant Number 6 NH25PS005179-04-01.

Subrecipient agrees to adhere to the following budget:

**BUDGET NARRATIVE**

Marketing Materials: $50 per month                 $600.00
Justification: This will be used for things like pamphlets/condoms/educational material/other handouts. All handouts will be centered around STD education.

**TOTAL DIRECT CHARGES**        **$600**

**Indirect Methodology**: N/A

**TOTAL  BUDGET**          Total:      **$600**

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

Applicant Name: Sagebrush Health Services

**Form 2**

**PROPOSED BUDGET SUMMARY**

A.

PATTERN BOXES ARE FORMULA DRIVEN - DO NOT OVERRIDE - SEE INSTRUCTIONS

| FUNDING SOURCES | OPHIE | Other Funding | Other Funding | Other Funding | Other Funding | Other Funding | Other Funding | Program Income | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| SECURED | | | | | | | | | |
| ENTER TOTAL REQUEST | $600.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $600.00 |

EXPENSE CATEGORY

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Personnel | $0 | | | | | | | | $0 |
| Travel | $0 | | | | | | | | $0 |
| Operating | $600.00 | | | | | | | | $600.00 |
| Equipment | $0 | | | | | | | | $0 |
| Contractual/Consultant | $0 | | | | | | | | $0 |
| Training | $0 | | | | | | | | $0 |
| Other Expenses | $0 | | | | | | | | $0 |
| Indirect | $0 | | | | | | | | $0 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL EXPENSE | $600.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $600.00 |
| These boxes should equal 0 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

| Total Indirect Cost | $0 |
|---|---|

| Total Agency Budget | $ 600.00 |
|---|---|
| Percent of Subrecipient Budget | 100% |

**B. Explain any items noted as pending:**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

**C. Program Income Calculation:**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

- Department of Health and Human Services policy allows no more than 10% flexibility of the total not to exceed amount of the subaward, within the approved Scope of Work/Budget. Subrecipient will obtain written permission to redistribute funds within categories. **Note: the redistribution cannot alter the total not to exceed amount of the subaward. Modifications in excess of 10% require a formal amendment.**

- Equipment purchased with these funds belongs to the federal program from which this funding was appropriated and shall be returned to the program upon termination of this agreement.

- Travel expenses, per diem, and other related expenses must conform to the procedures and rates allowed for State officers and employees.  It is the Policy of the Board of Examiners to restrict contractors/ Subrecipients to the same rates and procedures allowed State Employees. The State of Nevada reimburses at rates comparable to the rates established by the US General Services Administration, with some exceptions (State Administrative Manual 0200.0 and 0320.0).

**The Subrecipient agrees:**
To request reimbursement according to the schedule specified below for the actual expenses incurred related to the Scope of Work during the subaward period.

- Total reimbursement through this subaward will not exceed $600.00;
- Total reimbursement will not exceed $300.00 by June 30, 2022;
- Requests for Reimbursement will be accompanied by supporting documentation, including a line-item description of expenses incurred;
- Quarterly reports and other supporting documentation outlined within the scope of work are required to request reimbursement; and
- Additional expenditure detail will be provided upon request from the Department.

Additionally, the Subrecipient agrees to provide:

- A complete financial accounting of all expenditures to the Department within 30 days of the <u>CLOSE OF THE SUBAWARD PERIOD</u>.  Any un-obligated funds shall be returned to the Department at that time, or if not already requested, shall be deducted from the final award.
- Any work performed after the BUDGET PERIOD will not be reimbursed.
- If a Request for Reimbursement (RFR) is received after the 45-day closing period, the Department may not be able to provide reimbursement.
- If a credit is owed to the Department after the 45-day closing period, the funds must be returned to the Department within 30 days of identification.

**The Department agrees:**
- The STD Prevention and Control Program will provide or accomplish the following items to ensure the successful completing of this project, such as:
  - Provide reimbursement of activities related to this subaward, not to exceed <u>$600.00</u> during the subaward period, given a receipt of appropriate documentation;
  - Providing technical assistance, upon request from the Subrecipient;
  - Providing prior approval of reports or documents to be developed; and
  - Forwarding reports to the Centers for Disease Control and Prevention.
- The Department reserves the right to hold reimbursement under this subaward until any delinquent forms, reports, and expenditure documentation are submitted to and accepted by the Department.

**Both parties agree:**
- The STD Prevention and Control Program reserves the right to conduct a site visit regarding this subaward and deliverables. If deliverables are not met for this subaward period, then the STD Prevention and Control Program is not obligated to issue continuation funding.
- The Subrecipient will, in the performance of the Scope of Work specified in this subaward, perform functions and/or activities that could involve confidential information; therefore, the Subrecipient is requested to fill out Section G, which is specific to this subaward, and will be in effect for the term of this subaward.

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

| | |
|---|---|
| Agency Ref. #: | **SG 25567** |
| Budget Account: | 3219 |
| GL: | 8787 |
| Draw #: | |

## SECTION D

### Request for Reimbursement

| Program Name: | Subrecipient Name: |
|---|---|
| STD Prevention and Control Program | Sagebrush Health Services |
| Nevada Division of Public and Behavioral Health | |
| Office of Public Health Informatics and Epidemiology | |

| Address: | Address: |
|---|---|
| 4150 Technology Way, Suite #300 | 2435 Fire Mesa St. Suite 110 |
| Carson City, NV 89706-2009 | Las Vegas, NV 89128 |

| Budget Period: | Subrecipient's: |
|---|---|
| Upon approval-December 31, 2022 | **EIN:** 87-2737450 |
| | **Vendor #:** T29045099 |

**FINANCIAL REPORT AND REQUEST FOR REIMBURSEMENT**
(must be accompanied by expenditure report/back-up)

Month(s)                                           Calendar year

| Approved Budget Category | A<br>Approved Budget | B<br>Total Prior Requests | C<br>Current Request | D<br>Year to Date Total | E<br>Budget Balance | F<br>Percent Expended |
|---|---|---|---|---|---|---|
| 1. Personnel | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| 2. Travel | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| 3. Operating | $600.00 | $0.00 | $0.00 | $0.00 | $600.00 | 0.0% |
| 4. Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| 5. Contractual/Consultant | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| 6. Training | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| 7. Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| 8. Indirect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| **Total** | **$600.00** | **$0.00** | **$0.00** | **$0.00** | **$600.00** | 0.0% |

I, a duty authorized signatory for the applicant, certify to the best of my knowledge and belief that this report is true, complete and accurate; that the expenditures, disbursements and cash receipts are for the purposes and objectives set forth in the terms and conditions of the grant award; and that the amount of this request is not in excess of current needs or, cumulatively for the grant term, in excess of the total approved grant award. I am aware that any false, fictitious or fraudulent information, or the omission of any material fact, may subject me to criminal, civil or administrative penalties for fraud, false statements, false claims, or otherwise. I verify that the cost allocation and backup documentation attached is correct.

| | | |
|---|---|---|
| _(signature)_ | Director | 5/25/22 |
| Authorized Signature | Title | Date |

**FOR Department USE ONLY**

Is program contact required? _____ Yes _____ No     Contact Person: _____

Reason for contact: _____

Fiscal review/approval date: _____

Scope of Work review/approval date: _____

Chief (as required): _____     _____
                                                                                    Date

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

## <u>SECTION E</u>

**Audit Information Request**

1. Non-Federal entities that <u>**expend**</u> $750,000.00 or more in total federal awards are required to have a single or program-specific audit conducted for that year, in accordance with 2 CFR § 200.501(a).

2. Did your organization expend $750,000 or more in all federal awards during your organization's most recent fiscal year?    ☐ YES    ☑ NO

3. When does your organization's fiscal year end?    12/31

4. What is the official name of your organization?    Sagebrush Health Services

5. How often is your organization audited?    N/A

6. When was your last audit performed?    N/A

7. What time-period did your last audit cover?    N/A

8. Which accounting firm conducted your last audit?    N/A

**Compliance with this section is acknowledged by signing the subaward cover page of this packet.**

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

## SECTION F

**Current or Former State Employee Disclaimer**

For the purpose of State compliance with NRS 333.705, subrecipient represents and warrants that if subrecipient, or any employee of subrecipient who will be performing services under this subaward, is a current employee of the State or was employed by the State within the preceding 24 months, subrecipient has disclosed the identity of such persons, and the services that each such person will perform, to the issuing Agency. Subrecipient agrees they will not utilize any of its employees who are Current State Employees or Former State Employees to perform services under this subaward without first notifying the Agency and receiving from the Agency approval for the use of such persons. This prohibition applies equally to any subcontractors that may be used to perform the requirements of the subaward.

*The provisions of this section do not apply to the employment of a former employee of an agency of this State who is <u>not</u> receiving retirement benefits under the Public Employees' Retirement System (PERS) during the duration of the subaward.*

Are any current or former employees of the State of Nevada assigned to perform work on this subaward?

YES ☐   If "YES", list the names of any current or former employees of the State and the services that each person will perform.

NO ☑   Subrecipient agrees that if a current or former state employee is assigned to perform work on this subaward at any point after execution of this agreement, they must receive prior approval from the Department.

Name                                    Services

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

**Subrecipient agrees that any employees listed cannot perform work until approval has been given from the Department.**

**Compliance with this section is acknowledged by signing the subaward cover page of this packet.**

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

## SECTION G

### Business Associate Addendum

BETWEEN

### Nevada Department of Health and Human Services

Hereinafter referred to as the "Covered Entity"

and

### Sagebrush Health Services

Hereinafter referred to as the "Business Associate"

PURPOSE. In order to comply with the requirements of HIPAA and the HITECH Act, this Addendum is hereby added and made part of the agreement between the Covered Entity and the Business Associate. This Addendum establishes the obligations of the Business Associate and the Covered Entity as well as the permitted uses and disclosures by the Business Associate of protected health information it may possess by reason of the agreement. The Covered Entity and the Business Associate shall protect the privacy and provide for the security of protected health information disclosed to the Business Associate pursuant to the agreement and in compliance with the Health Insurance Portability and Accountability Act of 1996, Public Law 104-191 ("HIPAA"), the Health Information Technology for Economic and Clinical Health Act, Public Law 111-5 ("the HITECH Act"), and regulation promulgated there under by the U.S. Department of Health and Human Services (the "HIPAA Regulations") and other applicable laws.

WHEREAS, the Business Associate will provide certain services to the Covered Entity, and, pursuant to such arrangement, the Business Associate is considered a business associate of the Covered Entity as defined in HIPAA, the HITECH Act, the Privacy Rule and Security Rule; and

WHEREAS, Business Associate may have access to and/or receive from the Covered Entity certain protected health information, in fulfilling its responsibilities under such arrangement; and

WHEREAS, the HIPAA Regulations, the HITECH Act, the Privacy Rule and the Security Rule require the Covered Entity to enter into an agreement containing specific requirements of the Business Associate prior to the disclosure of protected health information, as set forth in, but not limited to, 45 CFR Parts 160 & 164 and Public Law 111-5.

THEREFORE, in consideration of the mutual obligations below and the exchange of information pursuant to this Addendum, and to protect the interests of both Parties, the Parties agree to all provisions of this Addendum.

I.   DEFINITIONS. The following terms shall have the meaning ascribed to them in this Section. Other capitalized terms shall have the meaning ascribed to them in the context in which they first appear.

1.   **Breach** means the unauthorized acquisition, access, use, or disclosure of protected health information which compromises the security or privacy of the protected health information. The full definition of breach can be found in 42 USC 17921 and 45 CFR 164.402.
2.   **Business Associate** shall mean the name of the organization or entity listed above and shall have the meaning given to the term under the Privacy and Security Rule and the HITECH Act. For full definition refer to 45 CFR 160.103.
3.   **CFR** stands for the Code of Federal Regulations.
4.   **Agreement** shall refer to this Addendum and that particular agreement to which this Addendum is made a part.
5.   **Covered Entity** shall mean the name of the Department listed above and shall have the meaning given to such term under the Privacy Rule and the Security Rule, including, but not limited to 45 CFR 160.103.
6.   **Designated Record Set** means a group of records that includes protected health information and is maintained by or for a covered entity or the Business Associate that includes, but is not limited to, medical, billing, enrollment, payment, claims adjudication, and case or medical management records. Refer to 45 CFR 164.501 for the complete definition.
7.   **Disclosure** means the release, transfer, provision of, access to, or divulging in any other manner of information outside the entity holding the information as defined in 45 CFR 160.103.
8.   **Electronic Protected Health Information** means individually identifiable health information transmitted by electronic media or maintained in electronic media as set forth under 45 CFR 160.103.
9.   **Electronic Health Record** means an electronic record of health-related information on an individual that is created, gathered, managed, and consulted by authorized health care clinicians and staff. Refer to 42 USC 17921.
10.  **Health Care Operations** shall have the meaning given to the term under the Privacy Rule at 45 CFR 164.501.
11.  **Individual** means the person who is the subject of protected health information and is defined in 45 CFR 160.103.
12.  **Individually Identifiable Health Information** means health information, in any form or medium, including demographic information collected from an individual, that is created or received by a covered entity or a business associate of the covered entity and relates to the past, present, or future care of the individual. Individually identifiable health information is information that identifies the individual directly or there is a reasonable basis to believe the information can be used to identify the individual. Refer to 45 CFR 160.103.
13.  **Parties** shall mean the Business Associate and the Covered Entity.
14.  **Privacy Rule** shall mean the HIPAA Regulation that is codified at 45 CFR Parts 160 and 164, Subparts A, D and E.
15.  **Protected Health Information** means individually identifiable health information transmitted by electronic media, maintained in electronic media, or transmitted or maintained in any other form or medium. Refer to 45 CFR 160.103 for the complete definition.

## STATE OF NEVADA
### DEPARTMENT OF HEALTH AND HUMAN SERVICES
### DIVISION OF PUBLIC & BEHAVIORAL HEALTH
#### NOTICE OF SUBAWARD

16. **Required by Law** means a mandate contained in law that compels an entity to make a use or disclosure of protected health information and that is enforceable in a court of law. This includes but is not limited to: court orders and court-ordered warrants; subpoenas, or summons issued by a court; and statues or regulations that require the provision of information if payment is sought under a government program providing public benefits. For the complete definition refer to 45 CFR 164.103.

17. **Secretary** shall mean the Secretary of the federal Department of Health and Human Services (HHS) or the Secretary's designee.

18. **Security Rule** shall mean the HIPAA regulation that is codified at 45 CFR Parts 160 and 164 Subparts A and C.

19. **Unsecured Protected Health Information** means protected health information that is not rendered unusable, unreadable, or indecipherable to unauthorized individuals through the use of a technology or methodology specified by the Secretary in the guidance issued in Public Law 111-5. Refer to 42 USC 17932 and 45 CFR 164.402.

20. **USC** stands for the United States Code.

II.    OBLIGATIONS OF THE BUSINESS ASSOCIATE.

1. **Access to Protected Health Information.** The Business Associate will provide, as directed by the Covered Entity, an individual or the Covered Entity access to inspect or obtain a copy of protected health information about the Individual that is maintained in a designated record set by the Business Associate or, its agents or subcontractors, in order to meet the requirements of the Privacy Rule, including, but not limited to 45 CFR 164.524 and 164.504(e) (2) (ii) (E). If the Business Associate maintains an electronic health record, the Business Associate or, its agents or subcontractors shall provide such information in electronic format to enable the Covered Entity to fulfill its obligations under the HITECH Act, including, but not limited to 42 USC 17935.

2. **Access to Records.** The Business Associate shall make its internal practices, books and records relating to the use and disclosure of protected health information available to the Covered Entity and to the Secretary for purposes of determining Business Associate's compliance with the Privacy and Security Rule in accordance with 45 CFR 164.504(e)(2)(ii)(H).

3. **Accounting of Disclosures.** Promptly, upon request by the Covered Entity or individual for an accounting of disclosures, the Business Associate and its agents or subcontractors shall make available to the Covered Entity or the individual information required to provide an accounting of disclosures in accordance with 45 CFR 164.528, and the HITECH Act, including, but not limited to 42 USC 17935. The accounting of disclosures, whether electronic or other media, must include the requirements as outlined under 45 CFR 164.528(b).

4. **Agents and Subcontractors.** The Business Associate must ensure all agents and subcontractors to whom it provides protected health information agree in writing to the same restrictions and conditions that apply to the Business Associate with respect to all protected health information accessed, maintained, created, retained, modified, recorded, stored, destroyed, or otherwise held, transmitted, used or disclosed by the agent or subcontractor. The Business Associate must implement and maintain sanctions against agents and subcontractors that violate such restrictions and conditions and shall mitigate the effects of any such violation as outlined under 45 CFR 164.530(f) and 164.530(e)(1).

5. **Amendment of Protected Health Information.** The Business Associate will make available protected health information for amendment and incorporate any amendments in the designated record set maintained by the Business Associate or, its agents or subcontractors, as directed by the Covered Entity or an individual, in order to meet the requirements of the Privacy Rule, including, but not limited to, 45 CFR 164.526.

6. **Audits, Investigations, and Enforcement.** The Business Associate must notify the Covered Entity immediately upon learning the Business Associate has become the subject of an audit, compliance review, or complaint investigation by the Office of Civil Rights or any other federal or state oversight agency. The Business Associate shall provide the Covered Entity with a copy of any protected health information that the Business Associate provides to the Secretary or other federal or state oversight agency concurrently with providing such information to the Secretary or other federal or state oversight agency. The Business Associate and individuals associated with the Business Associate are solely responsible for all civil and criminal penalties assessed as a result of an audit, breach, or violation of HIPAA or HITECH laws or regulations. Reference 42 USC 17937.

