IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAGEBRUSH HEALTH SERVICES,<br><br>       Plaintiff,<br><br>   v.<br><br>ROBERT F. KENNEDY, JR., Secretary of Health and Human Services, et al.,<br><br>   Defendants. | Civil Action No. 25-00915 (JEB) |

**<u>DECLARATION OF CHANTELLE V. BRITTON</u>**

      I, Chantelle Britton, M.P.A., M.S., declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

      1.    I am the Director of the Office of Pharmacy Affairs (OPA) in the Health Resources and Services Administration (HRSA), an agency within the U.S. Department of Health and Human Services.  OPA is responsible for day-to-day administration of the 340B Program.  I make this declaration based on personal knowledge and information provided to me by my staff in the course of my official duties at OPA.

      2.    Section 340B of the Public Health Service Act, 42 U.S.C. § 256b, requires participating pharmaceutical manufacturers to sell covered outpatient drugs at a discount to eligible health care organizations.  The 340B statute identifies certain categories of health care organizations eligible to participate in the 340B Program, also known as "covered entities."  42 U.S.C. § 256b(a)(4).  Under § 256b(a)(4)(K), health care organizations that receive funds under Section 318 of the Public Health Service Act, codified at 42 U.S.C. § 247c, relating to the treatment of sexually transmitted diseases are eligible to participate in the 340B Program.

3. OPA registers covered entities for participation in the 340B Program via the Office of Pharmacy Affairs Information System ("OPAIS"). Plaintiff Sagebrush Health Services ("Sagebrush") has two sites registered on OPAIS for participation in the 340B Program pursuant to § 256b(a)(4)(K): STD06489 and STD891132

4. **Site STD06489**  This site is located in Connecticut and, according to Sagebrush, purportedly receives Section 318 funding from the Connecticut Department of Public Health (CDPH).  Specifically, Sagebrush claims that 50 HIV test kits that CDPH supplied to STD06489 after August 1, 2024, were purchased with Section 318 funds through grant NU62PS92812 from the Centers for Disease Control and Prevention (CDC).  *See* Sagebrush Letter of March 25, 2025 (ECF No. 4 at 173-174).

5. On March 27, 2025, HRSA informed Sagebrush that STD06489 was ineligible for the 340B Program and would be terminated on March 31, 2025, because the HIV test kits CDPH provided to Sagebrush were purchased with state funds, <u>not</u> CDC grant funds.  *See* Health Resources & Services Administration Email to Sagebrush (ECF No. 4 at 183).

6. HRSA's decision to terminate was based on information it received from CDPH on February 11, 2025.  *See* Ex. B (attached) (February 11, 2025, email from CDHP to HRSA). Specifically, in response to the question whether "the test kits [were] purchased from [CDPH]'s HIV Prevention and Surveillance grant [funded by CDC]," CDPH answered: "No, they were purchased with state funds." *Id.*

7. **Site STD891132**  This site is located in Nevada. On March 27, 2025, HRSA informed Sagebrush that STD891132 was ineligible for the 340B Program and would be terminated on March 31, 2025, if Sagebrush did not provide documentation sufficient to establish that there is a current subaward agreement between Sagebrush and the Nevada

Department of Health and Human Services (NHHS) demonstrating that Sagebrush is receiving Section 318 funding from NHHS. *See* Health Resources & Services Administration Email to Sagebrush (ECF No. 4 at 183-184).

8. Nevertheless, in that same communication, HRSA also stated that "[t]o the extent a subaward agreement is executed on or around March 28 as stated in your correspondence, Sagebrush should immediately provide it to HRSA so that the agency can reevaluate the site's 340B eligibility." *Id*.

9. While Sagebrush still has not provided the necessary documentation to HRSA, given Sagebrush's claim that the delay in executing the subaward agreement was the result (which HRSA does not concede) of delays in funding at CDC, HRSA will refrain from terminating STD891132 until April 14, 2025, in order to allow Sagebrush additional time to provide the executed subaward agreement with NHHS so that HRSA can determine whether STD891132 is eligible for the 340B Program.

10. In its March 21, 2025, letter, OPA advised Sagebrush of its responsibility to determine the full scope of non-compliance and repay affected manufacturers for periods of ineligibility for participation pursuant to Section 256(a)(4)(K). *See* Ex A (attached) (HRSA Letter of March 21, 2025). This letter also informed Sagebrush that it must contact manufacturers directly and HRSA does not endorse any method or remedy for repayment due to 340B noncompliance; instead HRSA defers to the affected manufacturers for acceptance of a plan to determine the scope of noncompliance and any remedy related thereto. *See id*.

Executed on March 30, 2025

                                                                           _____
Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs
Office of Special Health Initiatives
Health Resources and Services Administration