# Exhibit A





**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857

March 21, 2025

Mithila Urs
President
Sagebrush Health Services
8379 West Sunset Road Suite 210
Las Vegas, NV  89113

Dear Mithila Urs:

The Health Resources and Services Administration (HRSA) has reviewed the supporting documentation provided by Sagebrush with its February 21, 2025, letter as well as documentation provided to HRSA by Connecticut Department of Public Health (CDPH) on October 17, 2024, and February 11, 2025, and by Nevada Department of Health and Human Services (NHHS) on February 4, 2025, and February 27, 2025.

Sagebrush's February 21, 2025, letter provides no new information that would justify reversal of HRSA's previous decision to remove the identified sites.  Therefore, HRSA is denying Sagebrush's request to retroactively reinstate these sites into the 340B Program.

Moreover, the documentation provided to HRSA demonstrates that two Sagebrush sites are no longer eligible to participate in the 340B Program as STD covered entities under section 340B(a)(4)(K) of the Public Health Service Act (PHSA).  For the sites in question, Sagebrush failed to demonstrate receipt of section 318 funding or support as detailed below.

- STD06489 did not receive section 318 funding or support from CDPH since August 1, 2024. CDPH states that its current cooperative agreement with the Centers for Disease Control and Prevention (CDC) is for grant number NU62PS924812 and the period August 1, 2024, through December 31, 2029.  However, the 50 HIV Test Kits and Controls CDPH shipped to STD06489 after August 1, 2024, were purchased with state funds, not section 318 funding.

- STD891132 did not receive section 318 funding from NHHS as of March 1, 2025.  The NHHS Notice of Award (NoA) for the Strengthening STD Prevention and Control for Health Departments (STD PCHD) grant (NH25PS005179) provided to HRSA by NHHS is for the period January 1, 2023, through February 28, 2025.  In addition, NHHS has confirmed to HRSA that it has not yet received an STD PCHD NoA from CDC for the period starting March 1, 2025.

Due to Sagebrush's failure to comply with section 340B(a)(4)(K) of the PHSA for these sites, and to the extent that the sites have not yet been terminated, Sagebrush must terminate the two ineligible sites currently registered in OPAIS (STD06489 and STD891132) **by March 28, 2025.** To initiate the termination of the two sites, please email Joshua Volpe at JVolpe@hrsa.gov.  If Sagebrush does not initiate the termination of the two sites by March 28, 2025, HRSA will terminate the sites in OPAIS on March 31, 2025.

It is Sagebrush's responsibility to determine the full scope of non-compliance and repay affected manufacturers accordingly for the period of time that the Sagebrush sites did not receive section 318 funding or support.  In order to alert manufacturers to the extent that violations have occurred, Sagebrush is required to contact and work with affected manufacturers regarding repayment. HRSA does not endorse any specific methodology to determine the scope of 340B non-compliance, the amounts owed to the affected manufacturers, or a covered entity's plan to repay the affected manufacturers or to remedy past 340B Program non-compliance.  HRSA defers to affected manufacturers for acceptance of a covered entity's plan to determine the scope of 340B non-compliance and appropriate remedy.

Sagebrush can request to re-register the sites listed in this letter, as well as the additional sites listed in Sagebrush's February 21, 2025, letter, for the 340B Program at the next quarterly registration period only after Sagebrush is able to demonstrate that it determined the full scope of noncompliance, repaid affected manufacturers, can demonstrate that it meets the covered entity eligibility requirements set forth in section 340B(a)(4) of the PHSA, and meets all other applicable 340B Program requirements.

Within 60 days of the date of this letter, please provide a statement that Sagebrush has determined the full scope of non-compliance and worked with affected manufacturers regarding repayment.

We appreciate your prompt attention to this matter.

Sincerely,

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs