# Exhibit B

| | |
|---|---|
| **From:** | Sosa, Lynn |
| **To:** | Applebee-Cole, Tracey (HRSA); Volpe, Josh (HRSA) |
| **Cc:** | Lewis, Arleen; Diaz, Luis F; Buchelli, Marianne; Greenlee, Delores |
| **Subject:** | [EXTERNAL] RE: HRSA 340B Communication CTDPH and Sagebrush Information |
| **Date:** | Tuesday, February 11, 2025 8:29:47 AM |
| **Attachments:** | image007.png |
| | image008.png |
| | image009.gif |
| | image010.gif |
| | image011.gif |
| | image012.gif |
| | image013.gif |
| | image014.gif |
| | image015.png |
| | image016.jpg |
| | image017.jpg |
| | image018.jpg |
| | image019.jpg |
| | image020.jpg |

Hello Tracey and Josh,

Please find our responses to your questions in red below:

1. Per CTDPH's October 17, 2024, email, as of September 29, 2024, Sagebrush (1131 West Street #1 Southington, CT) had administered 83 of the 100 HIV test kits provided by CTDPH on February 23, 2023. Has Sagebrush administered the remaining 17 HIV test kits? **Partially.** If yes,
    1. How many test kits were administered since September 29, 2024? **9 tests were administered.**
    1. At what location were the test kits administered? **1131 West Street, #1 Southington, CT is the site reporting tests administered. Sagebrush shared they conducted testing at different testing events/tables across the State but did not share exact locations or dates.**
2. CTDPH shipped additional HIV test kits to Sagebrush since the date of CTDPH's last correspondence on October 17, 2024? **Yes.** If yes,
    1. How many test kits were shipped to Sagebrush? **2 cases of HIV Test Kits and Controls (25 count per case) = 50 HIV Test Kits.**
    2. To what Sagebrush address were the HIV test kit shipped? **1131 West Street, #1 Southington, CT.**
    3. How many of the test kits have been administered to date? **See information above. In total, since 2023, Sagebrush has reported administering 92 HIV tests.**
    4. What is the name and address of the Sagebrush location(s) that administered the test kits? **1131 West Street, #1 Southington, CT.**
    5. Were the test kits provided purchased from CTDPH's HIV Prevention and Surveillance grant NU62PS924812? **No, they were purchased with state funds.**
    6. What is the start and end date of CTDPH's current cooperative agreement with CDC for grant NU62PS924812? **Start date was 8/1/2024-12/31/2029.**

Thank you.

Lynn



LYNN SOSA, MD
DIRECTOR OF INFECTIOUS DISEASE | STATE EPIDEMIOLOGIST
Infectious Diseases Section
Connecticut Public Health
(860) 509-7723
lynn.sosa@ct.gov

CONFIDENTIALITY NOTICE: Please do not respond to this email with PERSONALLY IDENTIFIABLE INFORMATION (PII) or PROTECTED

HEALTH INFORMATION (PHI).  This includes but is not limited to name, phone number, address, date of birth and medical record number.  If you need to relay or exchange PII/PHI, please contact me by phone.  Thank you.

**From:** Applebee-Cole, Tracey (HRSA) <TApplebee-Cole@hrsa.gov>
**Sent:** Tuesday, February 4, 2025 2:18 PM
**To:** Sosa, Lynn <Lynn.Sosa@ct.gov>
**Cc:** Lewis, Arleen <Arleen.Lewis@ct.gov>; Diaz, Luis F <Luis.Diaz@ct.gov>; Buchelli, Marianne <Marianne.Buchelli@ct.gov>; Greenlee, Delores <Delores.Greenlee@ct.gov>; Volpe, Josh (HRSA) <JVolpe@hrsa.gov>; Herzog, Michelle (HRSA) <MHerzog@hrsa.gov>; Britton, Chantelle (HRSA) <CBritton@hrsa.gov>
**Subject:** RE: HRSA 340B Communication CTDPH and Sagebrush Information
**Importance:** High

> EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Good afternoon, Lynn.

