IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAGEBRUSH HEALTH SERVICES,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT F. KENNEDY, JR., Secretary of Health and Human Services, et al.,<br><br>    Defendants. | Civil Action No. 25-00915 (JEB) |

**DECLARATION OF CHANTELLE V. BRITTON**

I, Chantelle Britton, M.P.A., M.S., declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Director of the Office of Pharmacy Affairs (OPA) in the Health Resources and Services Administration (HRSA), an agency within the U.S. Department of Health and Human Services. OPA is responsible for day-to-day administration of the 340B Program. I make this declaration based on personal knowledge and information provided to me by my staff in the course of my official duties at OPA.

2. Section 340B of the Public Health Service Act, 42 U.S.C. § 256b, requires participating pharmaceutical manufacturers to sell covered outpatient drugs at a discount to eligible health care organizations. The 340B statute identifies certain categories of health care organizations eligible to participate in the 340B Program, also known as "covered entities." 42 U.S.C. § 256b(a)(4). Under § 256b(a)(4)(K), health care organizations that receive funds under Section 318 of the Public Health Service Act, codified at 42 U.S.C. § 247c, relating to the treatment of sexually transmitted diseases are eligible to participate in the 340B Program.

3. OPA registers covered entities for participation in the 340B Program via the Office of Pharmacy Affairs Information System ("OPAIS"). Sagebrush Health Services ("Sagebrush") has had numerous sites registered on OPAIS for participation in the 340B Program pursuant to Section 256b(a)(4)(K).

4. On February 2, 2024, OPA notified Sagebrush that it would be conducting a review of Sagebrush's sites for compliance with 340B Program requirements, based on a recent increase in 340B drug purchases by a majority of those sites.

5. Over the course of the next ten months, OPA and Sagebrush exchanged numerous letters and documents in response to OPA's February 2, 2024, request and several follow-up requests. By December 20, 2024, OPA had identified that fifty-five Sagebrush sites had failed to comply with the statutory eligibility criteria of Section 256b(a)(4)(K). Specifically, Sagebrush had failed to provide adequate documentation to demonstrate receipt of Section 318 funding for certain periods for which each of the fifty-five sites had been actively registered and were therefore ineligible for the 340B Program under Section 256b(a)(4)(K). HRSA determined through the December 20, 2024, letter that twenty active sites (as of the date of the letter) needed to be removed from the Program, which included the 18 terminated Nevada sites discussed below. It should be noted that remaining sites referenced in the December 20, 2024, letter that were ineligible had been self-terminated by Sagebrush by the time OPA sent its December 20, 2024, letter. In its December 20, 2024, letter, OPA further instructed Sagebrush to determine the full scope of noncompliance and repay affected manufacturers for drugs purchased at 340B prices during periods in which the sites were ineligible for participation under Section 256b(a)(4)(K).

6.      Only two Sagebrush sites remain active: Southington Clinic-CT (Site STD064089) and Battleborn Health Care (Site STD891132).

7.      **Site STD06489**  Sagebrush claims that 50 HIV test kits that the Connecticut Department of Public Health (CDPH) supplied to Site STD06489 after August 1, 2024, were purchased with Section 318 funds through grant NU62PS92812 from the Centers for Disease Control and Prevention (CDC). *See* Sagebrush Letter of March 25, 2025 (ECF No. 4 at 173-174).

8.      On March 27, 2025, HRSA informed Sagebrush that STD06489 was ineligible for the 340B Program and would be terminated on March 31, 2025, because the HIV test kits CDPH provided to Sagebrush were purchased with state funds, not federal CDC grant funds. *See* Health Resources & Services Administration Email to Sagebrush (ECF No. 4 at 183).

