# Exhibit A

| | |
|---|---|
| **From:** | Britton, Chantelle (HRSA) |
| **Sent:** | Monday, April 14, 2025 7:23 AM |
| **To:** | Burgess, William (HHS/OGC); Rasay, Jen (HHS/OGC) |
| **Cc:** | Hargrove, Sherine (HHS/OGC); Pedley, Krista  (HRSA); Herzog, Michelle  (HRSA) |
| **Subject:** | FW: Sagebrush v Kennedy et al. |

FYI.

**From:** Britton, Chantelle (HRSA)
**Sent:** Monday, April 14, 2025 6:47 AM
**To:** raj.sonani@sagebrushhealth.com; Mithila Urs <MithilaUrs@sagebrushhealth.com>
**Cc:** Grimm, Douglas A. <douglas.grimm@afslaw.com>; Herzog, Michelle (HRSA) <MHerzog@hrsa.gov>
**Subject:** RE: Sagebrush v Kennedy et al.

Hello Raj –

Any sites that were previously registered and active in the program will need to be submitted as reinstatements. If there are any new sites, those can be submitted as new registrations.

Thank you,
Chantelle

**From:** Rajesh Sonani <raj.sonani@sagebrushhealth.com>
**Sent:** Friday, April 11, 2025 8:49 PM
**To:** Herzog, Michelle (HRSA) <MHerzog@hrsa.gov>; Mithila Urs <MithilaUrs@sagebrushhealth.com>
**Cc:** Grimm, Douglas A. <douglas.grimm@afslaw.com>; Britton, Chantelle (HRSA) <CBritton@hrsa.gov>
**Subject:** [EXTERNAL] Re: Sagebrush v Kennedy et al.
**Importance:** High

Hi Ms Herzog,

Just to clarify, and I wanted to make sure- that we are on same page for the registration process. When you say standard registration process, do we register site as new site altogether, or we select to reinstate the existing site. Please see below snap.

 U.S. Department of Health and Human Ser



**Health Resources & Services A**

Home          My Dashboa

The Q2 2025 registration window for cov

## Select Non-Hospital

**Covered Entity Type**

Sexually Transmitted Diseases

**Would you like to reinstate a previously te**

◯ Yes



In one of the sites in registration-We had selected "Yes" in the option to find the original 340B ID for STD891281 location and I received the following system generated email.

*** Please do not reply to this automated email, as this mailbox is not monitored.***
*Thank you for submitting a Reinstatement for STD891281*

*Sagebrush Health Services*
*Fire Mesa ID*
*2435 Fire Mesa Street*
*#120*
*Las Vegas*
*NV*
*89128*

*Please be sure to register all contract pharmacies through the online registration process.*
*If you need technical support in the use of the 340B OPAIS, please contact the 340B Prime Vendor Program at http://www.340bpvp.com or 888-340-2787 or ApexusAnswers@340bpvp.com .*
*Thank you.*
*Office of Pharmacy Affairs*
*Health Resources and Services Administration*
*5600 Fishers Lane 14W52*
*Rockville, MD 20857*

Apexus may not be able to answer this due to unique situation we are in.
==Can you please confirm the process above to select existing 340B ID to register/ reinstate is correct here?==
==OR==
==Do we select "Not to reinstate the site"== and look for creating new 340B ID. If that is the case- we will need additional time to register for pharmacies beyond April 15th, so will request to extend open registration period for a few more days or a couple of days in the next week due to delays in getting the correct information to us.

Thanks and regards
Raj

**Raj Sonani MD**
President and Co-founder
Sagebrush Health
Email: raj.sonani@sagebrushhealth.com
https://sagebrushhealth.com/

**From:** Herzog, Michelle (HRSA) <MHerzog@hrsa.gov>
**Sent:** Friday, April 11, 2025 10:16 AM
**To:** Mithila Urs <MithilaUrs@sagebrushhealth.com>
**Cc:** Grimm, Douglas A. <douglas.grimm@afslaw.com>; Rajesh Sonani <raj.sonani@sagebrushhealth.com>; Britton, Chantelle (HRSA) <cbritton@hrsa.gov>
**Subject:** RE: Sagebrush v Kennedy et al.

Dear Mithila Urs:

We are willing to hold off on removing the Sagebrush Connecticut site STD06489 until April 25, 2025.  However, we would note that to the extent that the site is eventually removed from the program, it is HRSA's expectation that the site will be responsible for refunding all 340B discounts received during any period of ineligibility.

We are continuing to review your latest request in regards to the 18 Sagebrush sites that were removed from the 340B Program.  In the meantime, we suggest that Sagebrush take steps to register these sites through the standard registration procedures at https://www.hrsa.gov/opa/registration as the current registration period ends on April 15 and does not reopen until July 1.

