IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAGEBRUSH HEALTH SERVICES,<br><br>*Plaintiff,*<br><br>v.<br><br>ROBERT F. KENNEDY, JR., Secretary of Health and Human Services, et al.,<br><br>*Defendants.* | Civil Action No. 1:25-cv-00915-JEB |

**DECLARATION OF GURU CHARAN IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEFING FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Guru Charan, declare as follows:

1. I am the Chief Executive Officer and Co-Founder of Sagebrush Health Services ("Sagebrush"). Unless stated on information and belief, I have personal knowledge of the facts set forth herein, and if called upon and sworn as a witness, I could and would testify competently thereto. This declaration is submitted in support of Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction.

2. This declaration incorporates by reference all statements and exhibits contained in my declarations submitted in support of Plaintiff's Motion for Temporary Restraining Order (ECF 4), Motion for Preliminary Injunction (ECF 14-2), and Reply (ECF 17-1) in this case.

AFSDOCS:302436511.1

3.     The OPAIS website contains individual entries for each Sagebrush Site. The publicly available entries include the federal grant number, the period during which funding or in-kind support was received, the last recertification date, and the termination date (if applicable). A true and correct screenshot of this entry for Site No. STD891286, as it appeared on April 29, 2025, is attached hereto as Exhibit A.

4.     The OPAIS website also contains a detailed history of each Sagebrush Site's certification and recertification processes, including timestamps indicating the time and date of each event. A true and correct screenshot of this entry for Site No. STD891286, as it appeared on April 29, 2025, is attached hereto as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 29, 2025, at Las Vegas, Nevada.

                                        Guru Charan

                                        Chief Executive Officer and Co-Founder
                                        Sagebrush Health Services

# EXHIBIT A



# EXHIBIT B



-12-

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2025, I will electronically file a true and correct copy of the foregoing document with the Court using the CM/ECF system, which will then send a notification of such filing to the following:

Kimberly Stratton
U.S. Attorney's Office
601 D Street N.W.
Washington, DC 20530
202.417.4216
kimberly.stratton@usdoj.gov

*Counsel for all Defendants*

                                            */s/ James H. Hulme*
                                            James H. Hulme