UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAGEBRUSH HEALTH SERVICES,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT F. KENNEDY, JR., SECRETARY OF HEALTH AND HUMAN SERVICES et al.,<br><br>    Defendants. | Civil Action No. 25-0915 (JEB) |

**CONSENT MOTION TO MODIFY SUMMARY JUDGMENT BREIFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services, the Health Resources and Services Administration (the "Administration" or "HRSA"), and its Administrator (collectively, "Defendants"), by and through the undersigned counsel, respectfully move to modify the briefing schedule to allow the Defendants a seventeen-day extension, up to and including February 27, 2026, to file their reply in support of the Defendants' cross motion for summary judgment. The motion also seeks to extend the time for the parties to file the joint appendix to March 27, 2026. Counsel for the parties conferred under Local Civil Rule 7(m) and Plaintiff consents to the relief requested herein.

There is good cause for the enlargement of time and in support of this motion the Defendants state as follows:

1.  On November 26, 2025, the Court issued a Minute Order adopting the modified briefing schedule proposed in the Defendants' consent motion to extend the briefing schedule.

*See* Nov. 11, 2025, Min. Order. Under the modified briefing schedule, Defendants' reply is due tomorrow, February 10, 2026, and the joint appendix is due February 24, 2026. *See id*. There is good cause for the requested extension.

    2.    Due to competing matters and deadlines in other pending cases, undersigned counsel requires additional time to confer with the agency and prepare an appropriate filing for the Court's consideration. This request also accounts for undersigned counsel's extended medical leave from March 6 through March 27, during which counsel will be unable to work on this matter.

    3.    This is the first extension of this deadline that the undersigned counsel has requested and the third extension overall that Defendants have requested in this civil action.

    4.    Pursuant to Local Civil Rule 7(m), the undersigned counsel conferred with Plaintiff, through counsel, who graciously consents to the relief requested herein.

*   *   *

For the foregoing reasons, the Defendants respectfully request that the Court grant this motion and allow Defendants to file their reply on February 27, 2026, and the parties to file the joint appendix by March 27, 2026.

Dated: February 9, 2026
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kimberly A. Stratton*
    KIMBERLY A. STRATTON
    P.A. Bar #327725
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Ph: (202) 417-4216
    Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAGEBRUSH HEALTH SERVICES,

    Plaintiff,

    v.

ROBERT F. KENNEDY, JR., SECRETARY OF HEALTH AND HUMAN SERVICES et al.,

    Defendants.

Civil Action No. 25-0915 (JEB)

## **[PROPOSED] ORDER**

Upon consideration of the Defendants' Consent Motion to Modify the Summary Judgment Briefing Schedule, it is hereby ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the

- Defendants shall have until February 27, 2026, to file Defendants' Reply in support of their Cross-Motion.

- The Joint Appendix is Due March 27, 2026.

SO ORDERED this _____ day of February \_\_\_\_\_, 2026.

_____
Honorable Chief Judge James E. Boasberg
United States District Court Judge