7. **Breach or Other Improper Access, Use or Disclosure Reporting.** The Business Associate must report to the Covered Entity, in writing, any access, use or disclosure of protected health information not permitted by the agreement, Addendum or the Privacy and Security Rules. The Covered Entity must be notified immediately upon discovery or the first day such breach or suspected breach is known to the Business Associate or by exercising reasonable diligence would have been known by the Business Associate in accordance with 45 CFR 164.410, 164.504(e)(2)(ii)(C) and 164.308(b) and 42 USC 17921. The Business Associate must report any improper access, use or disclosure of protected health information by: The Business Associate or its agents or subcontractors. In the event of a breach or suspected breach of protected health information, the report to the Covered Entity must be in writing and include the following: a brief description of the incident; the date of the incident; the date the incident was discovered by the Business Associate; a thorough description of the unsecured protected health information that was involved in the incident; the number of individuals whose protected health information was involved in the incident; and the steps the Business Associate is taking to investigate the incident and to protect against further incidents. The Covered Entity will determine if a breach of unsecured protected health information has occurred and will notify the Business Associate of the determination. If a breach of unsecured protected health information is determined, the Business Associate must take prompt corrective action to cure any such deficiencies and mitigate any significant harm that may have occurred to individual(s) whose information was disclosed inappropriately

8. **Breach Notification Requirements.** If the Covered Entity determines a breach of unsecured protected health information by the Business Associate has occurred, the Business Associate will be responsible for notifying the individuals whose unsecured protected health information was breached in accordance with 42 USC 17932 and 45 CFR 164.404 through 164.406. The Business Associate must provide evidence to the Covered Entity that appropriate notifications to individuals and/or media, when necessary, as specified in 45 CFR 164.404 and 45 CFR 164.406 has occurred. The Business Associate is responsible for all costs associated with notification to individuals, the media or others as well as costs associated with mitigating future breaches. The Business Associate must notify the Secretary of all breaches in accordance with 45 CFR 164.408 and must provide the Covered Entity with a copy of all notifications made to the Secretary.

9. **Breach Pattern or Practice by Covered Entity.** Pursuant to 42 USC 17934, if the Business Associate knows of a pattern of activity or practice of the Covered Entity that constitutes a material breach or violation of the Covered Entity's obligations under the Contract or Addendum, the Business Associate must immediately report the problem to the Secretary.

10. **Data Ownership.** The Business Associate acknowledges that the Business Associate or its agents or subcontractors have no ownership rights with respect to the protected health information it accesses, maintains, creates, retains, modifies, records, stores, destroys, or otherwise holds, transmits, uses or discloses.

11. **Litigation or Administrative Proceedings.** The Business Associate shall make itself, any subcontractors, employees, or agents assisting the Business Associate in the performance of its obligations under the agreement or Addendum, available to the Covered Entity, at no cost

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

to the Covered Entity, to testify as witnesses, or otherwise, in the event litigation or administrative proceedings are commenced against the Covered Entity, its administrators or workforce members upon a claimed violation of HIPAA, the Privacy and Security Rule, the HITECH Act, or other laws relating to security and privacy.

12. **Minimum Necessary.** The Business Associate and its agents and subcontractors shall request, use and disclose only the minimum amount of protected health information necessary to accomplish the purpose of the request, use or disclosure in accordance with 42 USC 17935 and 45 CFR 164.514(d)(3).

13. **Policies and Procedures.** The Business Associate must adopt written privacy and security policies and procedures and documentation standards to meet the requirements of HIPAA and the HITECH Act as described in 45 CFR 164.316 and 42 USC 17931.

14. **Privacy and Security Officer(s).** The Business Associate must appoint Privacy and Security Officer(s) whose responsibilities shall include: monitoring the Privacy and Security compliance of the Business Associate; development and implementation of the Business Associate's HIPAA Privacy and Security policies and procedures; establishment of Privacy and Security training programs; and development and implementation of an incident risk assessment and response plan in the event the Business Associate sustains a breach or suspected breach of protected health information.

15. **Safeguards.** The Business Associate must implement safeguards as necessary to protect the confidentiality, integrity, and availability of the protected health information the Business Associate accesses, maintains, creates, retains, retains, stores, destroys, or otherwise holds, transmits, uses or discloses on behalf of the Covered Entity. Safeguards must include administrative safeguards (e.g., risk analysis and designation of security official), physical safeguards (e.g., facility access controls and workstation security), and technical safeguards (e.g., access controls and audit controls) to the confidentiality, integrity and availability of the protected health information, in accordance with 45 CFR 164.308, 164.310, 164.312, 164.316 and 164.504(e)(2)(ii)(B). Sections 164.308, 164.310 and 164.312 of the CFR apply to the Business Associate of the Covered Entity in the same manner that such sections apply to the Covered Entity. Technical safeguards must meet the standards set forth by the guidelines of the National Institute of Standards and Technology (NIST). The Business Associate agrees to only use or disclose protected health information as provided for by the agreement and Addendum and to mitigate, to the extent practicable, any harmful effect that is known to the Business Associate, of a use or disclosure, in violation of the requirements of this Addendum as outlined under 45 CFR 164.530(e)(2)(f).

16. **Training.** The Business Associate must train all members of its workforce on the policies and procedures associated with safeguarding protected health information. This includes, at a minimum, training that covers the technical, physical and administrative safeguards needed to prevent inappropriate uses or disclosures of protected health information; training to prevent any intentional or unintentional use or disclosure that is a violation of HIPAA regulations at 45 CFR 160 and 164 and Public Law 111-5; and training that emphasizes the criminal and civil penalties related to HIPAA breaches or inappropriate uses or disclosures of protected health information. Workforce training of new employees must be completed within 30 days of the date of hire and all employees must be trained at least annually. The Business Associate must maintain written records for a period of six years. These records must document each employee that received training and the date the training was provided or received.

17. **Use and Disclosure of Protected Health Information.** The Business Associate must not use or further disclose protected health information other than as permitted or required by the agreement or as required by law. The Business Associate must not use or further disclose protected health information in a manner that would violate the requirements of the HIPAA Privacy and Security Rule and the HITECH Act.

III.    PERMITTED AND PROHIBITED USES AND DISCLOSURES BY THE BUSINESS ASSOCIATE. The Business Associate agrees to these general use and disclosure provisions:

1. **Permitted Uses and Disclosures:**
   a.  Except as otherwise limited in this Addendum, the Business Associate may use or disclose protected health information to perform functions, activities, or services for, or on behalf of, the Covered Entity as specified in the agreement, provided that such use or disclosure would not violate the HIPAA Privacy and Security Rule or the HITECH Act, if done by the Covered Entity in accordance with 45 CFR 164.504(e) (2) (i) and 42 USC 17935 and 17936.
   b.  Except as otherwise limited by this Addendum, the Business Associate may use or disclose protected health information received by the Business Associate in its capacity as a Business Associate of the Covered Entity, as necessary, for the proper management and administration of the Business Associate, to carry out the legal responsibilities of the Business Associate, as required by law or for data aggregation purposes  in accordance with 45 CFR 164.504(e)(2)(A), 164.504(e)(4)(i)(A), and 164.504(e)(2)(i)(B).
   c.  Except as otherwise limited in this Addendum, if the Business Associate discloses protected health information to a third party, the Business Associate must obtain, prior to making any such disclosure, reasonable written assurances from the third party that such protected health information will be held confidential pursuant to this Addendum and only disclosed as required by law or for the purposes for which it was disclosed to the third party. The written agreement from this third party must include requirements to immediately notify the Business Associate of any breaches of confidentiality of protected health information to the extent it has obtained knowledge of such breach. Refer to 45 CFR 164.502 and 164.504 and 42 USC 17934.
   d.  The Business Associate may use or disclose protected health information to report violations of law to appropriate federal and state authorities, consistent with 45 CFR 164.502(j)(1).

2. **Prohibited Uses and Disclosures:**
   a.  Except as otherwise limited in this Addendum, the Business Associate shall not disclose protected health information to a health plan for payment or health care operations purposes if the patient has required this special restriction and has paid out of pocket in full for the health care item or service to which the protected health information relates in accordance with 42 USC 17935.
   b.  The Business Associate shall not directly or indirectly receive remuneration in exchange for any protected health information, as specified by 42 USC 17935, unless the Covered Entity obtained a valid authorization, in accordance with 45 CFR 164.508 that includes a specification that protected health information can be exchanged for remuneration.

IV.    OBLIGATIONS OF COVERED ENTITY

1. The Covered Entity will inform the Business Associate of any limitations in the Covered Entity's Notice of Privacy Practices in accordance with 45 CFR 164.520, to the extent that such limitation may affect the Business Associate's use or disclosure of protected health information.

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

2. The Covered Entity will inform the Business Associate of any changes in, or revocation of, permission by an individual to use or disclose protected health information, to the extent that such changes may affect the Business Associate's use or disclosure of protected health information.
3. The Covered Entity will inform the Business Associate of any restriction to the use or disclosure of protected health information that the Covered Entity has agreed to in accordance with 45 CFR 164.522 and 42 USC 17935, to the extent that such restriction may affect the Business Associate's use or disclosure of protected health information.
4. Except in the event of lawful data aggregation or management and administrative activities, the Covered Entity shall not request the Business Associate to use or disclose protected health information in any manner that would not be permissible under the HIPAA Privacy and Security Rule and the HITECH Act, if done by the Covered Entity.

V.    TERM AND TERMINATION

1.  **Effect of Termination:**
    a.  Except as provided in paragraph (b) of this section, upon termination of this Addendum, for any reason, the Business Associate will return or destroy all protected health information received from the Covered Entity or created, maintained, or received by the Business Associate on behalf of the Covered Entity that the Business Associate still maintains in any form and the Business Associate will retain no copies of such information.
    b.  If the Business Associate determines that returning or destroying the protected health information is not feasible, the Business Associate will provide to the Covered Entity notification of the conditions that make return or destruction infeasible. Upon a mutual determination that return, or destruction of protected health information is infeasible, the Business Associate shall extend the protections of this Addendum to such protected health information and limit further uses and disclosures of such protected health information to those purposes that make return or destruction infeasible, for so long as the Business Associate maintains such protected health information.
    c.  These termination provisions will apply to protected health information that is in the possession of subcontractors, agents, or employees of the Business Associate.
2.  **Term.** The Term of this Addendum shall commence as of the effective date of this Addendum herein and shall extend beyond the termination of the contract and shall terminate when all the protected health information provided by the Covered Entity to the Business Associate, or accessed, maintained, created, retained, modified, recorded, stored, or otherwise held, transmitted, used or disclosed by the Business Associate on behalf of the Covered Entity, is destroyed or returned to the Covered Entity, or, if it not feasible to return or destroy the protected health information, protections are extended to such information, in accordance with the termination.
3.  **Termination for Breach of Agreement.** The Business Associate agrees that the Covered Entity may immediately terminate the agreement if the Covered Entity determines that the Business Associate has violated a material part of this Addendum.

VI.    MISCELLANEOUS

1.  **Amendment.** The parties agree to take such action as is necessary to amend this Addendum from time to time for the Covered Entity to comply with all the requirements of the Health Insurance Portability and Accountability Act (HIPAA) of 1996, Public Law No. 104-191 and the Health Information Technology for Economic and Clinical Health Act (HITECH) of 2009, Public Law No. 111-5.
2.  **Clarification.** This Addendum references the requirements of HIPAA, the HITECH Act, the Privacy Rule and the Security Rule, as well as amendments and/or provisions that are currently in place and any that may be forthcoming.
3.  **Indemnification.** Each party will indemnify and hold harmless the other party to this Addendum from and against all claims, losses, liabilities, costs and other expenses incurred as a result of, or arising directly or indirectly out of or in conjunction with:
    a.  Any misrepresentation, breach of warranty or non-fulfillment of any undertaking on the part of the party under this Addendum; and
    b.  Any claims, demands, awards, judgments, actions, and proceedings made by any person or organization arising out of or in any way connected with the party's performance under this Addendum.
4.  **Interpretation.** The provisions of the Addendum shall prevail over any provisions in the agreement that may conflict or appear inconsistent with any provision in this Addendum. This Addendum and the agreement shall be interpreted as broadly as necessary to implement and comply with HIPAA, the HITECH Act, the Privacy Rule and the Security Rule. The parties agree that any ambiguity in this Addendum shall be resolved to permit the Covered Entity and the Business Associate to comply with HIPAA, the HITECH Act, the Privacy Rule and the Security Rule.
5.  **Regulatory Reference.** A reference in this Addendum to a section of the HITECH Act, HIPAA, the Privacy Rule and Security Rule means the sections as in effect or as amended.
6.  **Survival.** The respective rights and obligations of Business Associate under Effect of Termination of this Addendum shall survive the termination of this Addendum.

**Compliance with this section is acknowledged by signing the subaward cover page of this packet.**

# Attachment 2



**State of Nevada**
Department of Health and Human Services
# Division of Public & Behavioral Health
(Hereinafter referred to as the Department)

Agency Ref, #: SG-2024-00109-1

Budget Account: 3219

## SUBAWARD AMENDMENT # 1

| | |
|---|---|
| **Program Name:**<br>Office of State Epidemiology<br>Bureau of Office of State Epidemiology<br>Samm Warfal / swarfal@health.nv.gov | **Subrecipient Name:**<br>Sagebrush Health Services<br>Heather Urie / heather.urie@sagebrushhealth.com |
| **Address:**<br>500 Damonte Ranch Pkwy<br>Reno, Nevada 89521 | **Address:**<br>8379 W Sunset Road Ste 210<br>Las Vegas, Nevada, 89113 |
| **Subaward Period:**<br>02/01/2024 through 02/28/2025 | **Amendment Effective Date:**<br>Upon approval by all parties. |

**This amendment reflects a change to:**    L  Scope of Work    L  Term    Y  Budget    L  Funding Source

**Reason for Amendment:** HRSA requested that all subrecipient locations be listed out in their Subaward. The STD PCHD Program also received a new NOA which extend this award by one month in term and funding. Awards are being amended to align with this.

**Required Changes**

**Current Language:**  See Section B, C and D of the original subaward.

**Amended Language:**  See attached Section B,C,D **revised on Apr 15, 2024**.

| Approved Budget Categories | Current Budget | Amended Adjustments | Revised Budget |
|---|---|---|---|
| 1. Personnel | $0.00 | $0.00 | $0.00 |
| 2. Travel | $0.00 | $0.00 | $0.00 |
| 3. Operating | $600.00 | $0.00 | $600.00 |
| 4. Equipment | $0.00 | $0.00 | $0.00 |
| 5. Contractual/Consultant | $0.00 | $0.00 | $0.00 |
| 6. Training | $0.00 | $0.00 | $0.00 |
| 7. Other | $0.00 | $0.00 | $0.00 |
| **TOTAL DIRECT COSTS** | $600.00 | $0.00 | $600.00 |
| 8. Indirect Costs | $0.00 | $0.00 | $0.00 |
| **TOTAL APPROVED BUDGET** | $600.00 | $0.00 | $600.00 |

**Incorporated Documents:**

**Section B: Description of Services, Scope of Work and Deliverables revised on Apr 15, 2024**

**Section C: Budget and Financial Reporting Requirements revised on Apr 15, 2024**

**Section D: Request for Reimbursement revised on Apr 15, 2024**

**Section E: Audit Information Request revised on Apr 15, 2024**

**Section F: Current or Former State Employee Disclaimer revised on Apr 15, 2024**

**Section G: Business Associate Addendum revised on Apr 15, 2024**

**Section H: Matching Funds Agreement revised on Apr 15, 2024**

**Exhibit A: Original Notice of Subaward and all previous amendments**

*By signing this Amendment, the Authorized Subrecipient Official or their designee, Bureau Chief and DPBH Administrator acknowledge the above as the new standard of practice for the above referenced subaward. Further, the undersigned understand this amendment does not alter, in any substantial way, the non-referenced contents of the original subaward and all of its attachments.*

| Name | Signature | Date |
|---|---|---|
| Jami Dybik, Vice President | Jami Dybik | 1/29/2025 |
| Kagan Griffin, Bureau Chief | Kagan Griffin | 1/29/2025 |
| for Cody Phinney, Administrator, DPBH | Michele A Silzell | 2/4/2025 |

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

| Federal Award Computation | | Match | |
|---|---|---|---|
| Total Obligated by this Action: | $0.00 | Match Required Ỳ  Y L   N | 0.00% |
| Cumulative Prior Awards this Budget Period: | $600.00 | Amount Required this Action: | $0.00 |
| Total Federal Funds Awarded to Date: | $600.00 | Amount Required Prior Awards: | $0.00 |
| | | Total Match Amount Required: | $0.00 |

Research and Development Ỳ  Y L   N

| Federal Budget Period | Federal Project Period |
|---|---|
| 1/1/2023 through 2/28/2026 | 1/1/2019 through 2/28/2026 |

FOR AGENCY USE ONLY

| FEDERAL GRANT #:<br>6 NH25PS005179-05-04 | Source of Funds:<br>Strengthening STD Prevention and Control for Health Department (STD PCHD) | % Funds:<br>100.00 | CFDA:<br>93.977 | FAIN:<br>NH25PS005179 | Federal Grant Award Date by Federal Agency:<br>8/28/2024 |
|---|---|---|---|---|---|
| **Budget Account** | **Category** | **GL** | **Function** | **Sub-org** | **Job Number** |
| 3219 | 9 | 8787 | N/A | N/A | 9397723 |

| Non-Federal Source Of Funds | % Funds | Amount | Budget Account | Category | GL | Function | Sub-Org |
|---|---|---|---|---|---|---|---|
| | 0.00 | | | | | | |

| Job Number: | Description: |
|---|---|
| | |

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

## SECTION B

**Description of Services, Scope of Work and Deliverables**
**revised on Apr 15, 2024**

ᵉ□ᵃÁ¦{^Áǰ•œ}&^•EᵉᵃᶜÁ¦æᶾÅæ^Á@¦]¦~Á¦Aᶾ¦•^¦~¦AᶾÅᶨ¦¦çᵃ¦^Ấœᵃᶾ¦ᵃ~Ä˘{{æᶾᶨÁ~Å@¦Åᶨ¦ᵇᵒ&oᶨᶾĄᵃÅᵍᶜᶨÅᵃ@¦¦ᶜᵃᵒᵃᵃ&^ᶜœᶨᶨÅ~Å@Åᵉᶜᵒᶨ¦Ąᵃ~Å@Ä˘àæᵍ_æᵃ¡ᵒᵇÅᵉÅÅ^ᵃ&ᵒᶨᶨ¦Á@˘¦ÅᶨᶾÅᶾ¦¡ᵃᶜᵃᵍᶾ¦@¦{]¦^ᶜᵃÁ
sentences.