As a follow-up to the emails below, please provide HRSA an update regarding the HIV test kits CTDPH has provided to Sagebrush and the corresponding data provided by Sagebrush.  Specifically:

1. Per CDPH's October 17, 2024, email, as of September 29, 2024, Sagebrush (1131 West Street #1 Southington, CT) had administered 83 of the 100 HIV test kits provided by CTDPH on February 23, 2023.  Has Sagebrush administered the remaining 17 HIV test kits?  If yes,
    a. How many test kits were administered since September 29, 2024?
    b. At what location were the test kits administered?
2. Has CTDPH shipped additional HIV test kits to Sagebrush since the date of CTDPH's last correspondence on October 17, 2024?  If yes,
    a. How many test kits were shipped to Sagebrush?
    b. To what Sagebrush address were the HIV test kit shipped?
    c. How many of the test kits have been administered to date?
    d. What is the name and address of the Sagebrush location(s) that administered the test kits?
    e. Were the test kits provided purchased from CTDPH's HIV Prevention and Surveillance grant NU62PS924812?
    f. What is the start and end date of CTDPH's current cooperative agreement with CDC for grant NU62PS924812?

Please send your response to tapplebee-cole@hrsa.gov and jvolpe@hrsa.gov by February 11, 2025.

Thank You,
Tracey


Tracey Applebee-Cole
Pharmacist
Office of Pharmacy Affairs
Office of Special Health Initiatives



Sign up for email updates!

**From:** Sosa, Lynn <Lynn.Sosa@ct.gov>
**Sent:** Thursday, October 17, 2024 1:53 PM
**To:** Volpe, Josh (HRSA) <JVolpe@hrsa.gov>
**Cc:** Applebee-Cole, Tracey (HRSA) <TApplebee-Cole@hrsa.gov>; Lewis, Arleen <Arleen.Lewis@ct.gov>; Diaz, Luis F <Luis.Diaz@ct.gov>; Buchelli, Marianne <Marianne.Buchelli@ct.gov>; Greenlee, Delores <Delores.Greenlee@ct.gov>
**Subject:** [EXTERNAL] RE: HRSA 340B Communication CTDPH and Sagebrush Information

Hello Mr. Volpe.

I appreciate your patience. Please see our response to the questions below:

There has never been a subaward agreement between DPH and Sagebrush. HIV test kits are provided, as resources allow, to clinical sites that are interested in providing HIV testing services to their populations. These test kits are purchased using funds from the HIV Prevention and Surveillance grant, CTDPH grant number NU62PS924521 (January 1, 2019-July 31, 2024) and now the new cooperative agreement NU62PS924812 (August 1, 2024-July 31, 2024). Since 2023, DPH has provided HIV test kits to 38 sites. All sites are required to provide aggregate data on the number of HIV tests administered and provide demographic information on the patients who were tested. This is the same requirement of Sagebrush and is the extent of the relationship between CTDPH and Sagebrush.

Sagebrush placed their first order for 100 HIV test kits on 2/23/2023. A second order for 50 HIV test kits was received on 9/4/2024. Per the first purchase order for HIV test kits, the test kits were delivered to the Sagebrush location at 1131 West Street #1 Southington, CT. Our records indicate that 83 HIV tests have been administered between 9/14/23-9/29/24 from the Sagebrush site located at 1131 West St #1, Southington, CT 06489. This is the only site reported by Sagebrush as administering HIV tests to date.

Thank you.

Lynn Sosa



**LYNN SOSA, MD**
DIRECTOR OF INFECTIOUS DISEASE | STATE EPIDEMIOLOGIST
Infectious Diseases Section
Connecticut Public Health
(860) 509-7723
lynn.sosa@ct.gov

**CONFIDENTIALITY NOTICE:** Please do not respond to this email with PERSONALLY IDENTIFIABLE INFORMATION (PII) or PROTECTED HEALTH INFORMATION (PHI). This includes but is not limited to name, phone number, address, date of birth and medical record number. If you need to relay or exchange PII/PHI, please contact me by phone. Thank you.