9.      HRSA's decision to terminate was based on information it received from CDPH on February 11, 2025. *See* February 11, 2025, email from CDPH to HRSA (ECF No. 8-3). Specifically, in response to the question whether "the test kits [were] purchased from [CDPH]'s HIV Prevention and Surveillance grant [funded by CDC]," CDPH answered: "No, they were purchased with state funds." *Id.*

10.     Following Sagebrush's filing of motion for a temporary restraining order to block termination of Site STD06489 from the program, HRSA obtained further documentation confirming that the 50 kits that CDPH sent to Sagebrush were purchased with state funds. Specifically, on April 3, 2025, Public Health Service Manager Marianne Buchelli confirmed that the 50 kits that were the subject of the CDPH email dated February 11, 2025, were purchased with state funds. *See* HRSA 340B Communication with CTDPH and Sagebrush Information (April 4, 2025) (ECF No. 15-1, Ex. E at 32). CDPH also provided the requisition forms showing

the test kits were purchased under the code for state funds "DPH12236AIDSHLP." *See* Requisition Forms (ECF No. 15-1, Ex. F at 41-43). The communications with CDPH, along with the requisition forms, show that the test kits that Sagebrush is relying on do not demonstrate that this site received Section 318 Funds.

11. On April 11, 2025, in response to a request from Sagebrush, HRSA stated it would not terminate STD06489 until April 25, 2025. *See* April 11, 2025, email from HRSA to Sagebrush (Ex. A, attached). However, HRSA noted "that to the extent that the site is eventually removed from the program, it is HRSA's expectation that the site will be responsible for refunding all 340B discounts received during any period of ineligibility." *Id*.

12. **Site STD891132**  On April 3, 2025, HRSA received from Sagebrush a Notice of Subaward from the Nevada Department of Health and Human Services (NHHS) listing STD891131 (and 18 other Sagebrush sites) as eligible to receive Section 318 funding from CDC under a grant covering the period March 1, 2025, to February 28, 2026. *See* Notice of Subaward (ECF No. 15-1, Ex. A at 9 ). Based on the Notice of Subaward, HRSA determined that STD891132 is eligible for the 340 Program and would not be terminated. This was communicated by legal counsel to Sagebrush via email on April 7, 2025.

13. **Other Sagebrush Nevada Sites**  On April 3, 2025, HRSA was forwarded an email from Sagebrush requesting that HRSA rescind its January 14, 2025 termination of the 18 other sites listed in the NHHS Notice of Subaward discussed above.

14. On April 7, 2025, HRSA responded to Sagebrush stating that "[t]he 18 sites were terminated from 340B Program on January 14, 2025, for failure to meet the eligibility requirement at 42 U.S.C. § 256(a)(4)(K). If Sagebrush believes these sites are now eligible to participate in the 340B Program, we encourage Sagebrush to follow the standard registration

procedures….." *See* April 7, 2025, email from HRSA to Sagebrush (Ex. A, attached).  HRSA also noted that registration period was open until "April 15, 2025, with a start date of July 1 for successful registrants." *Id.*  HRSA also informed Sagebrush that "[r]egistration is done on a prospective basis only." *Id.*

15. On April 8, 2025, Sagebrush responded to HRSA's email and reiterated its request that HRSA reinstate the 18 sites. *See* April 8, 2025 email from Sagebrush to HRSA (Ex. A, attached).  Along with the email, Sagebrush provided three grant documents from NHHS that purported to show continuous 318 funding from January 1, 2023. *Id.*  HRSA acknowledged receipt of Sagebrush's email on April 9, 2025. *See* April 9, 2025, email from HRSA to Sagebrush (Ex. A, attached).

16. On April 11, 2025, HRSA responded to Sagebrush stating that it was "continuing to review your latest request in regards to the 18 Sagebrush sites that were removed from the 340B Program." *See* April 11, 2025 email from HRSA to Sagebrush (Ex. A, attached).  HRSA once again urged Sagebrush to "take steps to register these sites through the standard registration procedures … as the current registration period ends on April 15 and does not reopen until July 1." *Id.*  On April 14, 2025, in response to a question from Sagebrush, HRSA clarified that "[a]ny sites that were previously registered and active in the program will need to be submitted as reinstatements." *See* April 14, 2025, email from HRSA to Sagebrush (Ex. A, attached).

17. Sagebrush submitted reinstatements for only 8 of the 18 sites that it previously asked HRSA to retroactively reinstate.

Executed on April 22, 2025

                                                _____
                                                Chantelle V. Britton, M.P.A., M.S.
                                                Director, Office of Pharmacy Affairs
                                                Office of Special Health Initiatives
                                                Health Resources and Services Administration