Thank you,
Michelle


Michelle Herzog
Deputy Director, Office of Pharmacy Affairs
U.S. Department of Health and Human Services
Health Resources and Services Administration
(w) 301-443-0650


**From:** Mithila Urs <mithilaurs@sagebrushhealth.com>
**Sent:** Thursday, April 10, 2025 2:09 PM
**To:** Herzog, Michelle (HRSA) <MHerzog@hrsa.gov>
**Cc:** Grimm, Douglas A. <douglas.grimm@afslaw.com>; Rajesh Sonani <raj.sonani@sagebrushhealth.com>; Britton, Chantelle (HRSA) <CBritton@hrsa.gov>
**Subject:** [EXTERNAL] RE: Sagebrush v Kennedy et al.

Dear Michelle

You may have been made aware of the hearing today with Judge Boasburg on Sagebrush Health Services vs Robert Kennedy with regards to Sagebrush CT Site STD06489 where the response to preliminary injuction is due by HRSA legal team / DOJ on April 22 and once our legal team writes back on April 24th, then the court hearing is scheduled for April 25. Due to contradictory set of information on CT and in view of this development, can we please agree to keep STD06489 as active covered entity for continuation of patient care till April 25. As per the last communication from HRSA and your legal team on this was to keep the entity as active one till April 14.

Please let me know if you have any questions.

Regards
Mithila Urs
Sagebrush Healthcare
Cell : 714-797-8666


**From:** Herzog, Michelle (HRSA) <MHerzog@hrsa.gov>
**Sent:** Wednesday, April 9, 2025 9:42 AM
**To:** Mithila Urs <MithilaUrs@sagebrushhealth.com>

Cc: Grimm, Douglas A. <douglas.grimm@afslaw.com>; Rajesh Sonani <raj.sonani@sagebrushhealth.com>; Britton, Chantelle (HRSA) <cbritton@hrsa.gov>
Subject: RE: Sagebrush v Kennedy et al.

Acknowledging receipt.

---

From: Mithila Urs <mithilaurs@sagebrushhealth.com>
Sent: Tuesday, April 8, 2025 6:12 PM
To: Herzog, Michelle (HRSA) <MHerzog@hrsa.gov>
Cc: Grimm, Douglas A. <douglas.grimm@afslaw.com>; Rajesh Sonani <raj.sonani@sagebrushhealth.com>
Subject: [EXTERNAL] RE: Sagebrush v Kennedy et al.

Dear Michelle,

Thank you for your email. The 18 Sagebrush sites were operating under valid Nevada section 318 subawards on or before January 1, 2023. There has been no break in grant coverage from that date to the present date and the sites have remained eligible covered entities since that date. Yesterday your attorneys confirmed via email to our attorneys that Sagebrush Site No. STD891132 is an approved covered entity. That site is operating under the same grant as the other 18 sites. There is no distinction between them, therefore they should be treated the same.

HRSA stated that it terminated the 18 sites because of a lack of grant coverage. The attached grant documents for **2023 ( Grant document attached, please refer to Page 6 of 16), 2024 (Grant document attached, please refer to Page 6 of 19) , and 2025 ( Grant document attached, please refer to Page 8 of 21 )show that there was no lapse or gap in grant coverage for the 18 sites.** Therefore, we request that HRSA immediately reinstate the sites that were wrongfully terminated from the program on Jan 14, 2025. This is a time sensitive issue, so please let us know your position by COB on Thursday.

Thank you.

Mithila Urs
Sagebrush Healthcare
Cell : 714-797-8666

---

From: Herzog, Michelle (HRSA) <MHerzog@hrsa.gov>
Sent: Monday, April 7, 2025 6:06 AM
To: Mithila Urs <MithilaUrs@sagebrushhealth.com>
Cc: Grimm, Douglas A. <douglas.grimm@afslaw.com>; Rajesh Sonani <raj.sonani@sagebrushhealth.com>
Subject: FW: Sagebrush v Kennedy et al.

Dear Mithila Urs:

Our legal counsel forwarded your April 3rd request below seeking reinstatement of 18 sites in the 340B Program, which are listed in the current subaward agreement between Sagebrush and NHHS (attached). The 18 sites were terminated from the 340B Program on January 14, 2025 for failure to meet the eligibility requirement at 42 U.S.C. § 256b(a)(4)(K). If Sagebrush believes these sites are now eligible to participate in the 340B Program, we encourage Sagebrush to follow the standard registration procedures at https://www.hrsa.gov/opa/registration. HRSA enrolls eligible organizations in the 340B Program on a quarterly basis. The current registration period runs from April 1-April 15, 2025, with a start date of July 1 for successful registrants. Registration is done on a prospective basis only. Following submission of the registration request, HRSA conducts a review of the submission, including any required documentation, and makes a determination regarding an organization or site's eligibility for the 340B Program. HRSA will then confirm successful enrollment in the 340B Program.

Thank you,

Michelle Herzog
Deputy Director, Office of Pharmacy Affairs
U.S. Department of Health and Human Services
Health Resources and Services Administration
(w) 301-443-0650

*This email has been scanned by Inbound Shield.*

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.