Sagebrush Health Services, hereinafter referred to as Subrecipient, agrees to provide the following services and reports according to the identified timeframes:

**Scope of Work for <u>Sagebrush Health Services</u>**

Primary Goal: 1. Collect, manage, analyze, interpret, and disseminate data on identified cases of chlamydia (CT), gonorrhea (GC), and syphilis (Syph), ensuring timely capture of core epidemiologic variables available.

| Objective | Activities | Due Date | Documentation Needed |
|---|---|---|---|
| 1. 1.1 Through December 2024, report all individuals with suspected or confirmed Sexually Transmitted Diseases (STD's) including CT, GC, Syph and Congenital Syph to the local health department.<br>1.2 By December 2024, participate in at least one congenital syphilis case review board. | Submit case report forms to LHD within 1 business day. Participate in online reporting of cases. | 12/31/2024 | Response to annual reporting compliance report. |
| 2. 1.2 Through December 2024, increase the percentage of cases with completed core variables from 0.0% to 100.0% | Submit case report forms to LHD with completed core variables. | 12/31/2024 | Registration for SNHD Electronic Case Reporting |
| 3. Through December 2024, increase the percentage of syphilis cases with neurological manifestations reported from 0.0% to 100.0%. | Submit case report forms to LHD with completed symptoms.<br>Link health department referred patients with neurological manifestations to care. | 12/31/2024 | Quarterly Reporting Template |
| 4. 1.4 By December 2024, participate in at least one congenital syphilis case review board. | Attend congenital syphilis case review board. | 12/31/2024 | Meeting Registration and attendance sheets. |

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

Goal: 2. Support disease investigation and intervention among high-priority groups.

| Objective | Activities | Due Date | Documentation Needed |
|---|---|---|---|
| 1. 2.1 Through December 2024, increase number of female syphilis cases with known pregnancy status from 0% to 100% | Document pregnancy status for all female syphilis patients. | 12/31/2024 | Quarterly Report |
| 2. 2.2 Through December 2024, complete Risk Assessment for 100% of patients with Syphilis. | Complete risk assessements for WRA with early syphilis. Attend Annual STD/ HIV Clinical Update for training on risk assessment or complete equivalent training. | 12/31/2024 | Quarterly Report Training Completion Certificate |
| 3. 2.3 Through December 2024, implement protocols nationally for follow-up treatment and ongoing care as needed for SHS patients seen at affiliated clinics nationally, short-term visitors and temporary residents of Nevada. | Develop and implement protocols nationally for STD testing, prevention and/ or education to high risk groups and those age &gt;55 or with other risk factors for compromised immune systems with a focus on syphilis testing and treatment. | 12/31/2024 | Clinic Protocol |

Goal: 3. Promote Expedited Partner Therapy (EPT) (where permissible) to partners of chlamydia and/or gonorrhea cases.

| Objective | Activities | Due Date | Documentation Needed |
|---|---|---|---|
| 1. 3.1 By December 2024, review and maintain protocol for expedited partner therapy (EPT) within the clinic. | Review EPT protocol with new staff. Administer EPT to qualifying patients. | 12/31/2024 | EPT Protocol |

Goal: 4. Promote quality STD specialty care

| Objective | Activities | Due Date | Documentation Needed |
|---|---|---|---|
| 1. 4.1 By December 2024, register any new participating STD clinics with Nevada 2-1-1. | Complete Nevada 2-1-1 Registration | 12/31/2024 | Nevada 2-1-1 Registration Confirmation |
| 2. 4.2 By December 2024, ensure 100% of all STD patients receive treatment consistent with CDC guidelines. | Treat all patients per CDC guidelines. | 12/31/2024 | Quarterly Report |
| 3. 4.3 By December 2024, ensure 100% are trained on CDC treatment guidelines. | Complete National STD Curriculum Maintain clinic protocols consistent with most current CDC treatment guidelines. | 12/31/2024 | Training Certificate Clinic Protocol |

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

Goal: 5. Promote CDC-recommended screening, diagnosis, and treatment of STDs among pregnant women.

| Objective | Activities | Due Date | Documentation Needed |
|---|---|---|---|
| 1. 5.1 By December 2024, ensure 100% of pregnant patients receive recommended syphilis screenings and treatment | Screen all pregnant patients in the first and third trimesters and delivery. When the clinic is unable to provide care ensure the patient is appropriately referred to care. Initiate treatment of all pregnant syphilis patients as soon as possible. | 12/31/2024 | Quarterly Report |
| 2. 5.2 By December 2024, maintain a policy to ensure all young women are screened for STD's at their first care visit each year. | Ensure young women are automatically screened for STD's at their first care visit each year. | 12/31/2024 | Policy/ Protocol |

Goal: 6. Promote CDC-recommended screening, diagnosis, and treatment of STDs among young adults and adolescents.

| Objective | Activities | Due Date | Documentation Needed |
|---|---|---|---|
| 1. 6.1 By December 2024, maintain a program to improve condom availability to adolescents | Maintain a policy/ protocol for condom distribution Monitor condom distribution program | 12/31/2024 | Protocol/Policy Quality Report |

Goal: 7. Promote CDC-recommended screening, diagnosis, and treatment of STDs among males who have sex with males (MSM).

| Objective | Activities | Due Date | Documentation Needed |
|---|---|---|---|
| 1. 7.1 By December 2024, maintain a program for extra-genital screening for patients at high risk for oral and rectal chlamydia and gonorrhea. | Conduct extra-genital testing for STD patients | 12/31/2024 | Quality Report |
| 2. 7.2 By December 2024, Increase percent of HIV negative MSM patients with a history of STDs educated and provided PrEP from 0.00% to 100.0% | Educate and promote PrEP for HIV negative MSM patients with a history of STDs | 12/31/2024 | Quarterly Report |

| Covered Entity Details | | | | | Covered Entity Address | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grant Number | 340B ID | Participation S | Entity Name | Entity Sub-Division Name | Address 1 | Address 2 | City | Sta | Zip |
| 6 NH25PS005179-05-02 | STD891061 | 1/1/2022 | Sagebrush Health Services | Shadow Lane Neurology | 701 Shadow Lane | 170 | Las Vegas | NV | 89106 |
| 6 NH25PS005179-05-02 | STD891132 | 10/1/2023 | Sagebrush Health Services | Battleborn Health Care | 8379 W Sunset Rd | Suite 210 | Las Vegas | NV | 89113 |
| 6 NH25PS005179-05-02 | STD89118 | 1/1/2022 | Sagebrush Health Services | Rainbow Rheumatology | 5980 South Rainbow Boulevard | 100 | Las Vegas | NV | 89118 |
| 6 NH25PS005179-05-02 | STD89123 | 1/1/2022 | Sagebrush Health Services | Eastern Rheumatology | 8440 South Eastern Avenue | A | Las Vegas | NV | 89123 |
| 6 NH25PS005179-05-02 | STD891281 | 1/1/2022 | Sagebrush Health Services | Fire Mesa ID | 2435 Fire Mesa Street | #120 | Las Vegas | NV | 89128 |
| 6 NH25PS005179-05-02 | STD891284 | 5/1/2023 | Sagebrush Health Services | Fire Mesa Rheumatology | 2435 Fire Mesa Street | Suite 110 | Las Vegas | NV | 89128 |
| 6 NH25PS005179-05-02 | STD891286 | 5/1/2023 | Sagebrush Health Services | Dr. Ann Wierman, MD | 3150 N. Tenaya Way | Ste 200 | Las Vegas | NV | 89128 |
| 6 NH25PS005179-05-02 | STD891287 | 5/8/2023 | Sagebrush Health Services | Nevada Home Infusions | 2435 Fire Mesa Street | Suite 130 | Las Vegas | NV | 89128 |
| 6 NH25PS005179-03-05 | STD89148 | 5/1/2023 | Sagebrush Health Services | Fort Apache SACI | 5731 S Fort Apache Rd | Suite 130 | Las Vegas | NV | 89148 |
| 6 NH25PS005179-05-02 | STD89511 | 10/1/2023 | Sagebrush Health Services | Reno Clinic | 645 Sierra Rose Dr. | Suite 202 | Reno | NV | 89511 |
| 6 NH25PS005179-05-02 | STD890481 | 5/1/2023 | Sagebrush Health Services | Pahrump SACI | 1470 E Calvada Blvd | Suite 600 | Pahrump | NV | 89048 |
| 6 NH25PS005179-05-02 | STD890521 | 5/1/2023 | Sagebrush Health Services | Henderson SACI | 2960 St Rose Pkwy | 120 | Henderson | NV | 89052 |
| 6 NH25PS005179-05-02 | STD89027 | 5/1/2023 | Sagebrush Health Services | Mesquite SACI | 340 Falcon Ridge Pkwy | #202B | Mesquite | NV | 89027 |
| 6 NH25PS005179-05-02 | STD891285 | 5/1/2023 | Sagebrush Health Services | Box Canyon SACI | 2615 Box Canyon Dr | | Las Vegas | NV | 89128 |
| 6 NH25PS005179-05-02 | STD89149 | 11/29/2022 | Sagebrush Health Services | Hummingbird Medical Group | 5550 Painted Mirage Rd. | 110 | Las Vegas | NV | 89149 |
| 6 NH25PS005179-05-02 | STD891491 | 5/1/2023 | Sagebrush Health Services | Centennial SACI | 5550 Painted Mirage Rd | Suite 200 | Las Vegas | NV | 89149 |
| 6 NH25PS005179-05-03 | STD890529 | 7/1/2024 | Sagebrush Health Services | I4H Clinic Henderson | 2850 W Horizon Ridge | Suite 141 | Henderson | NV | 89052 |
| 6 NH25PS005179-05-03 | STD891293 | 7/1/2024 | Sagebrush Health Services | I4H Clinic Las Vegas | 7730 West Cheyenne Ave | Suite 104 | Las Vegas | NV | 89129 |
| 6 NH25PS005179-05-03 | STD89509 | 7/1/2024 | Sagebrush Health Services | I4H Clinic Reno | 6630 S McCarran Blvd | Suite B17 | Reno | NV | 89509 |

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

**SECTION C**
**Budget and Financial Reporting Requirements**
**revised on Apr 15, 2024**

Identify the source of funding on all printed documents purchased or produced within the scope of this subaward, using a statement similar to: %This publication (journal, article, etc.) was supported by the Nevada State Department of Health and Human Services through Grant # 6 NH25PS005179-05-04 from Strengthening STD Prevention and Control for Health Department (STD PCHD). Its contents are solely the responsibility of the authors and do not necessarily represent the official views of the Department nor Strengthening STD Prevention and Control for Health Department (STD PCHD).+

Any activities performed under this subaward shall acknowledge the funding was provided through the Department by Grant Number 6 NH25PS005179-05-04 from Strengthening STD Prevention and Control for Health Department (STD PCHD).

Subrecipient agrees to adhere to the following budget:

| **Total Personnel Costs** | Including Fringe | **Total:** | $0 |
|---|---|---|---|

| **In-State Travel** | | **Total:** | $0 |
|---|---|---|---|

| **Out of State Travel** | OSMot Days | **Total:** | $0 |
|---|---|---|---|

| **Operating** | | | | | **Total:** | $600 |
|---|---|---|---|---|---|---|
| | Amount | # of FTE or Units | # of Months or Occurrences | Cost | Subject to Indirect? | |
| Condoms $100/ box for 6 boxes | $100.00 | 6.0 | 1.0 | $600.00 | Y | |
| Condoms to support 340B patients | | | | | | |

| **Equipment** | **Total:** | $0 |
|---|---|---|

| **Contractual/Contractual and all Pass-thru Subawards** | **Total:** | $0 |
|---|---|---|

| **Training** | | | | **Total:** | $0 |
|---|---|---|---|---|---|
| **Other** | | | | **Total:** | $0 |
| | | | | $0.00 | Y |
| | | | | | |

| **TOTAL DIRECT CHARGES** | $600 |
|---|---|

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

| Indirect Charges | Indirect Rate: | 0.0% | $0 |
|---|---|---|---|
| Indirect Methodology: Not claiming indirect charges | | | |

| TOTAL BUDGET | $600 |
|---|---|

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

Applicant Name: Sagebrush Health Services                                    **Form 2**

PROPOSED BUDGET SUMMARY

**A.**                          **PATTERN BOXES ARE FORMULA DRIVEN - DO NOT OVERRIDE - SEE INSTRUCTIONS**

| FUNDING SOURCES | Office of State Epidemiology | Other Funding | Other Funding | Other Funding | Other Funding | Other Funding | Other Funding | Program Income | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| SECURED | | | | | | | | | |
| ENTER TOTAL REQUEST | $600.00 | | | | | | | | $600.00 |

**EXPENSE CATEGORY**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Personnel | $0.00 | | | | | | | | $0.00 |
| Travel | $0.00 | | | | | | | | $0.00 |
| Operating | $600.00 | | | | | | | | $600.00 |
| Equipment | $0.00 | | | | | | | | $0.00 |
| Contractual/Consultant | $0.00 | | | | | | | | $0.00 |
| Training | $0.00 | | | | | | | | $0.00 |
| Other Expenses | $0.00 | | | | | | | | $0.00 |
| | | | | | | | | | |
| Indirect | $0.00 | | | | | | | | $0.00 |
| TOTAL EXPENSE | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $600.00 |
| These boxes should equal 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| Total Indirect Cost | $0.00 | | | | | | Total Agency Budget | | $600.00 |
| | | | | | | | Percent of Subrecipient Budget | | 100.00% |

**B. Explain  any items noted as pending:**

| |
|---|

**C. Program Income Calculation:**

| |
|---|

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

within the approved Scope of Work/Budget. Subrecipient will obtain written permission to redistribute funds within categories. **Note: the redistribution cannot alter the total not to exceed amount of the subaward. Modifications in excess of 10% require a formal amendment.**

the program upon termination of this agreement.

State Employees. The State of Nevada reimburses at rates comparable to the rates established by the US General Services Administration, with some exceptions (State Administrative Manual 0200.0 and 0320.0).

Note: If match funds are required, Section H: Matching Funds Agreement must accompany the subaward packet.

**The Subrecipient agrees:**
To receive reimbursement according to the schedule specified below for the actual expenses incurred related to the Scope of Work during the subaward period.
- Total reimbursement through this subaward will not exceed $600.00;
- Requests for Reimbursement will be accompanied by supporting documentation, including a line item description of expenses incurred;
- Indicate what additional supporting documentation is needed in order to request reimbursement;
    - Quarterly Report; and
- Additional expenditure detail will be provided upon request from the Department.

Additionally, the Subrecipient agrees to provide:
- A complete financial accounting of all expenditures to the Department within 30 days of the <u>CLOSE OF THE SUBAWARD PERIOD</u>. Any un-obligated funds shall be returned to the Department at that time, or if not already requested, shall be deducted from the final award.
- Any work performed after the BUDGET PERIOD will not be reimbursed.
- If a Request for Reimbursement (RFR) is received after the 45-day closing period, the Department may not be able to provide reimbursement.
- If a credit is owed to the Department after the 45-day closing period, the funds must be returned to the Department within 30 days of identification.

**The Department agrees:**
- Identify specific items the program or Bureau must provide or accomplish to ensure successful completion of this project, such as:
    - Providing technical assistance, upon request from the Subrecipient;
    - Providing prior approval of reports or documents to be developed;
    - Forwarding a report to another party, i.e. CDC.
    - Providing technical assistance, upon request from Subrecipient
- The Department reserves the right to hold reimbursement under this subaward until any delinquent forms, reports, and expenditure documentation are submitted to and accepted by the Department.

**Both parties agree:**
- The site visit/monitoring schedule may be clarified here. Quarterly Reporting
- The Subrecipient will, in the performance of the Scope of Work specified in this subaward, perform functions and/or activities that could involve confidential information; therefore, the Subrecipient is requested to fill out Section G, which is specific to this subaward, and will be in effect for the term of this subaward.
- All reports of expenditures and requests for reimbursement processed by the Department are SUBJECT TO AUDIT.
- This subaward agreement may be TERMINATED by either party prior to the date set forth on the Notice of Subaward, provided the termination shall not be effective until <u>30 days</u>. Agreement shall be terminated immediately if for any reason the Department, state, and/or federal funding ability to satisfy this Agreement is withdrawn, limited, or impaired.

**Financial Reporting Requirements**
- A Request for Reimbursement is due on a Quarterly basis, based on the terms of the subaward agreement, no later than the 15th of the month.
- Reimbursement is based on <u>actual</u> expenditures incurred during the period being reported.
- Payment will not be processed without all reporting being current.
- Reimbursement may only be claimed for expenditures approved within the Notice of Subaward.