**From:** Volpe, Josh (HRSA) <JVolpe@hrsa.gov>
**Sent:** Tuesday, October 8, 2024 12:48 PM
**To:** Sosa, Lynn <Lynn.Sosa@ct.gov>

**Cc:** Applebee-Cole, Tracey (HRSA) <TApplebee-Cole@hrsa.gov>; Lewis, Arleen <Arleen.Lewis@ct.gov>; Diaz, Luis F <Luis.Diaz@ct.gov>; Buchelli, Marianne <Marianne.Buchelli@ct.gov>; Greenlee, Delores <Delores.Greenlee@ct.gov>
**Subject:** HRSA 340B Communication CTDPH and Sagebrush Information

> EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Dear Lynn Sosa,

HRSA is requesting specific information pertaining to Connecticut Department of Health's (CTDPH) agreement with Sagebrush Health Services (Sagebrush), which has three active sites registered to participate in the 340B Drug Pricing Program (340B Program) pursuant to CTDPH's Integrated HIV Surveillance and Prevention Program grant number NU62PS924521.

HRSA has serious concerns about Sagebrush's participation in the 340B Program and has received numerous questions from both Members of Congress and drug manufacturers about Sagebrush's participation in the 340B Program.  As a result, HRSA began a compliance review of Sagebrush's eligibility for and participation in the 340B Program.  As part of the compliance review, HRSA asked Sagebrush to provide its subaward agreement with CTDPH that identifies each of the three sites.  Sagebrush provided its February 28, 2024, and September 3, 2024, email communications with CTDPH.  However, the documentation provided by Sagebrush does not identify the three sites by name and address or the start and end dates of grant support provided by CTDPH.  The details for each of the three registered sites is listed in the table below.

| 340B ID | Start Date | Name | Address | Nature of Support from Grant NU62PS924521 |
|---|---|---|---|---|
| STD068107 | 4/1/23 | Sagebrush Danbury Rd Clinic | 105 Newtown Road, Suite B Danbury, CT 06810 | Rapid HIV test kits |
| STD064891 | 5/9/23 | Sagebrush Southington PrEP Clinic | 1131 West Street, Suite 3A Southington, CT 06489 | Rapid HIV test kits |
| STD06489 | 12/28/22 | Sagebrush Southington Clinic - CT | 1131 West St. Building #1 Southington, CT 06489 | Rapid HIV test kits |

HRSA requests that CTDPH provide the following information for <u>each site</u> listed in the table above:

1. Did the site receive support from CTDPH's grant NU62PS924521 prior to <u>July 31, 2024</u>?  If yes, what was the <u>start and end date</u> of the support provided?  In addition, please provide the subaward agreement that lists the site by name and address.  If a written subaward agreement listing the site by name and address does not exist, please explain CTDPH's relationship with the site.
2. Did the site receive support from CTDPH's grant NU62PS924521 during the period <u>August 1, 2023, through September 3, 2024</u>?  If yes, please provide the subaward agreement that lists the site by name and address.  If a written subaward agreement listing the site by name and address does not exist, please explain CTDPH's relationship with the site.
3. Does the site <u>currently</u> receive support from CTPDH's grant NU62PS924521?  If yes, what is the <u>start and end date</u> of grant support?  In addition, please provide the subaward agreement that lists the site by name and address.  If a written subaward agreement does not exist, please explain CTDPH's current relationship with the site.

We appreciate your cooperation as we ensure compliance with the requirements of the 340B Program. Please send your response to tapplebee-cole@hrsa.gov and jvolpe@hrsa.gov **by October 15, 2024.**

Thank you,

Josh Volpe, MBA
Operations Branch Chief
340B Program
Office of Pharmacy Affairs
HRSA
301-945-9603
JVolpe@hrsa.gov


HRSA



CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.