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

**SECTION D**
**Request for Reimbursement**
**revised on Apr 15, 2024**

| | |
|---|---|
| <u>Program Name:</u> Office of State Epidemiology | <u>Subrecipient Name:</u> Sagebrush Health Services |
| <u>Address:</u> 500 Damonte Ranch Pkwy, Reno, Nevada 89521 | <u>Address:</u> 8379 W Sunset Road Ste 210, Las Vegas, Nevada 89113 |
| <u>Subaward Period:</u> 02/01/2024 - 02/28/2025 | Subrecipient's:    EIN:  87-2737450<br><br>Vendor #:  T29045099 |

**FINANCIAL REPORT AND REQUEST FOR REIMBURSEMENT**

(must be accompanied by expenditure report/back-up)

| Month(s) | Calendar Year |
|---|---|
| | |

| Approved Budget Category | A<br>Approved Budget | B<br>Total Prior Requests | C<br>Current Request | D<br>Year to Date Total | E<br>Budget Balance | F<br>Percent Expended |
|---|---|---|---|---|---|---|
| 1. Personnel | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 2. Travel | $0.00 | $0.00 | $0.00 | 0.0000 | $0.00 | 0.00% |
| 3. Operating | $600.00 | $0.00 | $0.00 | $0.00 | $600.00 | 0.00% |
| 4. Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 5. Contractual/Consultant | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 6. Training | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 7. Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 8. Indirect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| **Total** | **$600.00** | **$0.00** | **$0.00** | **$0.00** | **$600.00** | **0.00%** |

| MATCH REPORTING | Approved Match Budget | Total Prior Reported Match | Current Match Reported | Year to Date Total | Match Balance | Percent Complete |
|---|---|---|---|---|---|---|
| | | | | | | 0.00% |

I, a duly authorized signatory for the applicant, certify to the best of my knowledge and belief that this report is true, complete and accurate; that the expenditures, disbursements and cash receipts are for the purposes and objectives set forth in the terms and conditions of the grant award; and that ͼ◊ Α̂ε̣ [ ̈ ] ǫ̂Ą̣ ˧Ǣ̂ Ą̂ˇ ̃ˇ ̂^◦Ǣ̣ Ą̣̂ [ ̣ο̂̕ Ą̂ˀ̣Α̂ε̣&ˇ••Ą̣ ˧Ǣˇ ̣¦¦ˀ̂̕^Ą̂ ◦^^ǣ̣•̂Ą̣̀ [Ǣ̃̈ ˇ ̈ˌ|̣̃æ̣æ̃ǫ̂^ˀ̂Ą̣[ ̣Ą̂ˀ̂Ǣ̂Ą̂ˀ̣æ̣ ǫˇ•ˇ{̣ ̣[Ǣ̂Ą̂ˀ̂ε̣&ˇ••Ą̣ ˧Ǣˀ̂Ǣ̂Ą̣̂ Ą̣[æ̣ǫ̣æ̣] ]¦[ˌ^ˀ̂Ą̂ˀ̣ǫ̣æ̣ ǣ̃æ̣æ̃Ǣ̂̃æ̣̂ Ą̃ aware that any false, fictitious or fraudulent information, or the omission of any material fact, may subject me to criminal, civil or administrative ]^̣] ǫ̣ǫˀ̂•̣Ą̂¦Ą̂ˇæ̣̂ ǎẸ̏æ̣ǫ̣•̂Ą̂ˀæ̣æ{̣ ̂^̣} ǫ̂Ẹ̏æ̣ǫ̣•̂^Ǎ&̣|̣æ̣̣̣] •̣Ẹ̏¦Ą̣¦ ǫ̣@ˇ¦̣ ã̂^ȄΑ̂Ǫ̣^¦ã̃̃ Ą̣̂ǫ̣æ̣◊ǎ&̣@̣Ą̂{•̣ǫǎ[̣ &æ̣ǫ̃] }Ą̣̂ạ̌/ǎæ̣&ˇ ̈ ]Ą̂[ &̣̂{ ̂^̣} ǫæ̣ǫ̣} Ą̂æ̣ǫ̣æ̣&̣@̣ã̃/æ̣Ą̂¦ ¦¦^̣&ȄǢ

| | | |
|---|---|---|
| _____ | _____ | _____ |
| Authorized Signature | Title | Date |

**FOR DEPARTMENT USE ONLY**

Is program contact required? Ÿ   Yes  Ÿ  No                Contact Person

Reason for contact:

Fiscal review/approval date:

Scope of Work review/approval date:

ASO or Bureau Chief (as required):

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

**SECTION E**

**Audit Information Request**

1. Non-Federal entities that **expend** $750,000.00 or more in total federal awards are required to have a single or program-specific audit conducted

2. Did your organization expend $750,000 or more in all federal awards during your organization's most recent fiscal year? — Ⓨ Yes  Ⓛ No

3. When does your organization's fiscal year end? — 12/31/2024

4. What is the official name of your organization? — Sagebrush Health Services

5. How often is your organization audited? — Yearly

6. When was your last audit performed? — 12/31/2023

7. What time-period did your last audit cover? — 1/10/2023 - 12/31/2023

8. Which accounting firm conducted your last audit? — GatP Solutions

**Compliance with this section is acknowledged by signing the subaward cover page of this packet.**

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

**SECTION F**

**Current or Former State Employee Disclaimer**

For the purpose of State compliance with NRS 333.705, subrecipient represents and warrants that if subrecipient, or any employee of subrecipient who will be performing services under this subaward, is a current employee of the State or was employed by the State within the preceding 24 months, subrecipient has disclosed the identity of such persons, and the services that each such person will perform, to the issuing Agency. Subrecipient agrees they will not utilize any of its employees who are Current State Employees or Former State Employees to perform services under this subaward without first notifying the Agency and receiving from the Agency approval for the use of such persons. This prohibition applies equally to any subcontractors that may be used to perform the requirements of the subaward.

***The provisions of this section do not apply to the employment of a former employee of an agency of this State who is not receiving retirement benefits under the Public Employees' Retirement System (PERS) during the duration of the subaward.***

Are any current or former employees of the State of Nevada assigned to perform work on this subaward?

YES    ☐    If YES, list the names of any current or former employees of the State and the services that each person will perform.

NO    ☐    Subrecipient agrees that if a current or former state employee is assigned to perform work on this subaward at any point after execution of this agreement, they must receive prior approval from the Department.

Name                                        Services

Subrecipient agrees that any employees listed cannot perform work until approval has been given from the Department.

Compliance with this section is acknowledged by signing the subaward cover page of this packet.

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

<u>**SECTION G**</u>

**Business Associate Addendum**

BETWEEN

<u>**Nevada Department of Health and Human Services**</u>

Hereinafter referred to as the "Covered Entity"

And

<u>**Sagebrush Health Services**</u>

Hereinafter referred to as the "Business Associate"

PURPOSE. In order to comply with the requirements of HIPAA and the HITECH Act, this Addendum is hereby added and made part of the agreement between the Covered Entity and the Business Associate.  This Addendum establishes the obligations of the Business Associate and the Covered Entity as well as the permitted uses and disclosures by the Business Associate of protected health information it may possess by reason of the agreement. The Covered Entity and the Business Associate shall protect the privacy and provide for the security of protected health information disclosed to the Business Associate pursuant to the agreement and in compliance with the Health Insurance Portability and Accountability Act of 1996, Public Law 104-191 ("HIPAA"), the Health Information Technology for Economic and Clinical Health Act, Public Law 111-5 (the HITECH Act") and regulation promulgated there under by the U.S. Department of Health and Human Services (the "HIPAA Regulations") and other applicable laws.

WHEREAS, the Business Associate will provide certain services to the Covered Entity, and, pursuant to such arrangement, the Business Associate is considered a business associate of the Covered Entity as defined in HIPAA, the HITECH Act, the Privacy Rule and Security Rule; and

WHEREAS, Business Associate may have access to and/or receive from the Covered Entity certain protected health information, in fulfilling its responsibilities under such arrangement; and

WHEREAS, the HIPAA Regulations, the HITECH Act, the Privacy Rule and the Security Rule require the Covered Entity to enter into an agreement containing specific requirements of the Business Associate prior to the disclosure of protected health information, as set forth in, but not limited to, 45 CFR Parts 160 & 164 and Public Law 111-5.

THEREFORE, in consideration of the mutual obligations below and the exchange of information pursuant to this Addendum, and to protect the interests of both Parties, the Parties agree to all provisions of this Addendum.

I.   DEFINITIONS.  The following terms shall have the meaning ascribed to them in this Section.  Other capitalized terms shall have the meaning ascribed to them in the context in which they first appear.
1.  **Breach** means the unauthorized acquisition, access, use, or disclosure of protected health information which compromises the security or privacy of the protected health information.  The full definition of breach can be found in 42 USC 17921 and 45 CFR 164.402.
2.  **Business Associate** shall mean the name of the organization or entity listed above and shall have the meaning given to the term under the Privacy and Security Rule and the HITECH Act.  For full definition refer to 45 CFR 160.103.
3.  **CFR** stands for the Code of Federal Regulations.
4.  **Agreement** shall refer to this Addendum and that particular agreement to which this Addendum is made a part.
5.  **Covered Entity** shall mean the name of the Department listed above and shall have the meaning given to such term under the Privacy Rule and the Security Rule, including, but not limited to 45 CFR 160.103.
6.  **Designated Record Set** means a group of records that includes protected health information and is maintained by or for a covered entity or the Business Associate that includes, but is not limited to, medical, billing, enrollment, payment, claims adjudication, and case or medical management records.  Refer to 45 CFR 164.501 for the complete definition.
7.  **Disclosure** means the release, transfer, provision of, access to, or divulging in any other manner of information outside the entity holding the information as defined in 45 CFR 160.103.
8.  **Electronic Protected Health Information** means individually identifiable health information transmitted by electronic media or maintained in electronic media as set forth under 45 CFR 160.103.
9.  **Electronic Health Record** means an electronic record of health-related information on an individual that is created, gathered, managed, and consulted by authorized health care clinicians and staff.  Refer to 42 USC 17921.
10. **Health Care Operations** shall have the meaning given to the term under the Privacy Rule at 45 CFR 164.501.
11. **Individual** means the person who is the subject of protected health information and is defined in 45 CFR 160.103.
12. **Individually Identifiable Health Information** means health information, in any form or medium, including demographic information collected from an individual, that is created or received by a covered entity or a business associate of the covered entity and relates to the past, present, or future care of the individual.  Individually identifiable health information is information that identifies the individual directly or there is a reasonable basis to believe the information can be used to identify the

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

individual. Refer to 45 CFR 160.103.

13. **Parties** shall mean the Business Associate and the Covered Entity.

14. **Privacy Rule** shall mean the HIPAA Regulation that is codified at 45 CFR Parts 160 and 164, Subparts A, D and E.

15. **Protected Health Information** means individually identifiable health information transmitted by electronic media, maintained in electronic media, or transmitted or maintained in any other form or medium.  Refer to 45 CFR 160.103 for the complete definition.

16. **Required by Law** means a mandate contained in law that compels an entity to make a use or disclosure of protected health information and that is enforceable in a court of law.  This includes but is not limited to: court orders and court-ordered warrants; subpoenas, or summons issued by a court; and statues or regulations that require the provision of information if payment is sought under a government program providing public benefits.  For the complete definition refer to 45 CFR 164.103.

17. **Secretary** shall mean the Secretary of the federal Department of Health and Human Services (HHS) or the Secretary's designee.

18. **Security Rule** shall mean the HIPAA regulation that is codified at 45 CFR Parts 160 and 164 Subparts A and C.

19. **Unsecured Protected Health Information** means protected health information that is not rendered unusable, unreadable, or indecipherable to unauthorized individuals through the use of a technology or methodology specified by the Secretary in the guidance issued in Public Law 111-5.  Refer to 42 USC 17932 and 45 CFR 164.402.

20. **USC** stands for the United States Code.

II.    OBLIGATIONS OF THE BUSINESS ASSOCIATE.

1. **Access to Protected Health Information.**  The Business Associate will provide, as directed by the Covered Entity, an individual or the Covered Entity access to inspect or obtain a copy of protected health information about the Individual that is maintained in a designated record set by the Business Associate or, its agents or subcontractors, in order to meet the requirements of the Privacy Rule, including, but not limited to 45 CFR 164.524 and 164.504(e) (2) (ii) (E).  If the Business Associate maintains an electronic health record, the Business Associate or, its agents or subcontractors shall provide such information in electronic format to enable the Covered Entity to fulfill its obligations under the HITECH Act, including, but not limited to 42 USC 17935.

2. **Access to Records.**  The Business Associate shall make its internal practices, books and records relating to the use and disclosure of protected health information available to the Covered Entity and to the Secretary for purposes of determining Business Associate's compliance with the Privacy and Security Rule in accordance with 45 CFR 164.504(e)(2)(ii)(H).

3. **Accounting of Disclosures.**  Promptly, upon request by the Covered Entity or individual for an accounting of disclosures, the Business Associate and its agents or subcontractors shall make available to the Covered Entity or the individual information required to provide an accounting of disclosures in accordance with 45 CFR 164.528, and the HITECH Act, including, but not limited to 42 USC 17935. The accounting of disclosures, whether electronic or other media, must include the requirements as outlined under 45 CFR 164.528(b).

4. **Agents and Subcontractors.** The Business Associate must ensure all agents and subcontractors to whom it provides protected health information agree in writing to the same restrictions and conditions that apply to the Business Associate with respect to all protected health information accessed, maintained, created, retained, modified, recorded, stored, destroyed, or otherwise held, transmitted, used or disclosed by the agent or subcontractor. The Business Associate must implement and maintain sanctions against agents and subcontractors that violate such restrictions and conditions and shall mitigate the effects of any such violation as outlined under 45 CFR 164.530(f) and 164.530(e)(1).

5. **Amendment of Protected Health Information.**  The Business Associate will make available protected health information for amendment and incorporate any amendments in the designated record set maintained by the Business Associate or, its agents or subcontractors, as directed by the Covered Entity or an individual, in order to meet the requirements of the Privacy Rule, including, but not limited to, 45 CFR 164.526.

6. **Audits, Investigations, and Enforcement.**  The Business Associate must notify the Covered Entity immediately upon learning the Business Associate has become the subject of an audit, compliance review, or complaint investigation by the Office of Civil Rights or any other federal or state oversight agency.  The Business Associate shall provide the Covered Entity with a copy of any protected health information that the Business Associate provides to the Secretary or other federal or state oversight agency concurrently with providing such information to the Secretary or other federal or state oversight agency.  The Business Associate and individuals associated with the Business Associate are solely responsible for all civil and criminal penalties assessed as a result of an audit, breach, or violation of HIPAA or HITECH laws or regulations. Reference 42 USC 17937.

7. **Breach or Other Improper Access, Use or Disclosure Reporting.**  The Business Associate must report to the Covered Entity, in writing, any access, use or disclosure of protected health information not permitted by the agreement, Addendum or the Privacy and Security Rules.  The Covered Entity must be notified immediately upon discovery or the first day such breach or suspected breach is known to the Business Associate or by exercising reasonable diligence would have been known by the Business Associate in accordance with 45 CFR 164.410, 164.504(e)(2)(ii)(C) and 164.308(b) and 42 USC 17921.  The Business Associate must report any improper access, use or disclosure of protected health information by: The Business Associate or its agents or subcontractors.  In the event of a breach or suspected breach of protected health information, the report to the Covered Entity must be in writing and include the following: a brief description of the incident; the date of the incident; the date the incident was discovered by the Business Associate; a thorough description of the unsecured protected health information that was involved in the incident; the number of individuals whose protected health information was involved in the incident; and the steps the Business Associate is taking to investigate the incident and to protect against further incidents.  The Covered Entity will determine if a breach of unsecured protected health information has occurred and will notify the Business Associate of the determination. If a breach of unsecured protected health information is determined, the Business Associate must take prompt corrective action to cure any such deficiencies and mitigate any significant harm that may have occurred to individual(s) whose information was disclosed inappropriately.

8. **Breach Notification Requirements.**  If the Covered Entity determines a breach of unsecured protected health information by the Business Associate has occurred, the Business Associate will be responsible for notifying the individuals whose unsecured protected health information was breached in accordance with 42 USC 17932 and 45 CFR 164.404 through 164.406.  The Business Associate must provide evidence to the Covered Entity that appropriate notifications to individuals and/or media,

**STATE OF NEVADA
DEPARTMENT OF HEALTH AND HUMAN SERVICES
DIVISION OF PUBLIC & BEHAVIORAL HEALTH
NOTICE OF SUBAWARD**

when necessary, as specified in 45 CFR 164.404 and 45 CFR 164.406 has occurred. The Business Associate is responsible for all costs associated with notification to individuals, the media or others as well as costs associated with mitigating future breaches. The Business Associate must notify the Secretary of all breaches in accordance with 45 CFR 164.408 and must provide the Covered Entity with a copy of all notifications made to the Secretary.

9.  **Breach Pattern or Practice by Covered Entity.** Pursuant to 42 USC 17934, if the Business Associate knows of a pattern of activity or practice of the Covered Entity that constitutes a material breach or violation of the Covered Entity's obligations under the Contract or Addendum, the Business Associate must immediately report the problem to the Secretary.

10. **Data Ownership.** The Business Associate acknowledges that the Business Associate or its agents or subcontractors have no ownership rights with respect to the protected health information it accesses, maintains, creates, retains, modifies, records, stores, destroys, or otherwise holds, transmits, uses or discloses.

11. **Litigation or Administrative Proceedings.** The Business Associate shall make itself, any subcontractors, employees, or agents assisting the Business Associate in the performance of its obligations under the agreement or Addendum, available to the Covered Entity, at no cost to the Covered Entity, to testify as witnesses, or otherwise, in the event litigation or administrative proceedings are commenced against the Covered Entity, its administrators or workforce members upon a claimed violation of HIPAA, the Privacy and Security Rule, the HITECH Act, or other laws relating to security and privacy.

12. **Minimum Necessary.** The Business Associate and its agents and subcontractors shall request, use and disclose only the minimum amount of protected health information necessary to accomplish the purpose of the request, use or disclosure in accordance with 42 USC 17935 and 45 CFR 164.514(d)(3).

13. **Policies and Procedures.** The Business Associate must adopt written privacy and security policies and procedures and documentation standards to meet the requirements of HIPAA and the HITECH Act as described in 45 CFR 164.316 and 42 USC 17931.

14. **Privacy and Security Officer(s).** The Business Associate must appoint Privacy and Security Officer(s) whose responsibilities shall include: monitoring the Privacy and Security compliance of the Business Associate; development and implementation of the Business Associate's HIPAA Privacy and Security policies and procedures; establishment of Privacy and Security training programs; and development and implementation of an incident risk assessment and response plan in the event the Business Associate sustains a  breach or suspected breach of protected health information.

15. **Safeguards.** The Business Associate must implement safeguards as necessary to protect the confidentiality, integrity, and availability of the protected health information the Business Associate accesses, maintains, creates, retains, modifies, records, stores, destroys, or otherwise holds, transmits, uses or discloses on behalf of the Covered Entity. Safeguards must include administrative safeguards (e.g., risk analysis and designation of security official), physical safeguards (e.g., facility access controls and workstation security), and technical safeguards (e.g., access controls and audit controls) to the confidentiality, integrity and availability of the protected health information, in accordance with 45 CFR 164.308, 164.310, 164.312, 164.316 and 164.504(e)(2)(ii)(B). Sections 164.308, 164.310 and 164.312 of the CFR apply to the Business Associate of the Covered Entity in the same manner that such sections apply to the Covered Entity. Technical safeguards must meet the standards set forth by the guidelines of the National Institute of Standards and Technology (NIST). The Business Associate agrees to only use or disclose protected health information as provided for by the agreement and Addendum and to mitigate, to the extent practicable, any harmful effect that is known to the Business Associate, of a use or disclosure, in violation of the requirements of this Addendum as outlined under 45 CFR 164.530(e)(2)(f).

16. **Training.** The Business Associate must train all members of its workforce on the policies and procedures associated with safeguarding protected health information.  This includes, at a minimum, training that covers the technical, physical and administrative safeguards needed to prevent inappropriate uses or disclosures of protected health information; training to prevent any intentional or unintentional use or disclosure that is a violation of HIPAA regulations at 45 CFR 160 and 164 and Public Law 111-5; and training that emphasizes the criminal and civil penalties related to HIPAA breaches or inappropriate uses or disclosures of protected health information.  Workforce training of new employees must be completed within 30 days of the date of hire and all employees must be trained at least annually.  The Business Associate must maintain written records for a period of six years.  These records must document each employee that received training and the date the training was provided or received.

17. **Use and Disclosure of Protected Health Information.** The Business Associate must not use or further disclose protected health information other than as permitted or required by the agreement or as required by law.  The Business Associate must not use or further disclose protected health information in a manner that would violate the requirements of the HIPAA Privacy and Security Rule and the HITECH Act.

III. PERMITTED AND PROHIBITED USES AND DISCLOSURES BY THE BUSINESS ASSOCIATE.  The Business Associate agrees to these general use and disclosure provisions:

1.  **Permitted Uses and Disclosures:**

    a.  Except as otherwise limited in this Addendum, the Business Associate may use or disclose protected health information to perform functions, activities, or services for, or on behalf of, the Covered Entity as specified in the agreement, provided that such use or disclosure would not violate the HIPAA Privacy and Security Rule or the HITECH Act, if done by the Covered Entity in accordance with 45 CFR 164.504(e) (2) (i) and 42 USC 17935 and 17936.

    b.  Except as otherwise limited by this Addendum, the Business Associate may use or disclose protected health information received by the Business Associate in its capacity as a Business Associate of the Covered Entity, as necessary, for the proper management and administration of the Business Associate, as required by law or for data aggregation purposes  in accordance with 45 CFR 164.504(e)(2)(A), 164.504(e)(4)(i)(A), and 164.504(e)(2)(i)(B).

    c.  Except as otherwise limited in this Addendum, if the Business Associate discloses protected health information to a third party, the Business Associate must obtain, prior to making any such disclosure, reasonable written assurances from the third party that such protected health information will be held confidential pursuant to this Addendum and only disclosed as required by law or for the purposes for which it was disclosed to the third party.  The written agreement from the third party must include requirements to immediately notify the Business Associate of any

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

breaches of confidentiality of protected health information to the extent it has obtained knowledge of such breach. Refer to 45 CFR 164.502 and 164.504 and 42 USC 17934.

    d.   The Business Associate may use or disclose protected health information to report violations of law to appropriate federal and state authorities, consistent with 45 CFR 164.502(j)(1).

2.  **Prohibited Uses and Disclosures:**

    a.   Except as otherwise limited in this Addendum, the Business Associate shall not disclose protected health information to a health plan for payment or health care operations purposes if the patient has required this special restriction and has paid out of pocket in full for the health care item or service to which the protected health information relates in accordance with 42 USC 17935.

    b.   The Business Associate shall not directly or indirectly receive remuneration in exchange for any protected health information, as specified by 42 USC 17935, unless the Covered Entity obtained a valid authorization, in accordance with 45 CFR 164.508 that includes a specification that protected health information can be exchanged for remuneration.

## IV. OBLIGATIONS OF COVERED ENTITY

1.   The Covered Entity will inform the Business Associate of any limitations in the Covered Entity's Notice of Privacy Practices in accordance with 45 CFR 164.520, to the extent that such limitation may affect the Business Associate's use or disclosure of protected health information.

2.   The Covered Entity will inform the Business Associate of any changes in, or revocation of, permission by an individual to use or disclose protected health information, to the extent that such changes may affect the Business Associate's use or disclosure of protected health information.

3.   The Covered Entity will inform the Business Associate of any restriction to the use or disclosure of protected health information that the Covered Entity has agreed to in accordance with 45 CFR 164.522 and 42 USC 17935, to the extent that such restriction may affect the Business Associate's use or disclosure of protected health information.

4.   Except in the event of lawful data aggregation or management and administrative activities, the Covered Entity shall not request the Business Associate to use or disclose protected health information in any manner that would not be permissible under the HIPAA Privacy and Security Rule and the HITECH Act, if done by the Covered Entity.

## V. TERM AND TERMINATION

1.  **Effect of Termination:**

    a.   Except as provided in paragraph (b) of this section, upon termination of this Addendum, for any reason, the Business Associate will return or destroy all protected health information received from the Covered Entity or created, maintained, or received by the Business Associate on behalf of the Covered Entity that the Business Associate still maintains in any form and the Business Associate will retain no copies of such information.

    b.   If the Business Associate determines that returning or destroying the protected health information is not feasible, the Business Associate will provide to the Covered Entity notification of the conditions that make return or destruction infeasible.  Upon a mutual determination that return, or destruction of protected health information is infeasible, the Business Associate shall extend the protections of this Addendum to such protected health information and limit further uses and disclosures of such protected health information to those purposes that make return or destruction infeasible, for so long as the Business Associate maintains such protected health information.

    c.   These termination provisions will apply to protected health information that is in the possession of subcontractors, agents, or employees of the Business Associate.

2.  **Term.**  The Term of this Addendum shall commence as of the effective date of this Addendum herein and shall extend beyond the termination of the contract and shall terminate when all the protected health information provided by the Covered Entity to the Business Associate, or accessed, maintained, created, retained, modified, recorded, stored, or otherwise held, transmitted, used or disclosed by the Business Associate on behalf of the Covered Entity, is destroyed or returned to the Covered Entity, or, if it not feasible to return or destroy the protected health information, protections are extended to such information, in accordance with the termination.

3.  **Termination for Breach of Agreement.**  The Business Associate agrees that the Covered Entity may immediately terminate the agreement if the Covered Entity determines that the Business Associate has violated a material part of this Addendum.

## VI. MISCELLANEOUS

1.  **Amendment.**  The parties agree to take such action as is necessary to amend this Addendum from time to time for the Covered Entity to comply with all the requirements of the Health Insurance Portability and Accountability Act (HIPAA) of 1996, Public Law No. 104-191 and the Health Information Technology for Economic and Clinical Health Act (HITECH) of 2009, Public Law No. 111-5.

2.  **Clarification.**  This Addendum references the requirements of HIPAA, the HITECH Act, the Privacy Rule and the Security Rule, as well as amendments and/or provisions that are currently in place and any that may be forthcoming.

3.  **Indemnification.**  Each party will indemnify and hold harmless the other party to this Addendum from and against all claims, losses, liabilities, costs and other expenses incurred as a result of, or arising directly or indirectly out of or in conjunction with:

    a.   Any misrepresentation, breach of warranty or non-fulfillment of any undertaking on the part of the party under this Addendum; and

    b.   Any claims, demands, awards, judgments, actions, and proceedings made by any person or organization arising out of or in any way connected with the party's performance under this Addendum.

4.  **Interpretation.**  The provisions of the Addendum shall prevail over any provisions in the agreement that may conflict or appear inconsistent with any provision in this Addendum.  This Addendum and the agreement shall be interpreted as broadly as necessary to implement and comply with HIPAA, the HITECH Act, the Privacy Rule and the Security Rule.  The parties agree that any ambiguity in this Addendum shall be resolved to permit the Covered Entity and the Business Associate to comply with HIPAA, the HITECH Act, the Privacy Rule and the Security Rule.

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

5. **Regulatory Reference.** A reference in this Addendum to a section of the HITECH Act, HIPAA, the Privacy Rule and Security Rule means the sections as in effect or as amended.

6. **Survival.** The respective rights and obligations of Business Associate under Effect of Termination of this Addendum shall survive the termination of this Addendum.

**Compliance with this section is acknowledged by signing the subaward cover page of this packet.**

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**


**Section H is not applicable for this Subaward**

# Attachment 3

 **Outlook**

---

**Re: Grant renewal**

---

**From** Rajesh Sonani <raj.sonani@sagebrushhealth.com>

**Date** Tue 2/18/2025 10:34 AM

**To**    Samm Warfel <swarfel@health.nv.gov>; Jami Dybik <jami.dybik@sagebrushhealth.com>; Kagan Griffin <kgriffin@health.nv.gov>

Thanks for the update, Samm.

Please keep us posted.
Best regards
Raj

**Raj Sonani MD**
President and Co-founder
Sagebrush Health
Email: raj.sonani@sagebrushhealth.com
https://sagebrushhealth.com/

---

**From:** Samm Warfel <swarfel@health.nv.gov>
**Sent:** Tuesday, February 18, 2025 8:37 AM
**To:** Jami Dybik <jami.dybik@sagebrushhealth.com>; Kagan Griffin <kgriffin@health.nv.gov>
**Cc:** Rajesh Sonani <raj.sonani@sagebrushhealth.com>
**Subject:** RE: Grant renewal

Hello,

We are still waiting on Notice of award, as soon as we have this we will proceed.

**Samm Warfel**
STD & Hepatitis Program Manager
Office of State Epidemiology
Division of Public and Behavioral Health
Nevada Department of Health and Human Services
500 Damonte Ranch Pkwy #657
Reno, NV 89521
T: 775-843-4920
swarfel@health.nv.gov | www.dhhs.nv.gov | www.dpbh.nv.gov

 

 **988** is a confidential, free hotline that connects those experiencing a mental health, substance use, or suicidal crisis with trained crisis counselors 24/7/365. **Call, text, or chat 988lifeline.org.**

Need help with anything else? Nevada **211** can connect you with information and referrals to local health and human services agencies. It is free, confidential, and available 24/7/365. **Call 211, text 898211, or visit www.nevada211.org.** 

Please take our customer satisfaction survey by clicking here.

**NOTICE:** This message and accompanying documents are covered by the electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, may be covered by the Health Insurance Portability and Accountability Act (HIPAA) of 1996 and may contain confidential information or Protected Health Information intended for the specified individual(s) only. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. Violations may result in administrative, civil, or criminal penalties. If you have received this communication in error, please notify sender immediately by e-mail, and delete the message.

**From:** Jami Dybik <jami.dybik@sagebrushhealth.com>
**Sent:** Tuesday, February 18, 2025 7:13 AM
**To:** Kagan Griffin <kgriffin@health.nv.gov>; Samm Warfel <swarfel@health.nv.gov>
**Cc:** Rajesh Sonani <raj.sonani@sagebrushhealth.com>
**Subject:** Grant renewal

> **WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning!

I wanted to check in and see if there is an update on the renewal of the sub-award for March 1?
We currently have the grant ending on 2/28 so we are trying to prevent any overlap.

Thanks!
Jami


Jami Dybik
Vice President

Sagebrush Healthcare
8379 W. Sunset Rd., Ste. 210
Las Vegas, NV 89113
C: 843.814.5177
Jami.Dybik@SagebrushHealth.com
www.sagebrushhealth.com
www.sagebrushhealthcare.org



WARNING: CONFIDENTIALITY NOTICE - The information enclosed with this transmission are the private, confidential property of the sender, and the material is privileged communication intended solely for the individual indicated. If you are not the intended recipient, you are notified that any review, disclosure, copying, distribution, or the taking of any other action relevant to the contents of this transmission are strictly prohibited. If you have received this transmission in error, please notify us immediately at (702)476-2287.

# Attachment 4

Grant : NIV
SG25567

**Subject:** Your Amazon.com order of "Amazon eGift Card - Amazon...".
**Date:**    Monday, October 17, 2022 at 8:58:10 AM Pacific Daylight Time
**From:**    Amazon.com
**To:**    Mackenzie Jones

amazon business

Your Account    Amazon.com

## Order Confirmation
Order #114-0218833-6225057

### Hello Mackenzie Jones,

Thank you for shopping with us. We'd like to let you know that ACI Gift Cards, Inc. has received your order, and is preparing it for shipment. Your order details are indicated below. If you would like to view the status of your order or make any changes to it, please visit Your Orders on Amazon.com.

This order is placed on behalf of Valley Oaks Medical Groups.

Arriving:
**Not yet available**

Your order will be sent to:
**Address Confidential**
(For privacy reasons, the recipient's address is not displayed.)

### Order Details
Order #114-0218833-6225057
Placed on today, October 17



Amazon eGift Card - Amazon Smile - Fall
Ecard Gift Certificate
Sold by ACI Gift Cards, Inc.

**$50.00**

Marketing Campaign

Order Total:    $50.00

To learn more about ordering, go to Ordering from Amazon.com.
If you want more information or need more assistance, go to Help.

Thank you for shopping with us.
**Amazon.com**

### Keep shopping for



Navy Blue Rectangle
Tablecloth Heavy...



YHOSSEUN Porcelain Baking
Set with...

**Order Total:**                           $51.43

To learn more about ordering, go to Ordering from Amazon.com.
If you want more information or need more assistance, go to Help.

Thank you for shopping with us.
**Amazon.com**

## Customers Who Bought Items in Your Order Also Bought


COSCO Multi-Purpose,
Adjustable...
$39.54


COSCO Multi-Purpose,
Adjustable...
$20.44

The payment for your invoice is processed by Amazon Payments, Inc. P.O. Box 81226 Seattle, Washington 98108-1226. If you need more information, please contact (866) 216-1075.

By placing your order, you agree to Amazon.com's Privacy Notice and Conditions of Use. Unless otherwise noted, items sold by Amazon.com are subject to sales tax in select states in accordance with the applicable laws of that state. If your order contains one or more items from a seller other than Amazon.com, it may be subject to state and local sales tax, depending upon the seller's business policies and the location of their operations. Learn more about tax and seller information.

This email was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.

NX 625567

**Subject:** Your Amazon.com order of "Iceberg IndestrucTable TOO..." and 1 more item.

**Date:** Friday, September 30, 2022 at 10:56:47 AM Pacific Daylight Time

**From:** Amazon.com

**To:** Mackenzie Jones



Pride 2022
Marketing

## Hello Mackenzie Jones,

Thank you for shopping with us. We'll send a confirmation once your items have shipped. Your order details are indicated below. The payment details of your transaction can be found on the order invoice. If you would like to view the status of your order or make any changes to it, please visit Your Orders on Amazon.com.

This order is placed on behalf of Valley Oaks Medical Groups.

Your guaranteed delivery date is:
**Tuesday, October 4**

Your shipping speed:
**FREE Prime Delivery**

Your order will be sent to:
**Mackenzie Jones**
**LAS VEGAS, NV**
**United States**

Order Details

## Order Details

Order #114-5089071-7373828
Placed on today, September 30



Utopia Kitchen Spandex Tablecloth 1 Pack [6FT, Navy Blue] Tight, Fitted, Washable and Wrinkle Resistant Stretch Rectangular Patio Table Cover for Event, Wedding, Banquet & Parties [72Lx30Wx30H Inch]
Kitchen
Sold by Utopia Deals
Condition: New

$13.94



Iceberg IndestrucTable TOO 1200 Series, Personal Folding Table, Indoor/Outdoor, Commercial Grade, Charcoal, 20" W x 30"
Misc.
Sold by Amazon.com Services LLC
Condition: New

$33.51

Quantity: 10 | Price: $86.24 ($8.62/ea)



Shipped

Tracking Ids:    1Z7R44E20354053332

Reorder ▾

*Grant NY*
*SG25567*

# Order Details

Order #1704728

*Pride marketing*



| | | | |
|---|---|---|---|
| **Customer**<br>Mackenzie Jones | **Order Date**<br>9/22/2022 | **Order #**<br>1704728 | **Status**<br>Shipped ❓ |

**Delivery Address**
Mackenzie Jones
Valley Oaks Medical Group
8379 W Sunset Road
Suite 210
Las Vegas, Nevada, 89113
United States

**Shipping**
6 Business Days

**Payment**
🆑 Personal

**Order Summary**
| | |
|---|---|
| Item Total: | $301.82 |
| Shipping: | Free |
| Tax: | $25.27 |
| **Total:** | **$327.09** |

# Products

**Reorder All Items (3)**



### Basic Men's T-shirt - White - Classic - M - 1-Sided Printing - Full-Color

Template: Basic Men's T-shirt - White

Quantity: 10 | Price: $86.24 ($8.62/ea)

Shipped

Tracking Ids:   1Z7R44E20354053332

**Reorder** ▾



### Basic Men's T-shirt - White - Classic - L - 1-Sided Printing - Full-Color

Template: Basic Men's T-shirt - White

Quantity: 15 | Price: $129.35 ($8.62/ea)

Shipped

Tracking Ids:   1Z7R44E20354053332

**Reorder** ▾

### Basic Men's T-shirt - White - Classic - XL - 1-Sided Printing - Full-Color

Template: Basic Men's T-shirt - White

Grant NV
SG a5067

# Order Details

Order #1703178

Marketing

| Customer | Order Date | Order # | Status |
|---|---|---|---|
| Mackenzie Jones | 9/21/2022 | 1703178 | Not yet shipped ❓ |

**Delivery Address**
Mackenzie Jones
Valley Oaks Medical Group
8379 W Sunset Road
Suite 210
Las Vegas, Nevada, 89113
United States

**Shipping**
10 Business Days

**Payment**
💳 Personal

**Order Summary**
Item Total: $57.81
Shipping: Free
Tax: $4.84
**Total:** **$62.65**

# Products

Reorder All Items (2)     Cancel All Items (2)



### Table Runner - 36"- Limited Print

Quantity: 1 | Price: $53.12 ($53.12/ea)

Pending

Reorder ▾     Cancel



### Decal 5" x 5" - Opaque Vinyl - Inside Glass

Quantity: 1 | Price: $4.69 ($4.69/ea)

Pending

Reorder ▾     Cancel

*Green NV*
*SG 255467*

# Order Details

Order #1709735

*Marketing*



| **Customer** | **Order Date** | **Order #** | **Status** |
|---|---|---|---|
| Mackenzie Jones | 9/26/2022 | 1709735 | Shipped ❓ |

**Delivery Address**
Mackenzie Jones
Valley Oaks Medical Group
8379 W Sunset Road
Suite 210
Las Vegas, Nevada, 89113
United States

**Shipping**
6 Business Days

**Payment**
🆂 Personal

**Order Summary**

| Item Total: | $75.15 |
|---|---|
| Shipping: | Free |
| Tax: | $6.29 |
| **Total:** | **$81.44** |

# Products

[Reorder All Items (2)]



### Business Cards - Standard Matte - 2-Sided Printing

Template: fire mesa

Quantity: 500 | Price: $21.60 ($0.04/ea)

Shipped

Tracking Ids:   1Z7R44E20354261965

[Reorder ▾]



### 6" x 9" - Standard Glossy - 1-Sided Printing

Quantity: 750 | Price: $53.55 ($0.07/ea)

Shipped

Tracking Ids:   1Z7R44E20354261965

[Reorder ▾]



*SG 25567*



*Reg. for Marketing for Pride 2022*

# Invoice #13424

## Valley Oaks Medical Group

Created On October 05, 2022
Order #13619
Status: **PAID**
Transaction ID: ch_3LpgedI84vnIlyBi0hZW6TGO

| | |
|---|---|
| Entry Ticket | $ 10.00 |
| 3% Convenience Handling Fee | $ 0.30 |
| **TOTAL** | **$ 10.30** |
| **BALANCE DUE** | **$ 0.00** |

Online credit card transactions are the preferred method of payment.
Money orders are also accepted and need to be sent to **Las Vegas PRIDE, 4001 S Decatur Blvd #37-540, Nevada, Las Vegas, 89103**.

# Payments

| Date | Amount | Notes |
|---|---|---|
| 10/05/2022 | $10.30 | |

Las Vegas PRIDE. 4001 S Decatur Blvd #37-540, Nevada, Las Vegas, 89103.

© Copyright 2022 Las Vegas PRIDE. All Rights Reserved. Powered by **VEVENTA** (https://veventa.com).

# Attachment 5

582.91

12/08/2023

582.91

01                                    582.91

# Deposit Summary

12/08/2023

Summary of Deposits to 8990 - Sagebrush 340B on 02/22/2023

| CHECK NO. | PMT METHOD | RECEIVED FROM | MEMO | AMOUNT |
|---|---|---|---|---|
| | | | STATE OF NV EFT/PAYABLES | 582.91 |
| | | | SAGEBRUSH HEALTH | |
| | | | DEPOSIT SUBTOTAL | 582.91 |
| | | | LESS CASH BACK | |
| | | | DEPOSIT TOTAL | 582.91 |

# Attachment 6

**STATE OF NEVADA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

| Agency Ref #: | |
|---|---|
| Budget Account: | 3219 |
| GL: | 8787 |
| Draw #: | 9397723 |

## SECTION D

### Request for Reimbursement

| | |
|---|---|
| **Program Name**: STD Prevention and Control Program<br>Office of Public Health Investigation and Epidemiology | **Subrecipient Name**: Sagebrush Health Services<br>Jami Dybik / jami.dybik@sagebrushhealth.com |
| **Address**: 4150 Technology Way, Suite 200<br>Carson City, NV 89706-2009 | **Address**: 2435 Fire Mesa St, Suite 110<br>Las Vegas, NV 89128 |
| **Subaward Period**:<br>January 1, 2023, through December 30, 2023 | **Subrecipient's**:<br>**EIN**: 87-2737450<br>**Vendor #**: T29045099 |

**FINANCIAL REPORT AND REQUEST FOR REIMBURSEMENT**
(must be accompanied by expenditure report/back-up)

| | Month(s) | | Calendar year | | | |
|---|---|---|---|---|---|---|

| Approved Budget Category | A<br>Approved Budget | B<br>Total Prior Requests | C<br>Current Request | D<br>Year to Date Total | E<br>Budget Balance | F<br>Percent Expended |
|---|---|---|---|---|---|---|
| 1. Personnel | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| 2. Travel | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| 3. Operating | $600.00 | $0.00 | $581.69 | $581.69 | $18.31 | 96.83% |
| 4. Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| 5. Contractual/Consultant | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| 6. Training | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| 7. Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| 8. Indirect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| **Total** | **$600.00** | **$0.00** | **$581.69** | **$581.69** | **$18.31** | 96.83% |

| MATCH REPORTING | Approved Match Budget | Total Prior Reported Match | Current Match Reported | Year to Date Total | Match Balance | Percent Completed |
|---|---|---|---|---|---|---|
| *JUNE / 2ND QUARTER* | $600.00 | $0.00 | $581.69 | $581.69 | $18.31 | 96.83% |

I, a duty authorized signatory for the applicant, certify to the best of my knowledge and belief that this report is true, complete and accurate; that the expenditures, disbursements and cash receipts are for the purposes and objectives set forth in the terms and conditions of the grant award; and that the amount of this request is not in excess of current needs or, cumulatively for the grant term, in excess of the total approved grant award. I am aware that any false, fictitious or fraudulent information, or the omission of any material fact, may subject me to criminal, civil or administrative penalties for fraud, false statements, false claims, or otherwise. I verify that the cost allocation and backup documentation attached is correct.

| | Vice President | |
|---|---|---|
| *Jami Dybik* | | 06/30/2023 |
| Authorized Signature | Title | Date |

**FOR Department USE ONLY**

Is program contact required? _____ Yes _____ No     Contact Person: _____

Reason for contact: _____

Fiscal review/approval date: _____

Scope of Work review/approval date: _____

Chief (as required): _____     _____

Date

# Attachment 7

581.69

12/08/2023

581.69

01                                                            581.69

# Deposit Summary

12/08/2023

Summary of Deposits to 8990 - Sagebrush 340B on 07/26/2023

| CHECK NO. | PMT METHOD | RECEIVED FROM | MEMO | AMOUNT |
|-----------|-----------|---------------|------|--------|
|  |  |  | STATE OF NV EFT/PAYABLES | 581.69 |
|  |  |  | SAGEBRUSH HEALTH |  |
|  |  |  | DEPOSIT SUBTOTAL | 581.69 |
|  |  |  | LESS CASH BACK |  |
|  |  |  | DEPOSIT TOTAL | 581.69 |

# Attachment 8



### Final Details for Order #111-8240615-1479469

**Paid By:** Sagebrush Healthcare
**Placed By:** JACQUELINE ARIZMENDI
**Order Placed:** April 27, 2023
**PO number :** 340B - JACKIE FIRE MESA
**Amazon.com order number:** 111-8240615-1479469
**Order Total:** **$22.69**

| Shipped on April 28, 2023 |
| --- |

**Items Ordered** — **Price**

1 of: *Utopia Kitchen Spandex Tablecloth 2 Pack [6FT, Black] Tight, Fitted, Washable and Wrinkle Resistant Stretch Rectangular Patio Table Cover for Event, W* — $20.94
Sold by: Utopia Deals (seller profile) | Product question? (Ask Seller )
Business Price
Condition: New

**Shipping Address:**
JACKIE ARIZMENDI
2435 FIRE MESA ST STE 120
LAS VEGAS, NV 89128-9009
United States

**Shipping Speed:**
FREE Prime Delivery

| | |
| --- | --- |
| Item(s) Subtotal: | $20.94 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $20.94 |
| Sales Tax: | $1.75 |
| | ----- |
| **Total for This Shipment:** | **$22.69** |
| | ----- |

| Payment information |
| --- |

**Payment Method:**
Visa | Last digits: 1444

| | |
| --- | --- |
| Item(s) Subtotal: | $20.94 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $20.94 |
| **Estimated Tax:** | $1.75 |
| **Grand Total:** | **$22.69** |

**Credit Card transactions**          Visa ending in 1444: April 28, 2023: $22.69

To view the status of your order, return to Order Summary .    Marketing . campaign

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Grant: SG 26044

# amazon.com

## Final Details for Order #111-7273594-4141050

**Paid By:** Sagebrush Healthcare
**Placed By:** JACQUELINE ARIZMENDI
**Order Placed:** April 10, 2023
**PO number :** 340B - JACKIE FIRE MESA
**Amazon.com order number:** 111-7273594-4141050
**Order Total: $52.00**

| Shipped on April 10, 2023 |
| --- |

**Items Ordered** — Price

2 of: *24 Sets Rainbow Hand Fans with Paper Thank You Tag and Drawstring White Organza Bags Mesh Gift Bags Handheld Foldable Fan Folding Pride Wedding Fans f* — $23.99
Sold by: Yianfanger (seller profile)
Condition: New

| **Shipping Address:** | Item(s) Subtotal: | $47.98 |
| --- | --- | --- |
| JACKIE ARIZMENDI | Shipping & Handling: | $0.00 |
| 2435 FIRE MESA ST STE 120 | | ----- |
| LAS VEGAS, NV 89128-9009 | Total before tax: | $47.98 |
| United States | Sales Tax: | $4.02 |
| | | ----- |
| **Shipping Speed:** | **Total for This Shipment:** | **$52.00** |
| FREE Prime Delivery | | ----- |

| Payment information |
| --- |

**Payment Method:**
American Express | Last digits: 1006

| | Item(s) Subtotal: | $47.98 |
| --- | --- | --- |
| | Shipping & Handling: | $0.00 |
| | | ----- |
| | Total before tax: | $47.98 |
| | Estimated Tax: | $4.02 |
| | | ----- |
| | **Grand Total: $52.00** | |

| **Credit Card transactions** | American Express ending in 1006: April 10, 2023: $52.00 |
| --- | --- |

To view the status of your order, return to Order Summary .

pride
Event

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

Case 1:25-cv-00915-JEB    Document 4    Filed 03/28/25    Page 155 of 184

Grant: NVSG26044



Invoice # DM5512978

**Date** April 13, 2023 7:56 am    **Payment Type** Stripe Card    **Transaction ID** pi_3MwOl9AL9VY6HFb93HvGXc1F

**Status** Paid    **Amount** $324.06    **PAID**

### BILL TO:

**BUSINESS NAME:** Sagebrush Health Services
**NAME:** Jacqueline Arizmendi
**EMAIL:** jacqueline.arizmendi@sagebrushhealth.com
**ADDRESS:** 8379 West Sunset Rd
Suite 210
**CITY:** Las Vegas
**STATE:** NV **ZIP:** 89128
**CELL NUMBER:** 7029841859
**OFFICE PHONE:**

### SHIP TO:

**LOCATION:**
**NAME:** Jacqueline Arizmendi
**BUSINESS NAME:** Sagebrush Health Services
**ADDRESS:** 2435 FIRE MESA ST
**CITY:** LAS VEGAS
**STATE:** NV **ZIP:** 89128-9009
**CELL NUMBER:** 7029682437
**OFFICE PHONE:** 7029682437

### ORDER DETAILS



**Sgl01 (WHITE)**
**Print On :** Both Side Imprint
**Imprint Color :** Teal 327
**Imprint :** Clip art & text
**Estimated Delivery Date:** April 24 - 25, 2023

#### ITEM PRICING:

| | |
|---|---|
| **Price ( 100 @ 2.25 ):** | $225.00 |
| **Base Color Price :** | $0.00 |
| **Impression Charge :** | $25.00 |
| **1 Screen Charges :** | $49.00 |
| **Subtotal :** | $299.00 |
| **Shipping:** | $0.00 |
| **Item Total:** | $299.00 |

Order Total    pride Event

**Sales Tax :**    $25.06

6/30/23, 6:35 PM
discountmugs.com/nc/view_order_invoice.php?enc_order_id=NTUxMjk4Nw==&enc_key=72b43e200167c1927363b529af69374a

Case 1:25-cv-00915-JEB    Document 4    Filed 03/28/25    Page 156 of 184

Grant: NVSG 26044



Invoice # DM5512987

**Date** April 17, 2023 12:42 pm    **Payment Type** Stripe Card    **Transaction ID** pi_3Mxv8EAL9VY6HFb92LbTX1lt
**Status** Paid    **Amount** $225.43    **PAID**

### BILL TO:

**BUSINESS NAME:** Sagebrush Health Services
**NAME:** Jacqueline Arizmendi
**EMAIL:** jacqueline.arizmendi@sagebrushhealth.com
**ADDRESS:** 2435 FIRE MESA ST
Suite 210
**CITY:** LAS VEGAS
**STATE:** NV **ZIP:** 89128-9009
**CELL NUMBER:** 7029682437
**OFFICE PHONE:** 7029682437

### SHIP TO:

**LOCATION:**
**NAME:** Jacqueline Arizmendi
**BUSINESS NAME:** Sagebrush Health Services
**ADDRESS:** 2435 FIRE MESA ST
Suite 210
**CITY:** LAS VEGAS
**STATE:** NV **ZIP:** 89128-9009
**CELL NUMBER:** 7029682437
**OFFICE PHONE:** 7029682437

ORDER DETAILS

### ITEM PRICING:

**Tot11 (White)**
**Print On :** Front Side Imprint
**Imprint Color :** Irish Green 355
**Imprint :** Clip art & text
**Estimated Delivery Date:** April 27 - 28, 2023

| | |
|---|---|
| **Price ( 100 @ 1.59 ):** | $159.00 |
| **Base Color Price :** | $0.00 |
| **1 Screen Charges :** | $49.00 |
| **Subtotal :** | $208.00 |
| **Shipping:** | $0.00 |
| **Item Total:** | $208.00 |

Pride
Event

Order Total

**Sales Tax :** $17.43

# Attachment 9

<span style="color:blue">STATE OF NEVADA</span>   <mark>SG 2024-00109</mark>

Agency Ref.#

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC & BEHAVIORAL HEALTH**
**NOTICE OF SUBAWARD**

Budget Account: _____ 3219
GL: _____ 8787
Draw #: _____

### SECTION D

**Request for Reimbursement**

| Program Name:<br>Office of State Epidemiology (OSE)<br>STD Prevention and Control Program<br>Samm Warfel / swarfel@health.nv.gov | Subrecipient Name:<br>Sagebrush Health Services<br> Jacqueline Arizmendi / jacqueline.arizmendi@sagebrushhealth.com |
|---|---|
| Address:<br>500 Damonte Ranch Pkwy Ste 657<br>Reno, NV 89521 | Address:<br>8379 W Sunset Road Ste 210<br>Las Vegas, NV 89113 |
| Subaward Period:<br>February 1, 2024 through January 31, 2025 | Subrecipient's:<br>EIN: 87-2737450<br>Vendor #: T29045099 |

**FINANCIAL REPORT AND REQUEST FOR REIMBURSEMENT**

(must be accompanied by expenditure report/back-up)

Month(s)   February - April   Calendar year   2024

| Approved Budget Category | A<br>Approved Budget | B<br>Total Prior Requests | C<br>Current Request | D<br>Year to Date Total | E<br>Budget Balance | F<br>Percent Expended |
|---|---|---|---|---|---|---|
| 1. Personnel | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| 2. Travel | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| 3. Operating | $600.00 | $0.00 | $589.00 | $589.00 | $11.00 | 98.17% |
| 4. Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| 5. Contractual/Consultant | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| 6. Training | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| 7. Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| 8. Indirect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |
| **Total** | **$600.00** | **$0.00** | **$589.00** | **$589.00** | **$11.00** | 98.17% |

| MATCH REPORTING | Approved Match Budget | Total Prior Reported Match | Current Match Reported | Year to Date Total | Match Balance | Percent Completed |
|---|---|---|---|---|---|---|
| *INSERT MONTH/QUARTER* | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | - |

I, a duly authorized signatory for the applicant, certify to the best of my knowledge and belief that this report is true, complete and accurate; that the expenditures, disbursements and cash receipts are for the purposes and objectives set forth in the terms and conditions of the grant award; and that the amount of this request is not in excess of current needs or, cumulatively for the grant term, in excess of the total approved grant award.  I am aware that any false, fictitious or fraudulent information, or the omission of any material fact, may subject me to criminal, civil or administrative penalties for fraud, false statements, false claims, or otherwise. I verify that the cost allocation and backup documentation attached is correct.

| *Jacqueline Arizmendi* | Sr. Director | 06/20/2024 |
|---|---|---|
| Authorized Signature | Title | Date |

**FOR Department USE ONLY**

Is program contact required? _____ Yes _____ No   Contact Person: _____

Reason for contact: _____

Fiscal review/approval date: _____

Scope of Work review/approval date: _____

ASO or Bureau Chief (as required): _____
                                                                                                    Date

# Attachment 10

8990

STATE OF NEVADA
OFFICE OF THE CONTROLLER
CARSON CITY NV  89701

**DIRECT DEPOSIT ADVICE**
406-00-HEALTH DIVISION

9445732

| DESCRIPTION | VOUCHER NUMBER | VOUCHER DATE | INVOICE NUMBER | INVOICE AMOUNT |
|---|---|---|---|---|
| SG2024 00109 FEB - APR<br>CFDA#93.977 STD Control $589.00 | 40632190010748 | 07/01/24 | | 589.00 |

VOID        VOID        VOID

T29045099      SAGEBRUSH HEALTH SERVICES

DIRECT DEPOSIT ADVICE TOTAL:        $589.00



STATE OF NEVADA
OFFICE OF THE CONTROLLER
CARSON CITY·NV  89701
(775) 684-5750

**ACCOUNTS PAYABLE
DIRECT DEPOSIT ADVICE**

9445732

| DATE | WARRANT AMOUNT |
|---|---|
| 07-03-24 | **********$589.00 |

*Five hundred eighty nine and 00/100 Dollars*

7/5/24

**DEPOSIT TO THE ACCOUNT OF:**
T29045099
SAGEBRUSH HEALTH SERVICES
8379 W SUNSET RD STE 210
LAS VEGAS        NV 89113

VOID        VOID        VOID

THE DATE THESE FUNDS WILL BE CREDITED TO YOUR
ACCOUNT IS THE ABOVE DATE PLUS 2 BUSINESS DAYS.

**NON NEGOTIABLE**

ACCOUNTING@SAGEBRUSHHEALTH.COM



9445732    9000
406-00    **ZACHARY B. CONINE
STATE TREASURER**
101 N CARSON ST STE 4
CARSON CITY NV  89701-4786

FIRST-CLASS AUTO
U.S. POSTAGE
PAID ONE OUNCE
CARSON CITY, NV
PERMIT NO. 15

T29045099
SAGEBRUSH HEALTH SERVICES
8379 W SUNSET RD STE 210
LAS VEGAS                NV 89113

# Attachment 11

**amazon**.com

### Final Details for Order #112-5324385-5533857

**Paid By:** Sagebrush Healthcare
**Placed By:** Zafiro Nawaz
**Order Placed:** April 22, 2024
**PO number :** 340b / Marketing
**Amazon.com order number:** 112-5324385-5533857
**Order Total: $465.01**

---

| **Shipped on April 22, 2024** |
|---|

| **Items Ordered** | **Price** |
|---|---|
| 1 of: *Timgle 200 Count Deodorant Wipes Individually Wrapped Underarm Deodorant Wipes Antiperspirant Wipes Body Wipes Remove Sweat Wipes for Men Women Travel and Daily Use Body Wipes(Green)*<br>Sold by: NengJuun (seller profile)<br>Condition: New | $24.99 |
| 1 of: *Unittype 100 Pieces Paisley Bandanas Bulk Unisex Cowboy Bandanas Assorted Bandanas Headband Square Scarf for Party Costume(Rainbow)*<br>Sold by: Zouyoungus (seller profile) | Product question? (Ask Seller )<br>Condition: New | $40.99 |

GAY RODEO: MARKETING

| **Shipping Address:**<br>Zafiro Nawaz<br>8379 W SUNSET RD STE 210<br>LAS VEGAS, NV 89113-2243<br>United States | Item(s) Subtotal: | $65.98 |
|---|---|---|
| | Shipping & Handling: | $0.00 |
| | | ----- |
| | Total before tax: | $65.98 |
| | Sales Tax: | $5.52 |
| **Shipping Speed:**<br>FREE Prime Delivery | | ----- |
| | **Total for This Shipment:** | **$71.50** |
| | | ----- |

---

| **Shipped on April 22, 2024** |
|---|

| **Items Ordered** | **Price** |
|---|---|
| 1 of: *72 Pcs Motivational Stress Balls Colorful Foam Balls Inspirational Stress Relief Balls for Adults Kids Hand Exercise Stress Balls Anxiety Balls Fidget Toys for Motivating Encouraging (Vivid Colors)*<br>Sold by: Colerinsec (seller profile) | Product question? (Ask Seller )<br>Condition: New | $36.99 |
| 4 of: *Pack of 20 Sunscreen, SPF46 PA+++ Moisturizing Sunscreen,3ml Face & Body Sunblock, Moisturizing Sunscreen for Most of Skins Portable Resist Water Sunscreen for Sport*<br>Sold by: Gegong (seller profile)<br>Condition: New | $12.99 |

| **Shipping Address:**<br>Zafiro Nawaz<br>8379 W SUNSET RD STE 210<br>LAS VEGAS, NV 89113-2243<br>United States | Item(s) Subtotal: | $88.95 |
|---|---|---|
| | Shipping & Handling: | $0.00 |
| | Buy more, save 10%: | -$5.20 |
| | | ----- |
| | Total before tax: | $83.75 |
| **Shipping Speed:** | Sales Tax: | $7.46 |

GRANT: GS 2024-00109

FREE Prime Delivery

| | |
|---|---|
| | ----- |
| **Total for This Shipment:** | **$91.21** |
| | ----- |

---

### Shipped on April 22, 2024

**Items Ordered**        **Price**

2 of: *Panelee 48 Pcs Rainbow Hand Fans Portable Folding Pride Handheld Rainbow Fan Plastic Colorful Rainbow Decorative for Women Men Gay Party Supplies Music Festival Dance Events*    $39.99
Sold by: Shijoun (seller profile) | Product question? (Ask Seller )

GAY RODEO: MARKETING

Condition: New

**Shipping Address:**
Zafiro Nawaz
8379 W SUNSET RD STE 210
LAS VEGAS, NV 89113-2243
United States

**Shipping Speed:**
FREE Prime Delivery

| | |
|---|---|
| Item(s) Subtotal: | $79.98 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $79.98 |
| Sales Tax: | $6.70 |
| | ----- |
| **Total for This Shipment:** | **$86.68** |
| | ----- |

---

### Shipped on April 23, 2024

**Items Ordered**        **Price**

1 of: *72 Pack 12 Color Neon Sunglasses Party Favors Bulk,80's Retro Style Perfect Colorful Novelty Sun glasses Set for Birthday Party Supplies,Beach,Pool Party Favors,Goody Bag Favors for Kids Adults*    $44.00
Sold by: Oleitodh (seller profile)
Business Price
Condition: New

**Shipping Address:**
Zafiro Nawaz
8379 W SUNSET RD STE 210
LAS VEGAS, NV 89113-2243
United States

**Shipping Speed:**
FREE Prime Delivery

| | |
|---|---|
| Item(s) Subtotal: | $44.00 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $44.00 |
| Sales Tax: | $3.69 |
| | ----- |
| **Total for This Shipment:** | **$47.69** |
| | ----- |

---

### Shipped on April 23, 2024

**Items Ordered**        **Price**

1 of: *MASTERCANOPY Durable Pop-up Canopy Tent with 1 Sidewall (10'x10',Forest Green)*    $154.95
Sold by: MASTERCANOPY (seller profile)
Business Price

MARKETING SUPPLIES

Condition: New

**Shipping Address:**
Zafiro Nawaz
8379 W SUNSET RD STE 210
LAS VEGAS, NV 89113-2243

| | |
|---|---|
| Item(s) Subtotal: | $154.95 |
| Shipping & Handling: | $0.00 |
| | ----- |

United States

Total before tax: $154.95

Sales Tax: $12.98

-----

**Shipping Speed:**
FREE Prime Delivery

**Total for This Shipment: $167.93**

-----

| Payment information | |
|---|---|
| **Payment Method:**<br>Visa \| Last digits: 1444 | Item(s) Subtotal: $433.86<br>Shipping & Handling:  $0.00<br>Promotion applied:   -$5.20<br>-----<br>Total before tax: $428.66<br>**Estimated Tax:**  $36.35<br>-----<br>**Grand Total: $465.01** |
| **Credit Card transactions** | Visa ending in 1444: April 23, 2024: $242.70<br>Visa ending in 1444: April 22, 2024: $222.31 |

To view the status of your order, return to Order Summary .

Conditions of Use | Privacy Notice  © 1996-2020, Amazon.com, Inc.

GRANT: GS2024-00109

**amazon**.com

### Final Details for Order #112-9630844-1889816

**Paid By:** Sagebrush Healthcare
**Placed By:** Zafiro Nawaz
**Order Placed:** April 22, 2024
**PO number :** 340b / Marketing
**Amazon.com order number:** 112-9630844-1889816
**Order Total:** $104.86

| Shipped on April 23, 2024 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Skeleteen Mardi Gras Beads Necklaces - Assorted Colors Gasparilla Beaded Costume Necklace for Party - 144 Necklaces* <br> Sold by: Prop Boutique *(seller profile)* <br> Business Price <br> Condition: New | $24.86 |
| GAY RODEO: MARKETING | |
| 2 of: *HydroMATE Electrolytes Powder Drink Mix Packets Hydration Accelerator Low Sugar Rapid Party Recovery Plus Vitamin C Variety Pack 30 Count* <br> Sold by: HydroMATE *(seller profile)* <br> Condition: New | $35.95 |

| Shipping Address: | | |
|---|---|---|
| Zafiro Nawaz <br> 8379 W SUNSET RD STE 210 <br> LAS VEGAS, NV 89113-2243 <br> United States | Item(s) Subtotal: | $96.76 |
| | Shipping & Handling: | $2.99 |
| | Free Shipping: | -$2.99 |
| | | ----- |
| | Total before tax: | $96.76 |
| | Sales Tax: | $8.10 |
| | | ----- |
| | **Total for This Shipment:** | **$104.86** |
| | | ----- |

| Payment information | | |
|---|---|---|
| **Payment Method:** <br> Visa | Last digits: 1444 | Item(s) Subtotal: | $96.76 |
| | Shipping & Handling: | $2.99 |
| | Promotion applied: | -$2.99 |
| | | ----- |
| | Total before tax: | $96.76 |
| | **Estimated Tax:** | **$8.10** |
| | | ----- |
| | **Grand Total:** | **$104.86** |
| **Credit Card transactions** | Visa ending in 1444: April 23, 2024: | $104.86 |

To view the status of your order, return to Order Summary .

Conditions of Use | Privacy Notice  © 1996-2020, Amazon.com, Inc.

# amazon.com

### Final Details for Order #112-6739490-0755402

**Paid By:** Sagebrush Healthcare
**Placed By:** Zafiro Nawaz
**Order Placed:** May 7, 2024
**PO number :** 340b / Events Marketing
**Amazon.com order number:** 112-6739490-0755402
**Order Total: $170.95**

---

| **Shipped on May 7, 2024** |
|---|

| Items Ordered | Price |
|---|---|
| 1 of: *Bokon 48 Pack Rainbow Pride Can Coolers Sleeves LGBTQ Insulated Beer Can Sleeve Covers Collapsible Drink Neoprene Can Coolers for Gay Pride Weddings Birthday Rainbow Themed Party (Regular)*<br>Sold by: Lruitree *(seller profile)*<br>Condition: New | $30.99 |
| 1 of: *Rainbow LGBT Pride Bracelet Handmade Braided Friendship String Bracelet Adjustable Lesbian Gay Pride Bracelet LGBTQ Wristband (48 Pieces)*<br>Sold by: Gimanu *(seller profile)* | Product question? *(Ask Seller )*<br>Business Price<br>Condition: New | $25.79 |

GAY RODEO: MARKETING

| **Shipping Address:**<br>ZEE NAWAZ<br>2435 FIRE MESA ST 120<br>LAS VEGAS, NV 89128-9009<br>United States | Item(s) Subtotal: | $56.78 |
| | Shipping & Handling: | $0.00 |
| | | ----- |
| | Total before tax: | $56.78 |
| | Sales Tax: | $4.76 |
| **Shipping Speed:**<br>Delivery in fewer trips to your address | | ----- |
| | **Total for This Shipment:** | **$61.54** |
| | | ----- |

---

| **Shipped on May 7, 2024** |
|---|

| Items Ordered | Price |
|---|---|
| 1 of: *Roowest 48 Pcs Gay Lesbian Pride Rainbow Tote Bags Reusable Gift Bags for Kids Bulk Party Bags with Handles for Shopping, Merchandise, Events, Boutiques, Retail Stores(Multicolor, 8 x 4 x 10 Inch)*<br>Sold by: Yianfanger *(seller profile)*<br>Condition: New | $25.99 |
| 2 of: *Hananona 24 Pcs Rainbow Folding Fans Colorful Hand Held Fan, Rainbow Party Decoration, LGBT Pride Month Fans Hand Folding Fans for Women/Men (Rainbow, 24)*<br>Sold by: FULUOER INC *(seller profile)*<br>Condition: New | $27.99 |

| **Shipping Address:**<br>ZEE NAWAZ<br>2435 FIRE MESA ST 120<br>LAS VEGAS, NV 89128-9009<br>United States | Item(s) Subtotal: | $81.97 |
| | Shipping & Handling: | $0.00 |
| | | ----- |
| | Total before tax: | $81.97 |
| | Sales Tax: | $6.86 |

| Shipping Speed:<br>Delivery in fewer trips to your address | -----<br>**Total for This Shipment:  $88.83**<br>----- |

---

| **Shipped on May 7, 2024** |
| --- |

| Items Ordered | Price |
| --- | --- |
| 1 of:  *HAFILO 25/50/100 Metal Hearts Inclusive Progress Pride Pin Rainbow Gay Flag LGBTQ Progressive Lapel Pins for clothing Backpack hat Pride Month Decoration Gift Bulk (50)*<br>Sold by: US-HAFILO (seller profile)<br>Business Price<br>Condition: New | $18.99 |

GAY RODEO: MARKETING

| **Shipping Address:**<br>ZEE NAWAZ<br>2435 FIRE MESA ST 120<br>LAS VEGAS, NV 89128-9009<br>United States | Item(s) Subtotal:  $18.99<br>Shipping & Handling:  $0.00<br>-----<br>Total before tax:  $18.99<br>Sales Tax:  $1.59<br>----- |
| **Shipping Speed:**<br>Delivery in fewer trips to your address | **Total for This Shipment:  $20.58**<br>----- |

---

| **Payment information** | |
| --- | --- |
| **Payment Method:**<br>Visa | Last digits: 1444 | Item(s) Subtotal: $157.74<br>Shipping & Handling:  $0.00<br>-----<br>Total before tax: $157.74<br>**Estimated Tax:**  $13.21<br>-----<br>**Grand Total: $170.95** |
| **Credit Card transactions** | Visa ending in 1444: May 8, 2024: $170.95 |

To view the status of your order, return to Order Summary .

Conditions of Use | Privacy Notice   © 1996-2020, Amazon.com, Inc.



# Invoice #0000166

Issue Date: May 4, 2024
Due Date: May 15, 2024

**Nevada Gay Rodeo**
info@ngra.com
Phone: (702) 909-0811

**Bill to:**
**Zee Nawaz**
**Sagebrush Health**
2435 Fire Mesa Street
Las Vegas, Nevada 89128
United States

**Additional Customer Info:**
zafiro.n@sagebrushhealth.com
Phone: (725) 218-3813

TESTING EVENT

## BigHorn Rodeo Vendor Invoice

| Product or Service | Quantity | Price | Line Total |
|---|---|---|---|
| **10' x 10' Vendor Space**<br>Non-Profit Vendor Space | 1 | $150.00 | $150.00 |
| **Vendor Deposit**<br>Deposit refundable subject to terms agreed upon in vendor application. | 1 | $100.00 | $100.00 |

| | |
|---|---:|
| **Subtotal** | **$250.00** |
| Taxes | $0.00 |
| | |
| Invoice Total | $250.00 |
| Amount Paid | $250.00 |
| Balance Due | **$0.00** |

Thank you for supporting NGRA and BigHorn Rodeo 2024

Check Payments:
Nevada Gay Rodeo
PO Box 94983
Las Vegas, NV 89193

# Attachment 12

Condom Distribution to NV 340B Sites (Feb. 2025).xlsx

| Grant Number | 340B ID | Entity Type | Participating Start Date | NOFO Number | Entity Name | Entity Sub-Division Name | Address 1 | Address 2 | Address 3 | City | State | Zip | 340B ID - Address | Condoms Provided in 2022 | Condoms Provided in 2023 | Condoms Provided in 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 NH25PS005179-05-03 | STD891061 | STD | 1/1/2022 | PS19-1901 | Sagebrush Health Services | Shadow Lane Neurology | 701 Shadow Lane | | 170 | Las Vegas | NV | 89106 | STD891061 - Sagebrush Health Services, Shadow Lane Neurology; 701 Shadow Lane 170, Las Vegas, NV 89106 | 100 | 300 | 500 |
| 6 NH25PS005179-05-03 | STD89118 | STD | 1/1/2022 | PS19-1901 | Sagebrush Health Services | Rainbow Rheumatology | 5980 South Rainbow Boulevard | | 100 | Las Vegas | NV | 89118 | STD89118 - Sagebrush Health Services, Rainbow Rheumatology; 5980 South Rainbow Boulevard 100, Las Vegas, NV 89118 | 100 | 300 | 500 |
| 6 NH25PS005179-05-03 | STD89123 | STD | 1/1/2022 | PS19-1901 | Sagebrush Health Services | Eastern Rheumatology | 8440 South Eastern Avenue | | A | Las Vegas | NV | 89123 | STD89123 - Sagebrush Health Services, Eastern Rheumatology; 8440 South Eastern Avenue A, Las Vegas, NV 89123 | 100 | 300 | 500 |
| 6 NH25PS005179-05-03 | STD891284 | STD | 5/1/2023 | PS19-1901 | Sagebrush Health Services | Fire Mesa Rheumatology | 2435 Fire Mesa Street | | Suite 110 | Las Vegas | NV | 89128 | STD891284 - Sagebrush Health Services, Fire Mesa Rheumatology; 2435 Fire Mesa Street Suite 110, Las Vegas, NV 89128 | 100 | 300 | 500 |
| 6 NH25PS005179-05-03 | STD89027 | STD | 5/1/2023 | PS19-1901 | Sagebrush Health Services | Mesquite SACI | 340 Falcon Ridge Pkwy | | #202B | Mesquite | NV | 89027 | STD89027 - Sagebrush Health Services, Mesquite SACI; 340 Falcon Ridge Pkwy #202B, Mesquite, NV 89027 | 0 | 300 | 350 |
| 6 NH25PS005179-05-03 | STD890481 | STD | 5/1/2023 | PS19-1901 | Sagebrush Health Services | Pahrump SACI | 1470 E Calvada Blvd | | Suite 600 | Pahrump | NV | 89048 | STD890481 - Sagebrush Health Services, Pahrump SACI; 1470 E Calvada Blvd Suite 600, Pahrump, NV 89048 | 0 | 300 | 350 |
| 6 NH25PS005179-05-03 | STD890521 | STD | 5/1/2023 | PS19-1901 | Sagebrush Health Services | Henderson SACI | 2960 St Rose Pkwy | | 120 | Henderson | NV | 89052 | STD890521 - Sagebrush Health Services, Henderson SACI; 2960 St Rose Pkwy 120, Henderson, NV 89052 | 0 | 300 | 350 |
| 6 NH25PS005179-05-03 | STD891281 | STD | 1/1/2022 | PS19-1901 | Sagebrush Health Services | Fire Mesa ID | 2435 Fire Mesa Street | | #120 | Las Vegas | NV | 89128 | STD891281 - Sagebrush Health Services, Fire Mesa ID; 2435 Fire Mesa Street #120, Las Vegas, NV 89128 | 200 | 300 | 500 |
| 6 NH25PS005179-05-03 | STD891285 | STD | 5/1/2023 | PS19-1901 | Sagebrush Health Services | Box Canyon SACI | 2615 Box Canyon Dr | | | Las Vegas | NV | 89128 | STD891285 - Sagebrush Health Services, Box Canyon SACI; 2615 Box Canyon Dr , Las Vegas, NV 89128 | 0 | 300 | 350 |
| 6 NH25PS005179-05-03 | STD891286 | STD | 5/1/2023 | PS19-1901 | Sagebrush Health Services | Dr. Ann Wierman, MD | 3150 N. Tenaya Way | | Ste 200 | Las Vegas | NV | 89128 | STD891286 - Sagebrush Health Services, Dr. Ann Wierman, MD; 3150 N. Tenaya Way Ste 200, Las Vegas, NV 89128 | 0 | 300 | 500 |
| 6 NH25PS005179-05-03 | STD891287 | STD | 5/8/2023 | PS19-1901 | Sagebrush Health Services | Nevada Home Infusions | 2435 Fire Mesa Street | | Suite 130 | Las Vegas | NV | 89128 | STD891287 - Sagebrush Health Services, Nevada Home Infusions; 2435 Fire Mesa Street Suite 130, Las Vegas, NV 89128 | 0 | 300 | 1000 |
| 6 NH25PS005179-05-03 | STD89148 | STD | 5/1/2023 | PS19-1901 | Sagebrush Health Services | Fort Apache SACI | 5731 S Fort Apache Rd | | Suite 130 | Las Vegas | NV | 89148 | STD89148 - Sagebrush Health Services, Fort Apache SACI; 5731 S Fort Apache Rd Suite 130, Las Vegas, NV 89148 | 0 | 300 | 350 |
| 6 NH25PS005179-05-03 | STD89149 | STD | 11/29/2022 | PS19-1901 | Sagebrush Health Services | Hummingbird Medical Group | 5550 Painted Mirage Rd. | | 110 | Las Vegas | NV | 89149 | STD89149 - Sagebrush Health Services, Hummingbird Medical Group; 5550 Painted Mirage Rd. 110, Las Vegas, NV 89149 | 0 | 300 | 350 |
| 6 NH25PS005179-05-03 | STD891491 | STD | 5/1/2023 | PS19-1901 | Sagebrush Health Services | Centennial SACI | 5550 Painted Mirage Rd | | Suite 200 | Las Vegas | NV | 89149 | STD891491 - Sagebrush Health Services, Centennial SACI; 5550 Painted Mirage Rd Suite 200, Las Vegas, NV 89149 | 0 | 300 | 350 |
| 6 NH25PS005179-05-03 | STD89511 | STD | 10/1/2023 | PS19-1901 | Sagebrush Health Services | Reno Clinic | 645 Sierra Rose Dr. | | Suite 202 | Reno | NV | 89511 | STD89511 - Sagebrush Health Services, Reno Clinic; 645 Sierra Rose Dr. Suite 202, Reno, NV 89511 | 0 | 300 | 500 |

# EXHIBIT P



**ArentFox Schiff LLP**
1717 K Street, NW
Washington, DC  20006

202.857.6000     **MAIN**
202.857.6395     **FAX**

afslaw.com

March 25, 2025

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs
Health Resources and Services Administration
5600 Fishers Lane
Rockville, MD 20857
CBritton@hrsa.gov

**Douglas A. Grimm**
Partner, Health Care Practice
Leader
202.857.6370     **DIRECT**
douglas.grimm@afslaw.com

**VIA EMAIL**

RE: Reinstatement of Sites STD06489 and STD891132 to 340B Program

Dear Ms. Britton:

We acknowledge that you have legal representation, but we do not have their contact information. Kindly forward a copy of this letter to your attorneys.

We write to follow up on our February 20, 2025 letter, in which we requested the immediate and retroactive reinstatement of several sites affiliated with Sagebrush Health Services ("Sagebrush") into the 340B Program. We have not received a satisfactory response from the Health Resources and Services Administration ("HRSA") to date, and we are deeply concerned by your letter dated March 21, 2025, in which you denied our request and instructed us to terminate two sites, STD06489 and STD891132, by March 28, 2025.

Specifically, your letter is based on erroneous and outdated information regarding the receipt of section 318 funding or support by these sites and contradicts the evidence provided by the Connecticut Department of Public Health ("CDPH") and the Nevada Department of Health and Human Services ("NHHS"). We expect that you will immediately and retroactively rescind your determination of ineligibility and termination of these sites and reinstate them as active enrollees in the 340B Program.

Site No.: STD06489 (Connecticut)

Your letter erroneously asserts that STD06489 did not receive section 318 funding or support from CDPH since August 1, 2024, and that the 50 HIV Test Kits and Controls CDPH shipped to STD06489 after August 1, 2024 were purchased with state funds, not section 318 funding. This statement is incorrect and contradicted by the September 3, 2024 email from Lynn Sosa, MD, Director of Infectious Disease and State Epidemiologist at CDPH to Jami Dybik, Vice President



Chantelle V. Britton
March 25, 2025
Page 2

and then-Authorizing Official of Sagebrush. A copy of the email is attached as <u>Attachment A</u>. In that email, Dr. Sosa clearly stated:

> To this end, we are *happy to provide rapid HIV and HCV test kits* to facilitate this testing, as resources allow. In return, we request that sites receiving test kits report back the number of tests done, the results of each test, and basic demographics of the persons tested *so we can demonstrate the impact of this testing for the CDC grant that supports the purchase of these test kits.* No additional agreement is needed.

The email establishes that the test kits provided by CDPH to STD06489 were purchased with section 318 funding from CDC grant number NU62PS924812, which covers the period August 1, 2024, through December 31, 2029. The email also shows that CDPH expected STD06489 to report back to CDPH the site's patient test results so that CDPH could meet its obligations under the CDC grant. Based on the foregoing, STD06489 received section 318 funding or support from CDPH since August 1, 2024 and meets the eligibility criteria for the 340B Program under section 340B(a)(4)(K) of the Public Health Service Act (PHSA).

HRSA must retroactively rescind its determination of ineligibility and termination of STD06489 and reinstate it as an active enrollee in the 340B Program, effective immediately.

<u>STD891132 (Nevada)</u>

Similarly, your letter erroneously asserts that STD891132 did not receive section 318 funding from NHHS as of March 1, 2025, in accordance with the NHHS Notice of Award (NoA) for the Strengthening STD Prevention and Control for Health Departments (STD PCHD) grant (NH25PS005179). This statement is incorrect and outdated, as evidenced by the March 21, 2025 memorandum from Samm Warfel, the STD and Hepatitis Program Manager at NHHS. A copy of the memorandum is attached as <u>Attachment B</u>.

In the memorandum, Mr. Warfel confirmed that NHHS and Sagebrush maintain a continued partnership through a subaward agreement to provide STD screening, treatment, and prevention services at STD891132 and other sites. The subaward agreement has a retroactive start date of March 1, 2025. The memo explains that the retroactive start date is necessary because the NoA from the CDC was not provided until March 14, 2025 due to delays arising from the Congressional Continuing Resolution under which the CDC is currently operating as well as a renegotiation process for the subaward amounts. The memorandum also states that the subaward agreement is expected to be executed by March 28, 2025 and that failure to implement it retroactively would result in a gap in STD services for the community and an increased risk of disease transmission. Therefore, STD891132 will receive section 318 funding or support from NHHS under a subaward



effective March 1, 2025, and meets the eligibility criteria for the 340B Program under section 340B(a)(4)(K) of the PHSA.

Accordingly, you must retroactively rescind your determination of ineligibility and termination of STD891132 and reinstate it as an active enrollee in the 340B Program effective immediately.

<u>Conclusion</u>

This letter and its attachments demonstrate that HRSA's termination of STD06489 and STD891132 was arbitrary and capricious and based on inaccurate and outdated information. HRSA must immediately and retroactively: (1) rescind its determination of ineligibility with respect to STD06489 and STD891132, as described in its March 21, 2025 letter; and (2) reinstate STD06489 and STD891132 as active enrollees in the 340B Program. To this end, Sagebrush expects that HRSA will remove the March 28, 2025 termination date currently listed for STD06489 and STD891132 on the 340B Office of Pharmacy Affairs Information System and update the Mach 21, 2025 letter published on HRSA's Program Integrity webpage to reflect the reinstatement of STD06489 and STD891132.

We request a written confirmation of HRSA's compliance with these demands no later than 1200p ET on Thursday, March 27, 2025. If HRSA fails to comply by this deadline, Sagebrush will have no choice but to seek a temporary restraining order and other available relief to prevent the irreparable harm that would result from the unlawful termination of STD06489 and STD891132 from the 340B Program.

We appreciate your prompt attention to this matter.

Regards,

_____

**ATTACHMENT A**

| From: | Sosa, Lynn |
|---|---|
| To: | Jami Dybik; Buchelli, Marianne; Greenlee, Delores; Diaz, Luis F; Major, Susan |
| Cc: | Zafiro Nawaz |
| Subject: | RE: Following up |
| Date: | Tuesday, September 3, 2024 6:16:10 AM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Hello Jami,

We appreciate Sagebrush's interest in providing HIV prevention services to their patients, including HIV testing, Hepatitis C (HCV) testing and PreP. To this end, we are happy to provide rapid HIV and HCV test kits to facilitate this testing, as resources allow. In return, we request that sites receiving test kits report back the number of tests done, the results of each test and basic demographics of the persons tested so we can demonstrate the impact of this testing for the CDC grant that supports purchase of these test kits. No additional agreement is needed.

Our records indicate that since January 1, 2023, 64 HIV tests and 46 HCV tests have been administered to Sagebrush patients using DPH provided test kits. We can offer an additional 50 HIV and 25 HCV test kits at this time. Please let us know if you would like to accept these test kits.

Thank you.

Lynn



LYNN SOSA, MD
DIRECTOR OF INFECTIOUS DISEASE | STATE EPIDEMIOLOGIST
Infectious Diseases Section
Connecticut Public Health
(860) 509-7723
lynn.sosa@ct.gov

CONFIDENTIALITY NOTICE: Please do not respond to this email with PERSONALLY IDENTIFIABLE INFORMATION (PII) or PROTECTED HEALTH INFORMATION (PHI). This includes but is not limited to name, phone number, address, date of birth and medical record number. If you need to relay or exchange PII/PHI, please contact me by phone. Thank you.

**From:** Jami Dybik <jami.dybik@sagebrushhealth.com>
**Sent:** Tuesday, August 6, 2024 12:08 PM
**To:** Buchelli, Marianne <Marianne.Buchelli@ct.gov>; Sosa, Lynn <Lynn.Sosa@ct.gov>; Greenlee, Delores <Delores.Greenlee@ct.gov>; Diaz, Luis F <Luis.Diaz@ct.gov>; Major, Susan <Susan.Major@ct.gov>
**Cc:** Zafiro Nawaz <zafiro.n@sagebrushhealth.com>
**Subject:** Re: Following up

Some people who received this message don't often get email from jami.dybik@sagebrushhealth.com. Learn why this is important

EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Good Morning,

Ensuring seamless communication for data sharing and deliverables is a top priority for us, and we are dedicated to achieving this. Once expectations are clearly communicated, we can determine the number of

test kits to request.

As we progress, it is crucial for both Sagebrush and the Connecticut Department of Health to establish agreed-upon, written expectations. To that end, I have proposed an MOU outlining our partnership for your review. We can work with you to develop a different MOU format if this one does not work for you, or if you have a format that you've used in the past, we can use that as well.  If you think a phone call to discuss deliverables and expectations would be beneficial, we would be happy to set that up.

We look forward to our continued collaboration.


Thank you,
Jami


**Jami Dybik**

**Vice President**

**Sagebrush Healthcare**

8379 W. Sunset Rd., Ste. 210

Las Vegas, NV 89113

C: 843.814.5177

Jami.Dybik@SagebrushHealth.com
www.sagebrushhealth.com
www.sagebrushhealthcare.org



WARNING: CONFIDENTIALITY NOTICE - The information enclosed with this transmission are the private, confidential property of the sender, and the material is privileged communication intended solely for the individual indicated. If you are not the intended recipient, you are notified that any review, disclosure, copying, distribution, or the taking of any other action relevant to the contents of this transmission are strictly prohibited. If you have received this transmission in error, please notify us immediately at (702)476-2287.

**ATTACHMENT B**

 

Joe Lombardo
*Governor*

Richard Whitley,
MS
*Director*



**DEPARTMENT OF**
**HEALTH AND HUMAN SERVICES**

NEVADA DIVISION of PUBLIC
and BEHAVIORAL HEALTH



Cody Phinney,
MPH
*Administrator*

Ihsan Azzam,
Ph.D., M.D.
*Chief Medical
Officer*

**DATE:** March 21st 2025,

**TO:** Whom it May Concern

**FROM:** Samm Warfel, STD and Hepatitis Program Manager

**RE:** Confirmation of Continued Partnership with Sagebrush Health Services

To whom it may concern,

The Nevada STD and Hepatitis Prevention Program (NV STD/HPP) is pleased to confirm our continued partnership with Sagebrush Health Services. This collaboration will be maintained through a subaward agreement, which will have a retroactive start date of March 1, 2025.

This letter serves as official documentation of our ongoing partnership and plans for the following subgrant with a retroactive start:

**Subrecipient Name:** Sagebrush Health Services
**Services to be Provided:** STD screening, treatment, and prevention services
**Funding Source:** 6 NH25PS005179-05-05 (Cat 9) Strengthening STD Prevention and Control for Health Department (STD PCHD) Function 7837
**Start Date of Work:** March 1, 2025
**Expected Execution Date of Agreement:** March 28, 2025

**Explanation for Retroactive Agreement Necessity:**
The Notice of Award was not provided until March 14, 2025, due to a continuing resolution under which the CDC is currently operating. Additionally, the awarded funding amount was significantly lower than originally budgeted, requiring renegotiation of all associated subawards to account for the reduction. These factors contributed to the delay in submitting the agreement.

**Impact of Delayed Execution:**
Failure to implement this agreement retroactively would result in a gap in STD services for the community. This delay could lead to an increased risk of sexually transmitted disease transmission due to a lack of timely screening, treatment, and prevention education.

**Preventative Measures for Future Retroactive Requests:**
While certain external factors remain outside our control, we are implementing proactive steps to reduce the frequency of retroactive requests, including:

- Enhancing communication to keep stakeholders informed of funding and procedural changes
- Streamlining internal processes to expedite agreement approvals
- Providing comprehensive training to staff on grant and contract management

- Proactively monitoring funding cycles and engaging stakeholders for feedback

Though we recognize that some retroactive requests may still occur, we are committed to minimizing them and ensuring the timely delivery of high-quality public health services.

Should you have any questions or require further information, please contact Samm Warfel at (775) 900-7909 or Swarfel@health.nv.gov.

Sincerely,

Samm Warfel

Samm Warfel,

STD and Hepatitis Program Manager

Office of State Epidemiology

Division of Public and Behavioral Health

Nevada Department of Health and Human Services

ALL   IN   GOOD

HEALTH.

# EXHIBIT Q

| | |
|---|---|
| **From:** | Grimm, Douglas A. |
| **To:** | McCarthy, Maggie; Bonine, Elise L. |
| **Subject:** | FW: Letter re Sagebrush Health Services |
| **Date:** | Thursday, March 27, 2025 6:07:57 PM |

---

**From:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>
**Sent:** Thursday, March 27, 2025 5:16 PM
**To:** Grimm, Douglas A. <douglas.grimm@afslaw.com>
**Cc:** MithilaUrs@Sagebrushhealth.com
**Subject:** RE: Letter re Sagebrush Health Services

---

**This Message Is From an External Sender**

This message came from outside ArentFox Schiff LLP. Please treat this email with caution.

Report Suspicious

---

Dear Douglas Grimm – The Health Resources and Services Administration (HRSA) has reviewed the documentation provided by Sagebrush in its March 25, 2025, response to HRSA's March 21, 2025, letter. Below is our response based on the information in that correspondence related to the two sites at issue:

**STD06489** -- Sagebrush provided its September 3, 2024, email communication with the Connecticut Department of Public Health (CDPH) to demonstrate that it receives section 318 funding or support as required by the 340B statute.  However, HRSA has more up to date information from CDPH.

- On February 11, 2025, CDPH reported to HRSA that the 50 HIV test kits CDPH provided to Sagebrush after August 1, 2024, were purchased with state funds and not Centers for Disease Control and Prevention (CDC) grant funds (NU62PS92812). Consequently, HRSA considers this site ineligible for the 340B Program and will terminate STD06489 on March 31, 2025.

**STD891132** -- Sagebrush provided a March 21, 2025, letter from the Nevada Department of Health and Human Services (NHHS), which lists March 28, 2025 as the expected date of execution for the subaward agreement with Sagebrush, related to NHHS's current Strengthening STD Prevention and Control for Health Departments grant number 6 NH25PS005179-05.

- This documentation is not sufficient to demonstrate that Sagebrush has a *current* executed subaward agreement between it and NHHS that demonstrates receipt of section 318 funding or support. The prior CDC Notice of Award provided to HRSA by NHHS, as well as the corresponding subaward agreement between NHHS and Sagebrush, has expired as they were for the period January 1, 2023, through February 28, 2025.  Until such time that HRSA receives documentation to demonstrate a current executed subaward agreement between Sagebrush and NHHS, HRSA considers the site ineligible for the 340B Program.
- To the extent a subaward  agreement is executed on or around March 28 as stated in your correspondence, Sagebrush should immediately  provide it to HRSA so that the agency can reevaluate the site's 340B eligibility.  HRSA will terminate STD891132 from the 340B Program

on March 31, 2025, if the executed subaward agreement is not provided.

Thank you,
Chantelle

---

**From:** Britton, Chantelle (HRSA)
**Sent:** Tuesday, March 25, 2025 5:23 PM
**To:** Grimm, Douglas A. <douglas.grimm@afslaw.com>
**Cc:** MithilaUrs@Sagebrushhealth.com
**Subject:** RE: Letter re Sagebrush Health Services

Hello – I am confirming receipt of this letter and letting you know that we will review. Thank you.

---

**From:** Grimm, Douglas A. <douglas.grimm@afslaw.com>
**Sent:** Tuesday, March 25, 2025 4:55 PM
**To:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>
**Cc:** MithilaUrs@Sagebrushhealth.com
**Subject:** [EXTERNAL] Letter re Sagebrush Health Services

Ms. Britton,

Please see the attached letter. Thank you.

Douglas



**Douglas A. Grimm**
PARTNER AND HEALTH CARE PRACTICE LEADER | **ARENTFOX** SCHIFF LLP
douglas.grimm@afslaw.com | **DIRECT** 202.857.6370
My Bio | Blog | My LinkedIn | Subscribe
1717 K Street, NW, Washington, DC 20006

---

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.